Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Natasha Mehta (SBN 272241)
nmehta@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
*Additional Counsel Listed Below*

Attorneys for Plaintiffs
JOEL SEGUIN and KOBE FALCO,
individually, and on behalf of other members
of the public similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBE FALCO, individually, and on behalf of a class of all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., NISSAN MOTOR COMPANY, LTD., and DOES 1-10, inclusive,<br><br>Defendants.<br>*This Motion also applies to*:<br>JOEL SEGUIN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN JIDOSHA KABUSHIKI KAISHA d/b/a NISSAN MOTOR CO., LTD.,<br><br>Defendants. | Case Number: 2:13-cv-00686-DDP-MAN<br>CLASS ACTION<br>Action Filed: Jan. 31, 2013 (removal)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED CASES AND APPOINT INTERIM CLASS COUNSEL**<br><br>Date: Monday, June 6, 2013<br>Time: 10:00 a.m.<br>Location: 312 N. Spring St., Ctrm. 3<br>Judge: Hon. Dean D. Pregerson<br><br>Case Number: 2:13-cv-00761-DDP-MAN<br>CLASS ACTION<br>Action Filed: Feb. 4, 2013<br><br>Date: Monday, June 6, 2013<br>Time: 10:00 a.m.<br>Location: 312 N. Spring St., Ctrm. 3<br>Judge: Hon. Dean D. Pregerson |

Case Nos.: 2:13-cv-00686-DDP-MAN
2:13-cv-00761-DDP-MAN

1   TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on June 3, 2013 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 3, 2nd Floor of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs Kobe Falco and Joel Seguin will and hereby do move this Court: (1) under Rule 42 of the Federal Rules of Civil Procedure for an order consolidating the related cases *Falco v. Nissan North America, Inc., et al.*, Case No. 2:13-cv-00686-DDP-MAN (C.D. Cal., removed Jan. 31, 2012) and *Seguin v. Nissan North America, Inc.*, Case No. 2:13-cv-00761-DDP-MAN (C.D. Cal., filed Feb. 4, 2013), both of which are currently pending in this District; and (2) for an order under Rule 23(g)(3) of the Federal Rules of Civil Procedure appointing Baron & Budd, P.C. and Strategic Legal Practices, APC as Co-Lead Interim Class Counsel for the consolidated cases, and any other subsequently filed cases that are deemed to be related to these actions. This motion is made following the conference of counsel pursuant to Civ. L.R. 7-3, which took place on April 15, 2013.

Dated:  May 6, 2013                        BARON & BUDD, P.C.

By: /s/ Mark Pifko
Mark Pifko

Roland Tellis (SBN 186269)
rtellis@baronbudd.com
Mark Pifko (SBN 228412)
mpifko@baronbudd.com
Natasha Mehta (SBN 272241)
nmehta@baronbudd.com
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone:  (818) 839-2333
Facsimile:    (818) 986-9698

Attorneys for Plaintiff
JOEL SEGUIN, individually, and on
behalf of other members of the general
public similarly situated

Case Nos.:  2:13-cv-00686-DDP-MAN
                    2:13-cv-00761-DDP-MAN

PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL

| | | |
|---|---|---|
| 1 | Dated: May 6, 2013 | STRATEGIC LEGAL PRACTICES, APC |
| 2 | | |
| 3 | | By: /s/ Christopher Swanson |
| | | Christopher Swanson |

Payam Shahian (SBN 228406)
pshahian@slpattorney.com
Ramtin Shahian (SBN 276203)
rshahian@slpattorney.com
Christopher Swanson (SBN 278413)
cswanson@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1875 Century Park East, Suite 700
Los Angeles, California  90067
Telephone:    (310) 277-1040
Facsimile:     (310) 943-3838

Jordan Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
David Cheng (SBN 240926)
David.Cheng@capstonelawyers.com
Cody Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California  90067
Telephone:    (310) 556-4811
Facsimile:     (310) 943-0396

Dara Tabesh (SBN 230434)
dara.tabesh@ecotechlaw.com
ECOTECH LAW GROUP, P.C.
333 First Street, Suite C
San Francisco, California  94105
Telephone:    (415) 503-9134
Facsimile:     (415) 651-8639

Attorneys for Plaintiff
KOBE FALCO, individually, and on
behalf of a class of all other similarly
situated individuals

<u>Local Rule 5-4.3.4 Attestation</u>

    I attest that counsel for Plaintiff Joel Seguin, Mark Pifko, concurs in this filing's content and has authorized the filing.

DATED: May 6, 2013                STRATEGIC LEGAL PRACTICES, APC

                                        By:  <u>/s/ Christopher Swanson</u>
                                                Christopher Swanson