UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBE FALCO, individually, and on behalf of a class of all other similarly situated individuals,<br><br>　　　　Plaintiff,<br>　vs.<br><br>NISSAN NORTH AMERICA, INC., a California corporation, NISSAN MOTOR COMPANY, LTD., a Japanese company, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case Number: 2:13-cv-00686-DDP-MAN<br>CLASS ACTION<br>Action Filed: Jan. 31, 2013 (removal)<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED CASES AND APPOINTING INTERIM CLASS COUNSEL**<br><br>Date: Monday, June 6, 2013<br>Time: 10:00 a.m.<br>Location: 312 N. Spring St., Ctrm. 3<br>Judge: Hon. Dean D. Pregerson |
| *this Order also relates to:*<br>JOEL SEGUIN, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>NISSAN NORTH AMERICA, INC. a California corporation, and NISSAN JIDOSHA KABUSHIKI KAISHA d/b/a NISSAN MOTOR CO., LTD., a publicly traded company in Japan,<br><br>　　　　Defendants. | Case Number: 2:13-cv-00761-DDP-MAN<br>CLASS ACTION<br>Action Filed: Feb. 4, 2013<br><br>Date: Monday, June 6, 2013<br>Time: 10:00 a.m.<br>Location: 312 N. Spring St., Ctrm. 3<br>Judge: Hon. Dean D. Pregerson |

# [PROPOSED] ORDER

The Court, having reviewed the contents of Plaintiffs' Motion to Consolidate Related Cases and Appoint Interim Class Counsel (*Falco* Dkt. No. 15; *Seguin* Dkt. No. 15.) submitted by Plaintiffs Kobe Falco and Joel Seguin ("Plaintiffs"), and finding good cause therein, hereby orders as follows:

## CONSOLIDATION OF RELATED CASES

1. As discussed in the Court's order dated March 1, 2013 (*Seguin* Dkt. No. 8), the following are related cases within the meaning of Central District of California Civil Local Rule 83-1.3:

| Abbreviated Case Name | Case Number | Date Filed/Removed |
|---|---|---|
| *Falco v. Nissan North America, Inc., et al.* | 2:13-cv-00686 | Jan. 31, 2013 |
| *Seguin v. Nissan North America, Inc., et al.* | 2:13-cv-00761 | Feb. 4, 2013 |

2. Under Federal Rule of Civil Procedure 42(a), these cases are hereby consolidated into the low-numbered case, Civil Action No. 2:13-cv-00686-DDP-MAN for all purposes before this Court.

3. The consolidated action shall be captioned: "*IN RE: Nissan Timing Chain Litigation*"

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## MASTER DOCKET AND CAPTION

5. The docket in Civil Action No. 2:13-cv-00686-DDP-MAN shall constitute the Master Docket for this action and every subsequently identified related action in the consolidated action.

6. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| *IN RE:  Nissan Timing Chain Litigation* | Case No.: 2:13-cv-00686-DDP-MAN<br>**CONSOLIDATED CLASS ACTION**<br>**[DOCUMENT NAME]**<br>District Judge:  Hon. Dean D. Pregerson<br>Magistrate Judge:  Margaret A. Nagle<br><br>Case Filed:  Jan. 31, 2013<br>Trial Date: |

7. Plaintiffs may file a Notice of Related Cases under Central District of California Civil Local Rule 83-1.3 whenever a related action that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    (a)    place a copy of this Order in the separate file for such action;

    (b)    serve on plaintiff's counsel in the new case a copy of this Order;

    (c)    direct that this Order be served upon the parties in the new case; and

    (d)    make the appropriate entry in the Master Docket.

[PROPOSED] ORDER CONSOLIDATING RELATED CASES
AND APPOINTING INTERIM CLASS COUNSEL

8. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action for all purposes. This Order shall apply to every such action, absent order of the Court. A party who objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, as set forth in Paragraph 11, *infra*.

## APPOINTMENT OF PLAINTIFFS' INTERIM CLASS COUNSEL

9. Under Rule 23(g) of the Federal Rules of Civil Procedure, the law firms of Baron & Budd, P.C. and Strategic Legal Practices, APC are hereby appointed as Plaintiffs' Co-Lead Interim Counsel for Plaintiffs and the putative class.

10. Plaintiffs' Co-Lead Interim Counsel shall be responsible for the following matters on behalf of Plaintiffs and the putative class: (a) the initiation, response, scheduling, briefing and argument of all motions; (b) the scope, order and conduct of all discovery proceedings; (c) the designation of attorneys to appear at hearings and conferences; (d) the timing and substance of any settlement negotiations with Defendants; and (e) any other matters concerning the prosecution and resolution of the consolidated action. Defendants' counsel may rely upon agreements made with Plaintiffs' Co-Lead Interim Counsel, and such agreements shall be binding on Plaintiffs and the putative class.

11. The parties to the above-captioned actions shall serve all papers on each other by ECF filing, email, hand or by overnight delivery, or as otherwise agreed upon by the parties. Notwithstanding the foregoing, Defendants may serve plaintiffs' counsel in other, subsequently identified related actions by first-class mail until it is determined by the Court that any such action(s) shall be related and consolidated into this action.

IT IS SO ORDERED.

Dated: _____     _____
                               Honorable Dean D. Pregerson
                               United States District Court Judge