O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBE FALCO, individually, and on behalf of a class similarly situated individuals,<br><br>    Plaintiff,<br><br> v.<br><br>NISSAN NORTH AMERICA INC., NISSAN MOTOR CO.LTD, a Japanese Company,<br><br>    Defendants.<br>_____ | ) Case No. CV 13-00686 DDP (MANx)<br>)<br>) **ORDER GRANTING JURISDICTIONAL**<br>) **DISCOVERY**<br>)<br>) [DKT Nos. 27, 39]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  Presently before the court is Defendant Nissan Motor Co., Ltd.'s ("Nissan-Japan") motion to dismiss Plaintiffs' First Amended Complaint for lack of personal jurisdiction under Rule 12(b)(2). (DKT No. 27.) The motion is fully briefed. Having considered the parties' submissions and heard oral argument, the court now adopts the following order.

  Both parties have made strong arguments in support of their positions on the question of whether this court may exercise personal jurisdiction over Nissan-Japan. The court concludes,

however, that the factual record is not sufficiently developed to enable the court to reach a finding on the issue. In circumstances where "pertinent facts bearing on the question of jurisdiction are controverted or where a more satisfactory showing of the facts is necessary," a district court may grant jurisdictional discovery. <u>Borschetto v. Hansing</u>, 539 F.3d 1011, 1020 (9th Cir.2008). That is, if more facts are needed to determine jurisdiction, a granting of jurisdictional discovery is proper. <u>Laub v. U.S. Dep't of the Interior</u>, 343 F.3d 1080, 1093 (9th Cir. 2003). Accordingly, the court will grant Plaintiffs' request to conduct jurisdictional discovery. (Opposition at 24.)

Discovery shall be limited to information directly relevant to the extent of Nissan-Japan's contacts with California and the nature of Nissan-Japan's relationship with Nissan North America. Such discovery shall conclude 120 days from the date of this order.

IT IS SO ORDERED.

Dated: December 12, 2013

DEAN D. PREGERSON
United States District Judge

2