# EXHIBIT 31

Case 2:13-cv-00686-DDP-MAN   Document 130-3   Filed 08/17/15   Page 1 of 6   Page ID #:2279

```
 1  Roland Tellis (SBN 186269)
    rtellis@baronbudd.com
 2  Mark Pifko (SBN 228412)
    mpifko@baronbudd.com
 3  Pablo Orozco (SBN 274267)
    porozco@baronbudd.com
 4  BARON & BUDD, P.C.
    15910 Ventura Boulevard, Suite 1600
 5  Encino, California 91436
    Telephone:  (818) 839-2333
 6  Facsimile:  (818) 986-9698
 7
    Attorneys for Plaintiffs
 8  KOBE FALCO, JOEL SEGUIN,
    ALFREDO PADILLA, and ROBERTO
 9  GALVAN, individually, and on behalf
    of other members of the public similarly
10  situated
11
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBE FALCO, JOEL SEGUIN, ALFREDO PADILLA, and ROBERTO GALVAN, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC. a California corporation, and NISSAN JIDOSHA KABUSHIKI KAISHA d/b/a NISSAN MOTOR CO., LTD., a publicly traded company in Japan,<br><br>Defendants. | Case No.: 2:13-cv-00686-DDP-MAN<br><br>**DECLARATION OF PLAINTIFF JOEL SEGUIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>District Judge: Hon. Dean D. Pregerson<br>Magistrate:    Hon. Margaret A. Nagle<br><br>Hearing Date: December 7, 2015<br>Hearing Time: 10:00 a.m.<br>Location:    312 North Spring Street<br>              Courtroom 3, 2nd Floor<br><br>Action Filed: Jan. 31, 2013 (removal)<br>Trial Date:   None Set |

DECLARATION OF JOEL SEGUIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Exhibit 31
Page 0303

# DECLARATION OF JOEL SEGUIN

I, Joel Seguin, hereby declare and state as follows:

1. I am a resident of Woodland Hills, California (in Los Angeles County) and I am a Plaintiff in the above-captioned lawsuit against Nissan North America, Inc. and Nissan Motor Co., Ltd. ("Nissan"). I submit this Declaration in support of Plaintiffs' Motion for Class Certification. If called upon to testify concerning the facts set forth in this declaration, I could and would competently testify about them because the facts in this declaration are personally known to me to be true.

2. In 2006, I purchased a new 2007 Nissan Quest from a Nissan dealership in Simi Valley, California, VIN 5N1BV28U07N108639 (the "Quest"). I purchased the Quest for personal use and drove it in a reasonably foreseeable manner.

3. Before I purchased the Quest, Nissan failed to inform me that it contained a timing chain system with a defect that could lead to catastrophic engine failure. Had I been made aware of the timing chain system defect before I purchased the Quest, I would not have bought it, or I would have paid less. Additionally, if I had learned about the timing chain system defect before the warranty on the Quest expired, I would have taken it in and demanded that it be repaired before the warranty expired. However, Nissan never disclosed the timing chain defect to me.

4. On July 2, 2012, I took the Quest in for inspection at a Nissan dealership in Woodland Hills, California because the engine was making a high-pitched whining noise. The dealership mechanic informed me that the noise was caused by what I since learned is the timing chain system defect. I paid the Woodland Hills Nissan dealership $180.00 to diagnose the engine whining noise. After diagnosing the problem, the dealership gave me an estimate of $2,350.00 for the repairs. I did not end up having it repaired because the Quest was out of warranty and the estimated cost of repair was too much. Attached as Exhibit A is a true and correct copy of the timing chain system repair invoices from Woodland Hills Nissan showing the diagnosis and estimated cost.

5. After receiving the timing chain system repair estimate, I spent some time on my own researching the issue. I learned that the timing chain system defect affected not only my Quest, but many other Nissan vehicles as well.

6. Shortly thereafter, I communicated with Nissan in an attempt to get Nissan to cover the cost of the repairs. I wrote Nissan a letter explaining that I had not taken the Quest in for timing chain repairs during the warranty period because not knowing the timing chain system was defective when I bought the Quest, I did not know that repairs were needed until after the warranty expired. Before receiving the diagnosis from the Woodland Hills Nissan Dealership, I had no idea that the Quest had a defective timing chain system. Nissan refused to pay any portion of the repair costs. In light of the significant expense of the repairs, I had no choice but to sell the Quest. Attached as Exhibit B is a true and correct copy of the letter I sent to Nissan.

7. I am familiar with the nature of this lawsuit, including its facts and basic legal theories. I am aware of my duties as a class representative, and I have been, and continue to be, willing and able to carry them out. I regularly communicate with my lawyers. Additionally, I participate in the case by providing documents and information about the Quest, and I expect to be deposed by Nissan in the near future.

8. I do not have interests that conflict with those of the other class members. I understand that because this is a class action case and I am seeking to represent a class of other people who own or lease Nissan vehicles with the timing chain defect, I have a duty to consider their interests and put them above my own, should the need arise.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14 day of August 2015, in Woodland Hills, California.

_____
Joel Seguin

2   Case No.: 2:13-cv-00686-DDP(MANx)

DECLARATION OF JOEL SEGUIN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Exhibit 31
Page 0305

```
WOODLAND HILLS NISSAN
20539 VENTURA BLVD
WOODLAND HILL, CA 91364

TERMINAL ID:
MERCHANT #:         004234704
                    174163269999
VISA
#xxxxxxxxxxxx9606

SALE
BATCH: 001243    INVOICE: 0430110100
DATE: JUL 02, 12         TIME: 17:39
SQ: 008          AUTH NO: 08508C

TOTAL            $180.00

CUSTOMER COPY
```

```
                                          20539 VENTURA BLVD.
HILLS NISSAN                              WOODLAND HILLS, CA 91364
                                              (818) 346-6200
G REPAIRS:                   BAR# ARD242238    EPA# CAL000299897
```

Known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

When maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when following instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.

Health & Safety Code §25249.5 et seq.) For further information about Proposition 65: http://www.oehha.org/prop65.html.

| ADDITIONAL COST $ | | ALL PARTS INSTALLED ARE NEW UNLESS OTHERWISE SPECIFIED. |
| CONTACTED BY | | I acknowledge notice and oral approval of an increase in the original estimated price. | I ACKNOWLEDGE RECEIPT OF THE PARTS AND LABOR LISTED BELOW |
| DATE | TIME | X_____ | X_____ |
| PHONE # | | CUSTOMER INITIALS | CUSTOMER SIGNATURE |

```
--------- INVOICE TO ---------         -------- DRIVER/OWNER INFORMATION -- INVOICE: C80031
SEGUIN, JOEL                           SEGUIN, JOEL
18044 SAN FERNANDO MISSION BLVD        18044 SAN FERNANDO MISSION BLVD
GRANADA HILLS          CA 91344        GRANADA HILLS          CA 91344
WORK: (818) 676-6362  HOME: (818) 800-2077  WORK: (818) 676-6362  HOME: (818) 800-2077
EMAIL: JOELSEGUIN@YAHOO.COM            EMAIL: JOELSEGUIN@YAHOO.COM
-------------- FOR OFFICE USE --------------  --------------- VEHICLE INFORMATION ---------------
TAG: 0247   ADV: 366 MASIHI, A  INVOICE: PRELIM CUS C   AM   VIN 5N1BV28U07N108639   LICENSE NUMBER: CA 5XCA316
    TAX RULES:    YYNNY INVOICED: 07/02/2012 13:19:04      07 NISSAN   QUEST   3.5   4DR MVAN   SILVER
ODOMETER IN: 108567                            DIST: JN1   DATES  INSERVICE: 102206
DATES   BEGIN: 07/02/12  DONE: 07/02/12

CONCERN 24   CUSTOMER STATES NEXT MAINTENANCE SERVICE           OPERATION   TECH      AMOUNT
CORRECTION   YOUR NEXT MAINTENANCE SERVICE APPOINTMENT IS OCTOBER 1ST   CAF    999          .00
FACTORY      TECH: 999 - HOUSE, HOUSE
                                                                ---------- SUBTOTAL ----------
TYPE: C                                                         TOTAL CHARGE FOR CONCERN     .00

CONCERN 51   CUSTOMER STATES WHEN IS COLD OUTSIDE VEHICLE TAKES A WHILE BEFORE IT   OPERATION   TECH   AMOUNT
             STARTS                                              NIZ         378       .00
CAUSE        CHECKED FOR CODES AND NO CODES FOUND, CHECKED BATTERY AND COMPLETED A
             BETTERY TEST
CORRECTION   BATTERY GOOD, FOUND NO CODES
             CANT DUPLICATE THE PROBLEM ST THIS TIME
FACTORY      TECH: 378 - EGUIA, JUAN G
                                                                ---------- SUBTOTAL ----------
TYPE: C                                                         TOTAL CHARGE FOR CONCERN     .00

CONCERN 52   CUSTOMER STATES THAT THERE IS A CLICKING NOISE     OPERATION   TECH      AMOUNT
CORRECTION   SEE LINE 53                                         NIZ         378          .00
FACTORY      TECH: 378 - EGUIA, JUAN G
                                                                ---------- SUBTOTAL ----------
TYPE: C                                                         TOTAL CHARGE FOR CONCERN     .00

CONCERN 53   CUSTOMER STATES THAT THERE IS A HIGH WHINING PITCH WHINING NOISE   OPERATION   TECH   AMOUNT
CAUSE        PERFORMED INSPECTION AND FOUND WHINING NOISE DUE TO TIMING CHAIN, DUE TO   NIZ   378   180.00
             WORN OUT GUIDES
                                                                                        PAGE 1

                    PART #'S ENDING IN -84 ARE REMANUFACTURED
```

*Thank You*

**DISCLAIMER OF WARRANTIES**
AS IS: THE ONLY WARRANTIES APPLYING TO THIS PART(S) ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER THE SELLING DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS PART(S) AND/OR SERVICE BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT, OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

I HEREBY ACKNOWLEDGE RECEIPT OF
THE PARTS AND LABOR LISTED ABOVE    X_____

CUSTOMER

Exhibit 31
Page 0306

SEGUIN_000004

# NISSAN
## WOODLAND HILLS NISSAN

20539 VENTURA BLVD.
WOODLAND HILLS, CA 91364
(818) 346-6200
BAR# ARD242238    EPA# CAL000299897

WE RECOMMEND THE FOLLOWING REPAIRS:

WARNING - Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. These chemicals are contained in many vehicle components and replacement parts, vehicle fluids, and paints and materials used to maintain vehicles, including, but not limited to, fuel, oil, batteries, brakes, and wheel balancing weights. When you service, clean or maintain your car, you will be exposed to listed chemicals contained in used oil, waste and replacement fluids, fumes, grease, grime, touch-up paint, certain replacement parts, and particulates from component wear. When we service your car, we will return used components to you upon request. Used parts and components contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

To minimize your exposure when servicing, maintaining or cleaning your vehicle: 1) work in a well ventilated area; 2) do not smoke, drink or eat while working; 3) wash your hands when finished or when taking a break; and 4) follow all manufacturer instructions pertaining to proper use and maintenance of motor vehicles and vehicle components.
(Posted in accordance with Proposition 65 in Cal. Health & Safety Code §25249.5 et seq.) For further information about Proposition 65: http://www.oehha.org/prop65.html.

| ORIGINAL ESTIMATE $ | REVISED ESTIMATE $ | ADDITIONAL COST $ | ALL PARTS INSTALLED ARE NEW UNLESS OTHERWISE SPECIFIED. | |
|---|---|---|---|---|
| REASON | | CONTACTED BY | I acknowledge notice and oral approval of an increase in the original estimated price. | I ACKNOWLEDGE RECEIPT OF THE PARTS AND LABOR LISTED BELOW |
| AUTHORIZED BY | ☐ PERSON ☐ PHONE # | DATE | TIME | X _____ CUSTOMER INITIALS | X _____ CUSTOMER SIGNATURE |

```
------------------ INVOICE TO ------------------        ------------ DRIVER/OWNER INFORMATION -- INVOICE: C80031
SEGUIN, JOEL                                            SEGUIN, JOEL
------------------ FOR OFFICE USE ------------------    ------------------- VEHICLE INFORMATION ----------------
TAG: 0247  ADV: 366 MASIHI,  INVOICED: 07/02/2012 13:19:04 AM   07 QUEST    SILVER      LICENSE NUMBER: CA 5XCA316
-----------------------------------------------------------------------------------------------------------------
CORRECTION  CUSTOMER DECLINED WORK AT THIS TIME
FACTORY     TECH: 378 - EGUIA, JUAN G
                                                                            ------------ SUBTOTAL ------------
                                                                            LAB-MECHANICAL              180.00
TYPE: C                                                                     TOTAL CHARGE FOR CONCERN    180.00
-----------------------------------------------------------------------------------------------------------------
CONCERN 54  CUSTOMER STATES THAT CHECK ENGINE LIGHT CAME ON, A FEW MONTS AND 02 SENSOR   OPERATION   TECH   AMOUNT
            WAS REPLACED                                                                  NIZ         378     .00
CAUSE       CHECKED FOR STORED CODES WITH CONSULT
CORRECTION  NO CODES IN SYSTEM AT THIS TIME
FACTORY     TECH: 378 - EGUIA, JUAN G
                                                                            ------------ SUBTOTAL ------------
TYPE: C                                                                     TOTAL CHARGE FOR CONCERN       .00
-----------------------------------------------------------------------------------------------------------------
CONCERN 55  CUSTOMER STATES THAT THERE IS A BAD SMELL WHEN DRIVING                        OPERATION   TECH   AMOUNT
CAUSE       CANT DUPLICATE THE ISSUE AT THIS TIME                                         NIZ         378     .00
CORRECTION  CANT DUPLICATE THE ISSUE AT THIS TIME
FACTORY     TECH: 378 - EGUIA, JUAN G
                                                                            ------------ SUBTOTAL ------------
TYPE: C                                                                     TOTAL CHARGE FOR CONCERN       .00
-----------------------------------------------------------------------------------------------------------------
CONCERN 56* CUSTOMER WILL COME BACK AT A LATER TIME                                       OPERATION   TECH   AMOUNT
            NEW TIMING CHAIN AND GUIDES, NEW WATER PUMP, SPARK PLUGS AND VALVE COVER      NIZ         378     .00
            GASKET
            TOTAL 2350.00 OUT THE DOOR TAX INCLUDED
            SEE ALBERT
CAUSE       CUSTOMER WILL COME BACK AT A LATER TIME
            NEW TIMING CHAIN AND GUIDES, NEW WATER PUMP, SPARK PLUGS AND VALVE COVER
            GASKET
            TOTAL 2350.00 OUT THE DOOR T
CORRECTION  CUSTOMER WILL COME BACK AT A LATER TIME
            NEW TIMING CHAIN AND GUIDES, NEW WATER PUMP, SPARK PLUGS AND VALVE COVER
                                                                                                        PAGE 2
                    PART #'S ENDING IN -84 ARE REMANUFACTURED
```

*Thank You*

**DISCLAIMER OF WARRANTIES**
AS IS THE ONLY WARRANTIES APPLYING TO THIS PART(S) ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER THE SELLING DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS PART(S) AND/OR BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME OR ANY OTHER INCIDENTAL DAMAGES

I HEREBY ACKNOWLEDGE RECEIPT OF
THE PARTS AND LABOR LISTED ABOVE    X _____

CUSTOMER

Exhibit 31
Page 0307

SEGUIN_000005