Gregory Gutierrez
775 Gateway Dr, SE
Apt 1025
Leesburg, VA 20175
G90kings@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



GREGORY GUTIERREZ – PRO SE

**********************************************

| | |
|---|---|
| KOBE FALCO, JOEL SEGUIN, ALFREDO PADILLA AND ROBERTO GALVAN, ON BEHALF OF OTHER MEMBERS OF THE GENERAL PUBLIC SIMILARLY SITUATED, (MEMBER OF THE CLASS - GREGORY GUTIERREZ)<br><br>            Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., A CALIFORNIA CORPORATION, AND NISSAN JIDOSHA KABUSHIKI D/B/A/ NISSAN MOTOR CO., LTD., A JAPANESE COMPANY<br><br>            Defendant | Case No.: 2:13-cv-00686 DDP MANx<br><br><br>FIRST AMENDED OBJECTION TO THE ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

a.      Class member's Name and address: Gregory Gutierrez, 775 Gateway Dr. SE, Apt 1025, Town of Leesburg, Virginia 20175
b.      Model Year: 2007 Maxima Elite Edition, Make: Nissan, Date of purchase: July 18, 2007
c.      Statement of ownership: I currently own and operate the above identified Nissan Maxima
d.      VIN Number: 1N4BA41E87C07095
e.      Current Mileage: 128,238
f.      See below
g.      I have no prior involvement in any other Class Action Case
h.      I plan to appear at the Fairness hearing or request the Court to provide reasonable accommodation such as telephone conference, video link, WEDx, Adobe Connect or other technology available to the Court that would allow participation at the Fairness Hearing as I reside approximately 2,600 miles from the Court.

1

**FIRST AMENDED OBJECTION**

For the Courts benefit, the following amendments have been made to my objection to provide clarification and correction and to supplement my objection with additional information:

I.   Paragraph 1, amended statement as follows: The Defendant has admitted that the timing chain system is defective and has proposed to settle this class action lawsuit by offering to the class a rebate for a percentage of cost to repair the defect or issue a voucher towards the purchase of a new Nissan vehicle; all based on the mileage of the Class vehicle at the time of ~~settlement~~ repair.

II.  Paragraph 12, second line, corrected the spelling of benefits (from benifits).

III. Updated the mileage of my Nissan Maxima from 126,394 to 128,238 and to include photos of my Maxima taken on July 10, 2018 (EXHIBIT P).

**SUPPLEMENTAL INFORMATION**

I.   Definition of LATENT DEFECT: A hidden flaw, weakness, or imperfection that cannot be discovered by reasonable inspection. It may refer to real property (a hidden defect in the title to land) or personal property (a defect in the steering mechanism of a car). Discovery of a latent defect generally entitles the purchaser to a refund or a non-defective replacement. Definition provided by Cornell Law School - Nolo's Plain-English Law Dictionary (EXHIBIT M).

II.  The following information is added to provide support that the defective slack guide of the timing chain system is a latent defect with symptoms of the failure (whining noise) not apparent until the vehicle has accumulated over 100,000 miles.

III. EXHIBIT J is the October 28, 2016 service record for my 2007 Nissan Maxima where it is noted that the vehicle was starting to make a whining noise at about 107,000 miles.  The service shop indicated that the noise was due to the "Serpentine Belt Tensioner" which was replaced.

IV.  It is also noted that I had the belts replaced (as part of my preventive maintenance for the vehicle) about 3 to 4 thousand miles prior to the October, 2016 service.

V.   Had Nissan sent out a service bulletin informing customers that the slack guide was defective, the repair would have been made when the component started to fail at 107,000 miles.  This would have allowed accurate diagnostics of the noise and proper repair.

VI.  Vehicles manufactured after 2000 have an expectation to operate well over 120,000 miles. According to an article dated March 3, 2014 appearing on the Consumer Reports website (EXHIBIT K), in a study performed by the data analysis group iSeeCars.com, "Looking at the model years 1981 to 2010, the company ranked those vehicles based on the percentage that achieved the impressive 200,000-mile mark" by analyzing ads "featuring cars with more than 200,000 miles" with The Nissan Maxima ranked number five of the top ten vehicles (Consumer Reports, 2014).

VII. Recommended service intervals for newer Nissan vehicles (2014 and newer) continue to be based on 1,250 miles per month or 15,000 miles per year (EXHIBIT L).

VIII. Expectation of service life of the Nissan Timing Chain assembly – According to Nissan of Cerritos, California, recommended service intervals and items to be service include major systems and subsystems and are based on the standard 1,250 miles per month or 15, 000 miles per year.  There is no indication from the Nissan Service guides for 2007 and 2014, and from Nissan Cerritos (EXHIBIT H) that the timing chain assembly will ever need to be inspected for wear or damage.  It is clear that Nissan had an expectation that the timing chain assembly including the slack guides were to last the lifetime of the vehicle.  I never received any notice from Nissan of a defective timing chain assembly or any notice to have the timing chain assembly inspected due to the defect.

IX.  Title 13 - California Code of Regulations govern vehicle emissions, standards and testing but does not govern the life cycle of a car (EXHIBIT N).

X.      My 2007 Nissan Maxima continues to serve as my primary vehicle and has recently passed the
        Virginia State Emissions requirement and is eligible for a renewed state license (EXHIBIT O).

END OF AMENDMENT PORTION OF MY OBJECTION

# Contents of Objections

LIST OF EXHIBITS ......................................................................................................................... 5

    EXHIBIT A: Proposed Settlement Notice received in mail .......................................................... 5

    EXHIBIT B: Reference document 304-1, page ID # 11084 bullets 1 through 3 and page ID # 11125 and 11126; Defendants attorneys signature page to proposed settlement ....................................... 5

    EXHIBIT C: DOT/FHWA VM-1 Charts for years 2004 through 2015 ............................................ 5

    EXHIBIT D: Nissan Service and Maintenance Guide for 2007, 2008 & 2009 ............................... 5

    EXHIBIT E: Quote to Replace the Timing Chain Assembly ......................................................... 5

    EXHIBIT F: Autotrader website: https://www.autotrader.com/car-tips/buying-new-car-whens-best-time-211343 ......................................................................................................................................... 5

    EXHIBIT G: Email correspondence with Claims Administrator/Class Attorney ............................ 5

OBJECTION 1. SETTLEMENT IS NOT FAIR TO THE MEMBERS OF THE SETTLEMENT CLASS ............. 6

    Figure 1: From EXHIBIT A Notice of Proposed Settlement - Benefit Tiers................................... 6

    Figure 2: Data from the Nissan Service and Maintenance Guide for 2007 ................................... 7

    Figure 3: Data from the DOT/FHWA VM-1 ................................................................................ 8

    Figure 4: Table of miles accumulated for each Class year .......................................................... 9

    Figure 5: From EXHIBIT A Notice of Proposed Settlement - Benefit Tiers................................... 9

    Figure 6: Accumulated mileage (calculated) to qualify for benefits by Class year .................... 10

OBJECTION 2. IMPROPER NOTICE OF PROPOSED SETTLEMENT ................................................. 10

OBJECTION 3. NO BENEFIT TO THE CLASS, JUST CLASS ATTORNEYS AND DEFENDANT ................. 11

OBJECTION 4. UNREDACTED AMENDED COMPLAINTS WITHHELD FROM CLASS ......................... 12

OBJECTION 5. MISMANAGEMENT OF THE WWW.FALCOVNISSAN.COM WEBSITE......................... 12

OBJECTION 6. THIS CASE IS ABOUT SAFETY........................................................................... 12

CONCLUSION............................................................................................................................ 13

REFERENCES ............................................................................................................................ 15

LIST OF EXHIBITS

EXHIBIT A: Proposed Settlement Notice received in mail

EXHIBIT B: Reference document 304-1, page ID # 11084 bullets 1 through 3 and page ID # 11125 and 11126; Defendants attorneys signature page to proposed settlement

EXHIBIT C: DOT/FHWA VM-1 Charts for years 2004 through 2015

EXHIBIT D: Nissan Service and Maintenance Guide for 2007, 2008 & 2009

EXHIBIT E: Quote to Replace the Timing Chain Assembly

EXHIBIT F: Autotrader website: https://www.autotrader.com/car-tips/buying-new-car-whens-best-time-211343

EXHIBIT G: Email correspondence with Claims Administrator/Class Attorney

With all due respect to the Court,

I am registering these objections to the proposed settlement for case # 2:13-cv-00686 DDP MANx Falco Vs. Nissan for the following reasons:

OBJECTION 1. SETTLEMENT IS NOT FAIR TO THE MEMBERS OF THE SETTLEMENT CLASS

1.      The Defendant has admitted that the timing chain system is defective[1] and has proposed to settle this class action lawsuit by offering to the class a rebate for a percentage of cost to repair the defect or issue a voucher towards the purchase of a new Nissan vehicle; all based on the mileage of the Class vehicle at the time of ~~settlement~~ repair.

2.      This proposed settlement it is not fair, reasonable, adequate or in the best interest of all members of the Settlement Class because of the settlement mileage limitation to qualify for benefits will exclude most Class vehicles that have been driven the national average miles on a yearly basis.[2]  This data is provided as EXHIBIT C and was obtained from the United States Department of Transportation (DOT) Federal Highway Administration (FHWA) for years 2004 through 2015.

3.      The settlements terms and conditions have mileage thresholds for a Class member to qualify to file a claim and receive a percentage of financial relief or a coupon (voucher) that is good towards the purchase of a new Nissan vehicle.   The mileage thresholds are below for reference, taken from EXHIBIT A and will be referenced as Tier "a" through "c":

a) For repairs made after the powertrain coverage under the New Vehicle Limited Warranty has expired (5 years or 60,000 miles, whichever occurs first) but at fewer than 80,001 miles, you may elect (a) for Nissan to reimburse 80% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $1,500 towards the purchase of a new Nissan vehicle.

b) For repairs made when the vehicle has more than 80,000 miles but fewer than 100,001 miles, you may elect (a) for Nissan to reimburse 50% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $1,000 towards the purchase of a new Nissan vehicle.

c) For repairs made when the vehicle has more than 100,000 miles but not more than 120,000 miles, you may elect (a) for Nissan to reimburse 20% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $500 towards the purchase of a new vehicle.

*Figure 1: From EXHIBIT A Notice of Proposed Settlement - Benefit Tiers*

4.      The settlement fails to take into account the average miles driven by the Class fleet and instead imposes mileage restrictions that appear to be derived from the

---

[1] Reference document 304-1, page ID # 11084 bullets 1 through 3 and page ID # 11125 and 11126; Defendants attorneys signature page to proposed settlement

[2] Data compiled from the U.S. Department of Transportation Federal Highway Administration - Annual Vehicle Distance Traveled in Miles and Related Data – for years 2004 through 2015 by Highway Category and Vehicle Type.  VM-1 charts EXHIBIT C

"Nissan Service and Maintenance guide[3] (EXHIBIT D).  The Nissan Guide provides service intervals based on either the number of months of operation or specific miles driven.

5.     The table below was compiled from the 2007 Nissan Service and Maintenance guide to illustrate Defendants expectations for maintenance intervals.  By taking the number of miles and dividing by the number of months yields the miles per month that Nissan expects the vehicle to be driven between service intervals, which is exactly 1,250 miles per month or 15,000 miles per year.

**FROM THE NISSAN SERVICE AND MAINTENANCE GUIDE FOR 2007**
**Service Intervals**

| Miles | Months | Calculated Miles/Month | Miles | Months | Calculated Miles/Month |
|---|---|---|---|---|---|
| 3,750 | 3 | 1,250 | 33,750 | 27 | 1,250 |
| 7,500 | 6 | 1,250 | 37,500 | 30 | 1,250 |
| 11,250 | 9 | 1,250 | 41,250 | 33 | 1,250 |
| 15,000 | 12 | 1,250 | 45,000 | 36 | 1,250 |
| 18,750 | 15 | 1,250 | 48,750 | 39 | 1,250 |
| 22,500 | 18 | 1,250 | 52,500 | 42 | 1,250 |
| 26,250 | 21 | 1,250 | 56,250 | 45 | 1,250 |
| 30,000 | 24 | 1,250 | 60,000 | 48 | 1,250 |

| Miles | Months | Calculated Miles/Month | Miles | Months | Calculated Miles/Month |
|---|---|---|---|---|---|
| 63,750 | 51 | 1,250 | 93,750 | 75 | 1,250 |
| 67,500 | 54 | 1,250 | 97,500 | 78 | 1,250 |
| 71,250 | 57 | 1,250 | 101,250 | 81 | 1,250 |
| 75,000 | 60 | 1,250 | 105,000 | 84 | 1,250 |
| 78,750 | 63 | 1,250 | 108,750 | 87 | 1,250 |
| 82,500 | 66 | 1,250 | 112,500 | 90 | 1,250 |
| 86,250 | 69 | 1,250 | 116,250 | 93 | 1,250 |
| 90,000 | 72 | 1,250 | 120,000 | 96 | 1,250 |

*Figure 2: Data from the Nissan Service and Maintenance Guide for 2007*

6.     The U.S. Department of Transportation, National Highway Administration, list the average miles driven per year in the United States for Light Duty Vehicles with a Short wheelbase (Class vehicles Maxima, Pathfinder and Xterra) and for Light Duty Vehicles with a Long wheelbase (Class vehicles Quest and Frontier).  This data was examined for years beginning in 2004 up to 2016 (no data was available for 2017 through 2018).

7.     The table below compiles data for the average miles driven for the Class Fleet from 2004 to 2016 with years 2017 through the first six months of 2018 forecasted using Microsoft Excels Forecast tool as data was not available for these years.

8.     The vehicle classifications for long and short wheelbases is based on the FHWA criteria noted in the table.  The wheelbase lengths were obtained from the internet

---

[3] The Nissan Service and Maintenance Guide was examined for the years 2007 through 2009 and all years were found to contain the exact mileage or monthly intervals between services.

using the search term "What is the wheelbase for a (year) Nissan (model)".  The Federal Highway Administration data was obtained from the Federal Highway Administration website (EXHIBIT C).

| Year | Average Miles Driven | Year | Average Miles Driven (Light Duty Vehicles |
|---|---|---|---|
| 2004 | 12,460 | 2004 | 12,732 |
| 2005 | 12,509 | 2005 | 12,274 |
| 2006 | 12,485 | 2006 | 10,921 |
| 2007 | 10,710 | 2007 | 14,970 |
| 2008 | 10,290 | 2008 | 15,256 |
| 2009 | 10,391 | 2009 | 15,252 |
| 2010 | 10,650 | 2010 | 15,474 |
| 2011 | 11,150 | 2011 | 12,007 |
| 2012 | 11,262 | 2012 | 11,885 |
| 2013 | 11,244 | 2013 | 11,712 |
| 2014 | 11,048 | 2014 | 12,138 |
| 2015 | 11,327 | 2015 | 11,855 |
| 2016 | 11,370 | 2016 | 11,991 |
| 2017 | 11,486 | 2017 | 11,850 |
| 2018 (Jan to June) | 5,798 | 2018 | 5,866 |
| TOTALS | 164,180 | TOTALS | 186,182 |

| CLASS VEHICLE | MODEL YEAR | WHEELBASE | DOT - FHA CLASSFICATION |
|---|---|---|---|
| Nissan Maxima | 2004 TO 2009 | 111 2 inches | Light Duty Short Wheelbase |
| Nissan Quest | 2004 TO 2006 | 124 inches | Light Duty Long Wheelbase |
| Nissan Pathfinder | 2005 TO 2007 | 112.2 inches | Light Duty Short Wheelbase |
| Nissan Xterra | 2005 TO 2007 | 106.3 inches | Light Duty Short Wheelbase |
| Nissan Frontier | 2005 TO 2007 | 125.9 inches | Light Duty Long Wheelbase |

FROM THE FHA: 1/ The FHWA estimates national trends by using State reported Highway Performance and Monitoring System (HPMS) data, fuel consumption data (MF-21 and MF-27), vehicle registration data (MV-1, MV-9, and MV-10), other data such as the R. L. Polk vehicle data, and a host of modeling techniques. Starting with the 2009 VM-1, an enhanced methodology was used to provide timely indictors on both travel and travel behavior changes. 2/ Light Duty Vehicles Short WB – passenger cars, light trucks, vans and sport utility vehicles with a wheelbase (WB) equal to or less than 121 inches. Light Duty Vehicles Long WB – large passenger cars, vans, pickup trucks, and sport/utility vehicles with wheelbases (WB) larger than 121 inches. All Light Duty Vehicles - passenger cars, light trucks, vans and sport utility vehicles regardless of wheelbase. 3/ Single-Unit - single frame trucks that have 2-axles and at least 6 tires or a gross vehicle weight rating (GVWR) exceeding 10,000 lbs. 4/ Vehicle occupancy is estimated by the FHWA from the 2009 National Household Travel Survey (NHTS); For single unit truck and heavy trucks, 1 motor vehicle mile travelled = 1 person-mile traveled. 5/ VMT data are based on the latest HPMS data available; it may not match previous published results.

Years 2004 through 2006 were provided in kilometers and were converted to miles using the factor of 1 kilometer equals 0.621371 miles. All data was updated using the most recent available.
No data was available for years 2017 and 2018.  Estimates were developed using Microsoft Excels Forcast Tool based on supplied data.

*Figure 3: Data from the DOT/FHWA VM-1*

9.    If a Class vehicle is driven the national average on a yearly basis, then Class vehicles (Short Wheelbase) from 2004 would be expected to have 164,180 miles by June, 2018 and Class vehicles (long Wheelbase) from 2004 would have 186,182 miles by June, 2018.

10.    My Class vehicle (2007 Nissan Maxima) has 126,394 miles as of May, 2018, 332 miles off the calculated national average of 126,726!

11.    To assist the Court, the table below illustrates the calculated number of miles for a Class vehicle if driven the national average starting January of each class year[4] and ending June 30, 2018:

| Model Year | Total Miles SWB | Total Miles LWB |
|---|---|---|
| 2004 | 164,180 | 186,182 |
| 2005 | 151,721 | 173,451 |
| 2006 | 133,413 | 161,177 |
| 2007 | 126,726 | 150,256 |
| 2008 | 116,016 | 135,286 |
| 2009 | 105,726 | 120,030 |

*Figure 4: Table of miles accumulated for each Class year*

12.    To meet any of the mileage thresholds proposed in the settlement, a Class vehicle that is driven the national average of miles per year will not qualify to receive ~~benifits~~ benefits from this settlement with the exception of (SWB) 2008 and 2009 Class vehicles:

For Tier "a": (SWB) No vehicles qualify; (LWB) No vehicles qualify

For Tier "b": (SWB) No vehicles qualify; (LWB) No vehicles qualify

For Tier "c": (SWB) 2008 and 2009 vehicles qualify, (LWB) No vehicles qualify

a) For repairs made after the powertrain coverage under the New Vehicle Limited Warranty has expired (5 years or 60,000 miles, whichever occurs first) but at fewer than 80,001 miles, you may elect (a) for Nissan to reimburse 80% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $1,500 towards the purchase of a new Nissan vehicle.

b) For repairs made when the vehicle has more than 80,000 miles but fewer than 100,001 miles, you may elect (a) for Nissan to reimburse 50% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $1,000 towards the purchase of a new Nissan vehicle.

c) For repairs made when the vehicle has more than 100,000 miles but not more than 120,000 miles, you may elect (a) for Nissan to reimburse 20% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $500 towards the purchase of a new vehicle.

*Figure 5: From EXHIBIT A Notice of Proposed Settlement - Benefit Tiers*

13.    Under this settlement, a Class vehicle would need to accumulate the monthly and yearly averages listed in the table below[5] to qualify for any benefit:

---

[4] According to Autotrader.com: "New-model-year vehicles will start to come out in the fall of the previous year -- for example, a 2018 model will debut in the fall of 2017 -- and dealerships usually want last year's stock gone before the new model arrives https://www.autotrader.com/car-tips/buying-new-car-whens-best-time-211343

[5] This table was developed by: 1. using the settlement top end of each tier mileage threshold, 2. calculating the total number of months between January of each model year and ending in June, 2018 and 3. Dividing (5 - continued from previous page) the top end mileage threshold for each tier by the number of months from January of the model year to June, 2018.  For example, the number of months from January, 2004 to June, 2018 is

9

| Mileage Threshold | Months | Avg Miles per month | Avg Miles per year | | Mileage Threshold | Months | Avg Miles per month | Avg Miles per year |
|---|---|---|---|---|---|---|---|---|
| **2004 to June, 2018 (14 yrs, 6 mos)** | | | | | **2007 to June, 2018 (11 yrs, 6 mos)** | | | |
| 80,001.0 | 174 | 459.8 | 5,517.3 | | 80,001.0 | 138 | 579.7 | 6,956.6 |
| 100,001.0 | 174 | 574.7 | 6,896.6 | | 100,001.0 | 138 | 724.6 | 8,695.7 |
| 120,000.0 | 174 | 689.7 | 8,275.9 | | 120,000.0 | 138 | 869.6 | 10,434.8 |
| **2005 to June, 2018 (13 years, 6 mos)** | | | | | **2008 to June, 2018 (10 yrs, 6 mos)** | | | |
| 80,001.0 | 162 | 493.8 | 5,926.0 | | 80,001.0 | 126 | 634.9 | 7,619.1 |
| 100,001.0 | 162 | 617.3 | 7,407.5 | | 100,001.0 | 126 | 793.7 | 9,523.9 |
| 120,000.0 | 162 | 740.7 | 8,888.9 | | 120,000.0 | 126 | 952.4 | 11,428.6 |
| **2006 to June, 2018 (12 years, 6 mos)** | | | | | **2009 to June, 2018 (9 yrs, 6 mos)** | | | |
| 80,001.0 | 150 | 533.3 | 6,400.1 | | 80,001.0 | 114 | 701.8 | 8,421.2 |
| 100,001.0 | 150 | 666.7 | 8,000.1 | | 100,001.0 | 114 | 877.2 | 10,526.4 |
| 120,000.0 | 150 | 800.0 | 9,600.0 | | 120,000.0 | 114 | 1,052.6 | 12,631.6 |

*Figure 6: Accumulated mileage (calculated) to qualify for benefits by Class year*

14.     This settlement provides little or no value to the Class by excluding Class vehicles from the model years 2004 to 2009 and would only provide little value for to the Class with SWB vehicles for model year 2008 & 2009 (either a $180.00 reimbursement towards a $2,437.00[6] repair or a Coupon for $500.00 towards the purchase of a new Nissan vehicle.

15.     I was never contacted by Plaintiff's attorneys during the discovery phase of the Class Action lawsuit or during settlement discussions to obtain the date I purchased my car or what my average miles driven were or my actual mileage. If Plaintiffs and Defendants attorneys did not attempt to determine the average miles of the class fleet prior to negotiating the settlement, how can that be in the best interest of the Class if the data suggest that the majority of Class vehicles would be excluded from receiving no value from this settlement!

OBJECTION 2. IMPROPER NOTICE OF PROPOSED SETTLEMENT

16.     The notice I received in the mail (EXHIBIT A) was a two-page confusing document that lacked critical details and was not identified as any exhibit in the TELLIS DECLARATION EXHIBIT 1. The notice ordered by the court per the signed Order Granting Preliminary Approval of Class Action Settlement (reference Document 317, paragraph 5(b)) states: "the Claims Administrator shall commence the mailing of the Notice substantially in the forms attached to the Settlement Agreement as Exhibits."

17.     The notice identified in the TELLIS DECLARATION – EXHIBIT 1, (reference document 304-1, page ID #11128 through 11137) is a nine-page NOTICE OF PROPOSED SETTLEMENT with critical details on how to object to the settlement and request exclusion from the class.

---

[6] Quote from Nissan of Chantilly, VA to replace the timing chain assembly for my 2007 Nissan Maxima (EXHIBIT E)

OBJECTION 3. NO BENEFIT TO THE CLASS, JUST CLASS ATTORNEYS AND DEFENDANT

18.     The CLASS ACTION FAIRNESS ACT OF 2005 was amended and signed into law because it was found (according to 28 USC 1711-2 note (a)(2) that – "Over the past decade, there have been abuses of the class action device that have— (A) harmed class members with legitimate claims and defendants that have acted responsibly; (B) adversely affected interstate commerce; and (C) undermined public respect for our judicial system.

19.     In addition, the 28 USC 1711-2 (a)(3) states "Class members often receive little or no benefit from class actions, and are sometimes harmed, such as where— (A) counsel are awarded large fees, while leaving class members with coupons or other awards of little or no value; (B) unjustified awards are made to certain plaintiffs at the expense of other class members; and (C) confusing notices are published that prevent class members from being able to fully understand and effectively exercise their rights.

20.     The payment of attorney's fees and expenses were negotiated by the Plaintiffs attorneys and the Defendants attorneys as referenced in document 304-1, page ID # 11111, paragraphs 95 and 95 which states "Class Counsel shall be permitted to apply to the Court for an award of reasonable Attorneys' Fees for work actually performed on behalf of the Settlement Class (which shall not include any work performed in connection with the Shaw v. Nissan case) in a total amount up to, but not to exceed, $5,200,000 (five million, two hundred thousand dollars) and "Class Counsel shall be permitted to apply to the Court for an award of reasonable Expenses (which shall not include any costs and litigation expenses incurred in connection with the Shaw v. Nissan case) in the total amount up to, but not to exceed, $800,000 (eight hundred thousand dollars).

21.     Fees should have been calculated using the LOADSTAR with Multiplier Method because the settlement provides for a coupon (or voucher).  The CLASS ACTION FAIRNESS ACT OF 2005 was amended and signed into law to "amend the procedures that apply to consideration of interstate class actions to assure fairer outcomes for class members and defendants, and for other purposes.

22.     The CLASS ACTION FAIRNESS ACT OF 2005 § 1712(b)(2) Titled COURT APPROVAL states that Any attorney's fee under this subsection shall be subject to approval by the court and shall include an appropriate attorney's fee, if any, for obtaining equitable relief, including an injunction, if applicable. Nothing in this subsection shall be construed to prohibit application of a Loadstar with a multiplier method of determining attorney's fees.

23.     The proposed settlement, due to the nature of the mileage limitation will impact the majority of Class members and will eliminate the repair reimbursement option and any opportunity to receive the "voucher" also known as a "Coupon"

OBJECTION 4. UNREDACTED AMENDED COMPLAINTS WITHHELD FROM CLASS

24.     I requested unredacted copies of the first and second amended complaint from the Claims Administrator and plaintiffs' attorney and I was told by Plaintiffs' attorney that "The confidential portions of the Second Amended Complaint are under seal because of the protective order entered in the case and as a result, we cannot provide an unredacted copy to you (EXHIBIT G page 3)."

25.     I believe that under the rules of the Court and as a member to this action, I am bound by the same confidentiality agreements as plaintiffs' attorneys and entitled to receive the unredacted  first and second amended complaints to allow for a full and accurate review of the settlement before deciding to remain with the Class or exclude from the Class and pursue an independent action.

OBJECTION 5. MISMANAGEMENT OF THE WWW.FALCOVNISSAN.COM WEBSITE

26.     The management and administration of the Claim website has been defective; documents that were identified as Court Ordered were not and after email communication with the Claims Administrator starting May 11, 2018 (EXHIBIT G), documents disappeared from the website and then reappeared under the same name but were a completely different document.

27.     The Administrator, by mis-identifying documents as Court ordered, when confronted about this misinformation, removed and replaced the document with the correct document. This created confusion and a delay in the time available to review all of the authorized settlement documents.

28.     The deadlines published in the unauthorized notice for the filing of objections and to exclude from the class are conflicting and confusing. The conflicting dates does not provide for the court to render its decision on any objection and depending on the outcome, allow Class members to exclude themselves from the Class or remain.

OBJECTION 6. THIS CASE IS ABOUT SAFETY

29.     This case is about safety.   The proposed settlement disregards the consequences of a catastrophic engine failure due to the defective timing chain system while driving and the potential harm inflicted to the occupants in the form of the danger of

rear end collisions, loss of control or any number of safety risks that can result in serious injury or death to the occupants.

30. The aftermath of a catastrophic engine failure places other motorist, pedestrians and now occupants of autonomous vehicles in danger due to the debris created which can include broken metal and plastic components and shrapnel expelled outside the engine compartment through the bottom (there is no effective containment system underneath the engine compartment to prevent any debris from escaping the compartment when the timing chain systems fails.

CONCLUSION

31. I thank the Court for the opportunity to present my objections to the proposed settlement and ask the Court to consider:

32. Rescinding the preliminary approval of the settlement due to the safety issue that involves a critical component necessary to the safe operation of a motor vehicle, the admission by Defendants counsel that the Timing Chain System is defective and the mis handling of the Claims administration for failing to mail the notice ordered by the court

33. Instruct both Plaintiffs and Defendants attorneys to renegotiate the settlement and to notify the Department of Transportation National Highway Traffic Safety Administration of the defective timing chain assembly and work towards a resolution with defendants to recall all Class vehicles regardless of mileage and fix the defective timing chain system.

34. The unfairness of the settlement (only benefits Class members whose vehicles fall under the national average of miles driven per year).

35. Inadequacies of the unapproved NOTICE OF PROPOSED SETTLEMENT which I received and was confusing and had conflicting information (deadlines for objecting and exclusion).

36. Class counsel forgoing the greater good of the Class and agreeing to settle for fees and expenses (because the settlement with the mileage restriction to receive benefits will eliminate most of the Class who drive the national average of miles per year).

37. END

I thank the Court for the time to review these concerns.


Dated this day of Wednesday, July 11, 2018.




X _____

Gregory Gutierrez
775 Gateway Drive SE
Apt 1025
Leesburg, VA 20176

REFERENCES

Autotrader. (n.d.). Buying a New Car: When's the Best Time? Retrieved November, 2017, from https://www.autotrader.com/car-tips/buying-new-car-whens-best-time-211343

Department of Transportation/Federal Highway Administration. (n.d.). Highway Statistics Series Publications. Retrieved from https://www.fhwa.dot.gov/policyinformation/statistics.cfm Data obtained from these publications for years 2004 through 2016

Falco v. Nissan Settlement. (2018, April 04). Retrieved May 15, 2018, from https://www.falcovnissan.com/en

VADEN NISSAN. (n.d.). Nissan Service and Maintenance Guide 2007. Retrieved May 29, 2018, from http://www.vadennissanservicecontracts.com/owners-manual/nissan/2007_N_SMG.pdf.  Obtained Service and Maintenance Guides for years 2007 through 2009

United States District Courthouse – Central District of California
Civil Intake – Class Action
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

Upon Nissan's Counsel at:
E. Paul Cauley, Jr.
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201

Upon Class Counsel at:
Roland Tellis, Esq.
BARRON & BUDD, PC
15910 Ventura Boulevard, Suite 1600
Encino, California 91436

Upon the Claims Administrator at:
Epiq Class Action & Claims Solutions, Inc.
10300 SW Allen Blvd.
Beaverton, OR 97005

*EXHIBIT A*

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF PROPOSED SETTLEMENT

**Please take note if you purchased or leased in the State of California or Washington a 2004-2008 Nissan Maxima, 2004-2009 Nissan Quest, 2004-2006 Nissan Altima (with a VQ35 engine), 2005-2007 Nissan Pathfinder, 2005-2007 Nissan Xterra, or 2005-2007 Nissan Frontier (with a VQ40 engine), you could get benefits from a class action settlement**

- **You may be able to get a partial refund if you paid to repair the engine timing chains in your Nissan vehicle, or if you need to have them repaired in the future.**

- **If your vehicle is making a high frequency buzzing/whining noise coming from the engine that increases in frequency with engine speed, this may indicate your timing chain system needs to be repaired.**

- **If you have not yet had your vehicle repaired, to be eligible for reimbursement under the settlement, you must first have your vehicle diagnosed by an authorized Nissan dealership. If the authorized Nissan dealership determines that repairs or replacement of your primary or secondary timing chain system is necessary because of a broken slack guide retention clip, an unseated slack guide, or worn secondary tensioner shoes, you may be eligible for reimbursement of a portion of the diagnosis and repair costs from Nissan.**

- **See below for details on how to submit a claim.**

PARA VER ESTE AVISO EN ESPAÑOL, VISITA WWW.FALCOVNISSAN.COM

SI TIENE PREGUNTAS, LLAME AL 1-844-763-6373 O ENVIE UN MENSAJE POR CORREO ELECTRONICO A INFO@FALCOVNISSAN.COM

**Read this Notice carefully because it may affect your legal rights.**

***A federal court has ordered this Notice. It is not from a lawyer, and you are not being sued.***

This Settlement resolves a lawsuit about Nissan's obligations, if any, related to the timing chain systems in the 2004-2008 model year Nissan Maxima, 2004-2009 model year Nissan Quest, 2004-2006 model year Nissan Altima (equipped with a VQ35 engine), 2005-2007 model year Nissan Pathfinder, 2005-2007 model year Nissan Xterra, and 2005-2007 model year Nissan Frontier (equipped with a VQ40 engine).

If you paid for, or have to pay for in the future, costs to diagnose and/or repair your timing chain system, you may be entitled to partial reimbursement of those costs or a voucher towards the purchase of a new Nissan vehicle, if you meet the requirements of the Settlement. Your legal rights are affected whether or not you act. Please read this Notice carefully.

United States District Court for the Central District of California will hold a hearing to decide whether to give final approval to the settlement, so that the benefits can be issued. Those included have legal rights and options, such as submitting a claim for benefits or excluding themselves from or objecting to the settlement. More information is in the detailed notice, which is available at www.FalcovNissan.com.

## WHAT IS THIS ABOUT?

A lawsuit called *Falco, et al. v. Nissan North America, Inc., et al.*, Case No. 2:13-cv-00686-DDP-MANx, was filed against Nissan North America, Inc. ("NNA") and Nissan Motor Co., Ltd. ("NML") (collectively "Nissan"). The people who sued are called the Plaintiffs. The company they sued, Nissan, is called the Defendant. Plaintiffs contend that certain Nissan vehicles contain a timing chain defect. The Plaintiffs brought claims against Nissan for breach of express warranty, breach of implied warranty, unjust enrichment, fraudulent concealment, and violation of various State consumer protection statutes. They also sought various injunctive remedies and damages.

Nissan has and continues to dispute all of Plaintiffs' claims, denies all allegations of wrongdoing, fault, liability or damage of any kind to Plaintiffs or the Settlement Class (as defined below), denies that it acted improperly or wrongfully in any way, and believes that this litigation is without merit.

## WHO IS INCLUDED?

**You are being sent this Notice because Nissan's records show you are likely a Settlement Class Member.** The Settlement Class includes those who purchased or leased in California or Washington, a 2004-2008 model year Nissan Maxima, 2004-2009 model year Nissan Quest, 2004-2006 model year Nissan Altima (equipped with a VQ35 engine), 2005-2007 model year Nissan Pathfinder, 2005-2007 model year Nissan Xterra, and 2005-2007 model year Nissan Frontier (equipped with a VQ40 engine). Each of these are called a "Class Vehicle" and owners and lessees are Settlement Class Members.

## WHAT DOES THE SETTLEMENT PROVIDE?

The Settlement provides, at the option of the Settlement Class Member, either partial reimbursement or a voucher towards the purchase of a new Nissan vehicle, if you paid or pay to diagnose, repair, and/or replace the primary or secondary timing chain systems or components in a Class Vehicle after the factory warranty of 5-years or 60,000 miles, whichever occurs first, has expired but before the vehicle has accumulated more than 120,000 miles.

a) For repairs made after the powertrain coverage under the New Vehicle Limited Warranty has expired (5 years or 60,000 miles, whichever occurs first) but at fewer than 80,001 miles, you may elect (a) for Nissan to reimburse 80% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $1,500 towards the purchase of a new Nissan vehicle.

b) For repairs made when the vehicle has more than 80,000 miles but fewer than 100,001 miles, you may elect (a) for Nissan to reimburse 50% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $1,000 towards the purchase of a new Nissan vehicle.

c) For repairs made when the vehicle has more than 100,000 miles but not more than 120,000 miles, you may elect (a) for Nissan to reimburse 20% of the first $900 of the cost actually paid, or (b) a voucher in the amount of $500 towards the purchase of a new vehicle.

The Detailed Notice and Settlement Agreement, available at www.FalcovNissan.com, describe in detail the benefits available under the proposed settlement, including any limitations on reimbursement claims and voucher based on vehicle's mileage at the time a repair occurred.

## HOW DO YOU ASK FOR BENEFITS?

To get a reimbursement or a voucher towards the purchase of a new Nissan vehicle, you must complete and submit a Claim Form. A copy of the Claim Form is included with this Notice. You may mail the completed Claim Form and necessary documentation to the Claims Administrator or you may submit a Claim Form and documentation electronically by visiting the settlement website at www.FalcovNissan.com.

If you had your vehicle repaired before this notice was sent out (April 2, 2018), the deadline to file your Claim Form is **11:59 p.m. Pacific Standard Time on July 2, 2018** if filing online, or postmarked by **July 2, 2018** if filing by mail. If you get your vehicle repaired after this notice went out (April 2, 2018), you have 90 days from the date of the repair or 90 days from the date of the final approval order (whichever is later) to submit your claim for reimbursement.

Reimbursement checks and vouchers will not be mailed until after the Settlement is finally approved by the Court and after any appeals are resolved. This process can take time, so please be patient and visit www.FalcovNissan.com for updates.

## YOUR OTHER OPTIONS.

If you do not want to be legally bound by the settlement, you must exclude yourself from the Class by **June 11, 2018**, or you will not be able to sue Nissan about the legal claims this settlement resolves, ever again. If you exclude yourself, you cannot get any benefits from the settlement. If you stay in the Class, you may object to it by **June 11, 2018**. The detailed notice explains how to exclude yourself or object.

The Court will hold a hearing in the settlement, on **July 16, 2018**, to consider whether to approve the settlement, and a request by Class Counsel for attorneys' fees in a total amount up to $5,200,000 and expenses in the total amount up to $800,000. Additionally, Class Counsel will apply to the Court for payments of $5,000 each to the Class Representatives for their service to the Class. Any award of payments to the Class Representatives will be paid by Nissan separately from and in addition to any relief provided to the Settlement Class. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. For more information, call or go to the website shown below.

| www.FalcovNissan.com | 1-844-763-6373 |
|---|---|

EXHIBIT B

(equipped with a VQ35 engine), 2005-2007 Nissan Pathfinder, 2005-2007 Nissan Xterra, and

2005-2007 Nissan Frontier (equipped with a VQ40 engine) vehicles:

1.  The "California Statutory Class," consisting of all California residents
    who purchased or leased a class vehicle in California and who have
    incurred actual expenses in connection with either the diagnosis or repair
    of the defective timing chain system;

2.  The "California Fraud and Breach of Warranty Class," consisting of all
    California residents who currently own or lease a class vehicle in
    California and who have not yet had the defective timing chain system
    fully repaired; and

3.  The "Washington Class," consisting of all Washington residents who
    purchased or leased a class vehicle in Washington and who have incurred
    actual expenses in connection with either the diagnosis or repair of the
    defective timing chain system.

WHEREAS, the case was subsequently set to proceed to trial on October 10, 2017;

WHEREAS, on July 3, 2017, NNA and NML moved for summary judgment in their

favor on all of the Classes' claims, briefing was subsequently completed, and the motion was set

for hearing, but not yet heard;

WHEREAS, on July 5, 2017, NNA and NML moved to decertify the classes certified by

the Court's April 5, 2016 Order, briefing was subsequently completed, and the motion was set

for hearing, but not yet heard;

WHEREAS, after completing extensive investigation and discovery into the claims and

defenses in this Lawsuit, the Parties engaged in multiple mediation sessions with a Court

approved mediator;

WHEREAS, while Plaintiffs and their counsel believe that the claims asserted in the

Lawsuit have merit, and that such claims could have been successful at trial, they recognize the

costs and risks of prosecuting this litigation, the risk of losing at trial, and the risk of the classes

being decertified, and believe that it is in the best interest of all members of the Settlement Class

*SETTLEMENT AGREEMENT – pg. 2*

EXHIBIT B

CAPSTONE LAW, APC


By: _____   Dated: _____, 2017
     Jordan Lurie, Esq.
     Cody Padgett, Esq.
     CAPSTONE LAW, APC
     1875 Century Park East, Suite 1000
     Los Angeles, California 90067


STRATEGIC LEGAL PRACTICES


By: _____   Dated: _____, 2017
     Payam Shahian, Esq.
     Michael Devlin, Esq.
     STRATEGIC LEGAL PRACTICES
     1840 Century Park East, Suite 430
     Los Angeles, California 90067

*Counsel for Plaintiffs and, upon approval by the Court, for the Settlement Class*

**DEFENDANTS**


By: _____   Dated: Nov. 30th, 2017
     On Behalf of Nissan North America, Inc.
     and Nissan Motor Co., Ltd.


DRINKER BIDDLE & REATH, LLP


By: _____   Dated: _____, 2017
     E. Paul Cauley, Jr., Esq.
     S. Vance Wittie, Esq.
     DRINKER BIDDLE & REATH, LLP
     1717 Main Street, Suite 5400
     Dallas, Texas 75201

*SETTLEMENT AGREEMENT – pg. 37*

Case 2:13-cv-00686-DDP-MAN   Document 342   Filed 07/13/18   Page 21 of 100   Page ID #:11754
EXHIBIT B
Case 2:13-cv-00686-DDP-MAN   Document 304-1   Filed 12/01/17   Page 45 of 86   Page ID #:11126

CAPSTONE LAW, APC


By: _____   Dated: _____, 2017
     Jordan Lurie, Esq.
     Cody Padgett, Esq.
     CAPSTONE LAW, APC
     1875 Century Park East, Suite 1000
     Los Angeles, California 90067


STRATEGIC LEGAL PRACTICES


By: _____   Dated: _____, 2017
     Payam Shahian, Esq.
     Michael Devlin, Esq.
     STRATEGIC LEGAL PRACTICES
     1840 Century Park East, Suite 430
     Los Angeles, California 90067

*Counsel for Plaintiffs and, upon approval by the Court, for the Settlement Class*


## DEFENDANTS


By: _____   Dated: _____, 2017
     On Behalf of Nissan North America, Inc.
     and Nissan Motor Co., Ltd.


DRINKER BIDDLE & REATH, LLP


By: _____   Dated: _Nov   21_, 2017
     E. Paul Cauley, Jr., Esq.
     S. Vance Wittic, Esq.
     DRINKER BIDDLE & REATH, LLP
     1717 Main Street, Suite 5400
     Dallas, Texas 75201

# EXHIBIT C

January 2011

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2004  1
### BY HIGHWAY CATEGORY AND VEHICLE TYPE

TABLE VM-1M

| YEAR | ITEM | PASSENGER CARS | MOTOR-CYCLES | BUSES | OTHER 2-AXLE 4-TIRE VEHICLES 2/ | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE TRUCKS 3/ | COMBINATION TRUCKS | SUBTOTALS PASSENGER CARS AND OTHER 2-AXLE 4-TIRE VEHICLES | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Motor-Vehicle Travel:** (millions of vehicle-kilometers) | | | | | | | | | |
| 2004 | Interstate Rural | 208,274 | 2,178 | 1,608 | 133,867 | 12,413 | 70,140 | 342,140 | 82,553 | 428,480 |
| 2004 | Other Arterial Rural | 350,024 | 2,309 | 1,596 | 239,473 | 22,974 | 42,510 | 589,497 | 65,484 | 658,886 |
| 2004 | Other Rural | 350,192 | 2,563 | 2,736 | 229,384 | 24,185 | 23,039 | 579,575 | 47,224 | 632,099 |
| 2004 | All Rural | 908,490 | 7,051 | 5,940 | 602,723 | 59,572 | 135,689 | 1,511,213 | 195,262 | 1,719,465 |
| 2004 | Interstate Urban | 416,282 | 3,362 | 1,588 | 250,597 | 15,657 | 45,632 | 666,879 | 61,289 | 733,117 |
| 2004 | Other Urban | 1,410,936 | 5,878 | 3,418 | 799,740 | 51,010 | 47,801 | 2,210,676 | 98,810 | 2,318,781 |
| 2004 | All Urban | 1,827,219 | 9,240 | 5,005 | 1,050,337 | 66,666 | 93,433 | 2,877,555 | 160,099 | 3,051,899 |
| 2004 | Total Rural and Urban | 2,735,708 | 16,290 | 10,945 | 1,653,060 | 126,239 | 229,122 | 4,388,768 | 355,360 | 4,771,364 |
| 2004 | Number of motor vehicles registered 5/ | 136,430,651 | 5,767,934 | 795,274 | 91,845,327 | 6,161,028 | 2,010,335 | 228,275,978 | 8,171,364 | 243,010,550 |
| 2004 | Average kilometers traveled per vehicle | 20,052 | 2,824 | 13,763 | 17,998 | 20,490 | 113,972 | 19,226 | 43,489 | 19,634 |
| 2004 | Person-kilometers of travel 6/ (millions) | 4,322,419 | 20,689 | 232,049 | 2,865,873 | 126,239 | 229,122 | 7,188,292 | 355,360 | 7,796,390 |
| 2004 | Fuel consumed 7/ (thousand liters) | 285,427,208 | 766,344 | 5,148,835 | 240,060,020 | 33,912,074 | 91,572,531 | 525,487,227 | 125,484,606 | 656,887,012 |
| 2004 | Average fuel consumption per vehicle (liters) 7/ | 2,092 | 133 | 6,474 | 2,614 | 5,504 | 45,551 | 2,302 | 15,357 | 2,703 |
| 2004 | Average kilometers traveled per liter of fuel consumed 7/ | 9.6 | 21.3 | 2.1 | 6.9 | 3.7 | 2.5 | 8.4 | 2.8 | 7.3 |

1/  The 50 states and the District of Columbia report travel by highway category, number of motor vehicles registered, and total fuel consumed.  The travel and fuel data
by vehicle type and stratification of trucks are estimated by the Federal Highway Administration (FHWA).  Entries for 2004 may have been revised based on the availability
of more current data.  Estimation procedures include use of State-supplied data, the 2002 Census of Transportation Vehicle Inventory and Use Survey (VIUS), and other sources.
Some States may still be using 1990 Census-based urbanized area boundaries which may in turn affect highway data by category.
2/  Other 2-Axle 4-Tire Vehicles which are not passenger cars.  These include vans, pickup trucks, and sport/utility vehicles.
3/  Single-Unit 2-Axle 6-Tire or More Trucks on a single frame with at least two axles and six tires.
4/  Truck registration figures are from tables MV-1 and MV-9 with truck distribution estimated by the FHWA using the 2002 VIUS.
5/  Vehicle occupancy is estimated by the FHWA from the 2001 National Household Travel Survey (NHTS) with nominal values for heavy trucks.
6/  Total fuel consumption figures are from tables MF-21 and MF-27.  Distribution by vehicle type is estimated by the FHWA based on miles per gallon for both
diesel and gasoline powered vehicles using State-supplied data, the 2002 VIUS, and other sources with nominal values for motorcycles and buses (revised).

The data now on the website for 2000-2006 were estimated using a methodology developed in the late 1990s.  FHWA recently developed a new methodology and used it for this year's Highway Statistics.  This
methodology takes advantage of additional and improved information available beginning in 2007 when states were first required to report improved information available beginning in 2007 when states were first required to report motor-vehicle data – before that time, the reporting was not mandatory
and the data were missing for a few states.  Also, the new methodology does not rely on data from the national vehicle inventory and use survey which provided critical data for the original methodology but was
not collected in 2007 as planned.
In April 2011, FHWA recalculated the 2000-2008 data along with the 2009 data to estimate trends.  However, after further review and consideration, the agency determined that it is more reliable to retain the
original 2000-2006 estimates because the information available for those years does not fully meet the requirements of the new methodology.  Thus, the original 2000-2006 estimates are now used, whereas
the 2007-2009 data are still based on the new methodology.

EXHIBIT C

January 2011

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2005 1/ BY HIGHWAY CATEGORY AND VEHICLE TYPE

TABLE VM-1M

| YEAR | ITEM | PASSENGER CARS | MOTOR-CYCLES 3/ | BUSES | OTHER 2-AXLE 4-TIRE VEHICLES 4/ | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE TRUCKS 5/ | COMBINATION TRUCKS | SUBTOTALS | | ALL MOTOR VEHICLES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PASSENGER CARS AND OTHER 2-AXLE 4-TIRE VEHICLES | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | |
| | **Motor-Vehicle Travel: (millions of vehicle-kilometers)** | | | | | | | | | |
| 2005 | Interstate Rural | 197,610 | 2,183 | 1,522 | 129,026 | 12,411 | 70,274 | 326,636 | 82,685 | 413,025 |
| 2005 | Other Arterial Rural | 338,495 | 2,273 | 1,566 | 231,707 | 22,234 | 41,757 | 570,202 | 63,991 | 638,032 |
| 2005 | Other Rural | 338,057 | 2,520 | 2,813 | 221,144 | 23,255 | 22,682 | 559,201 | 45,937 | 610,471 |
| 2005 | All Rural | 874,162 | 6,976 | 5,902 | 581,877 | 57,900 | 134,712 | 1,456,039 | 192,612 | 1,661,529 |
| 2005 | Interstate Urban | 429,427 | 3,654 | 1,709 | 258,251 | 16,957 | 47,883 | 687,678 | 64,839 | 757,880 |
| 2005 | Other Urban | 1,445,848 | 6,195 | 3,623 | 835,282 | 51,470 | 49,195 | 2,281,129 | 100,666 | 2,391,612 |
| 2005 | All Urban | 1,875,275 | 9,849 | 5,332 | 1,093,533 | 68,427 | 97,078 | 2,968,867 | 165,505 | 3,145,493 |
| 2005 | Total Rural and Urban | 2,749,437 | 16,825 | 11,234 | 1,675,410 | 126,327 | 231,790 | 4,424,846 | 358,117 | 4,811,021 |
| 2005 | Number of motor vehicles registered 5/ | 136,568,083 | 6,227,146 | 807,053 | 95,336,839 | 6,395,240 | 2,086,759 | 231,904,922 | 8,481,999 | 247,421,120 |
| 2005 | Average kilometers traveled per vehicle | 20,132 | 2,702 | 13,919 | 17,574 | 19,753 | 111,077 | 19,080 | 42,221 | 19,445 |
| 2005 | Person-kilometers of travel 6/ (millions) | 4,344,110 | 21,367 | 238,170 | 2,904,621 | 126,327 | 231,790 | 7,248,731 | 358,117 | 7,866,385 |
| 2005 | Fuel consumed 7/ (thousand liters) | 293,060,753 | 717,317 | 4,239,860 | 222,843,738 | 35,985,597 | 104,812,994 | 515,904,491 | 140,778,591 | 661,640,296 |
| 2005 | Average fuel consumption per vehicle (liters) 7/ | 2,146 | 115 | 5,254 | 2,337 | 5,624 | 50,228 | 2,225 | 16,597 | 2,674 |
| 2005 | Average kilometers traveled per liter of fuel consumed 7/ | 9.4 | 23.5 | 2.6 | 7.5 | 3.5 | 2.2 | 8.6 | 2.5 | 7.3 |

1/ The 50 states and the District of Columbia report travel by highway category, number of motor vehicles registered, and total fuel consumed. The travel and fuel data by vehicle type and stratification of trucks are estimated by the Federal Highway Administration (FHWA). Entries for 2005 have been revised based on the availability of more current data. Estimation procedures include use of State supplied data, the 2002 Census of Transportation Vehicle Inventory and Use Survey (VIUS), and other sources.

2/ Totals by highway category are from table VM-2.

3/ Estimation process accounts for all States, including those that did not report motorcycles (District of Columbia, Illinois, Missouri, Nevada, Pennsylvania, and Texas).

4/ Other 2-Axle 4-Tire Vehicles which are not passenger cars. These include vans, pickup trucks, and sportutility vehicles.

5/ Single-Unit 2-Axle 6-Tire or More Trucks us a single frame with at least two axles and six tires.

6/ Truck registration figures are from tables MV-1 and MV-9 with truck distribution estimated by the FHWA using the 2002 VIUS. For 2005 Colorado and Indiana data for 2005 was used.

7/ Vehicle occupancy is estimated by the FHWA from the 2001 National Household Travel Survey (NHTS) with nominal values for heavy trucks.

8/ Total fuel consumption figures are from tables MF-21 and MF-27. Distribution by vehicle type is estimated by the FHWA based on miles per gallon for both diesel and gasoline powered vehicles using State-supplied data, the 2002 VIUS, and other sources with nominal inputs for motorcycles and buses. Procedures were revised from the table.

*The data now on the website for 2000-2006 were estimated using a methodology developed in the late 1990s. FHWA recently developed and used it for this year's Highway Statistics. This methodology takes advantage of additional and improved information available beginning in 2007 when states were first required to report motorcycle miles – before that time, the reporting was not mandatory and the data were missing for a few states. Also, the new methodology does not rely on data from the motor vehicle inventory and use survey which provided critical data for the original methodology but was not collected in 2007 as planned.*

*In April 2011, FHWA recalculated the 2000-2008 data along with the 2009 data to estimate trends. However, after further review and consideration, the agency determined that it is more reliable to retain the original 2000-2006 estimates because the information available for those years does not fully meet the requirements of the new methodology. Thus, the original 2000-2006 estimates are now used, whereas the 2007-2009 data are still based on the new methodology.*

EXHIBIT C

January 2011

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2006 1/
### BY HIGHWAY CATEGORY AND VEHICLE TYPE

TABLE VM-1M

| YEAR | ITEM | PASSENGER CARS | MOTOR-CYCLES /3 | BUSES | OTHER 2-AXLE 4-TIRE VEHICLES 4/ | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE TRUCKS 5/ | COMBINATION TRUCKS | SUBTOTALS PASSENGER CARS AND OTHER 2-AXLE 4-TIRE VEHICLES | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES 2/ |
|---|---|---|---|---|---|---|---|---|---|---|
| | Motor-Vehicle Travel: (millions of vehicle-kilometers) | | | | | | | | | |
| 2006 | Interstate Rural | 199,312 | 2,199 | 1,528 | 131,238 | 11,466 | 69,330 | 330,550 | 80,796 | 415,074 / 0 |
| 2006 | Other Arterial Rural | 333,180 | 2,578 | 1,543 | 234,507 | 22,284 | 40,926 | 567,687 | 63,210 | 635,018 |
| 2006 | Other Rural | 332,703 | 2,682 | 2,595 | 234,599 | 24,388 | 22,066 | 567,302 | 46,454 | 619,033 |
| 2006 | All Rural | 865,195 | 7,460 | 5,666 | 600,344 | 58,138 | 132,322 | 1,465,539 | 190,460 | 1,669,125 |
| 2006 | Interstate Urban | 429,865 | 3,829 | 1,648 | 266,213 | 16,146 | 48,418 | 696,078 | 64,564 | 768,119 |
| 2006 | Other Urban | 1,425,591 | 8,103 | 3,603 | 873,542 | 55,017 | 48,060 | 2,299,134 | 103,077 | 2,413,916 |
| 2006 | All Urban | 1,855,456 | 11,932 | 5,251 | 1,141,755 | 71,163 | 96,477 | 2,997,212 | 167,641 | 3,182,035 |
| 2006 | Total Rural and Urban | 2,720,651 | 19,392 | 10,917 | 1,742,099 | 129,301 | 228,799 | 4,462,751 | 358,101 | 4,851,160 |
| 2006 | Number of motor vehicles registered 6/ | 135,399,945 | 6,678,958 | 821,959 | 99,124,775 | 6,649,337 | 2,169,670 | 234,524,720 | 8,819,007 | 250,844,844 |
| 2006 | Average kilometers traveled per vehicle | 20,093 | 2,903 | 13,281 | 17,575 | 19,446 | 105,453 | 19,029 | 40,606 | 19,339 |
| 2006 | Person-kilometers of travel 7/ (millions) | 4,288,629 | 24,628 | 231,449 | 3,020,240 | 129,301 | 228,799 | 7,318,869 | 358,101 | 7,933,046 |
| 2006 | Fuel consumed 8/ (thousand liters) | 283,939,764 | 836,689 | 4,347,202 | 229,718,655 | 37,285,307 | 106,394,841 | 513,658,419 | 143,680,148 | 662,532,457 |
| 2006 | Average fuel consumption per vehicle (liters) 8/ | 2,097 | 125 | 5,289 | 2,317 | 5,609 | 49,037 | 2,190 | 16,293 | 2,641 |
| 2006 | Average kilometers traveled per liter of fuel consumed 8/ | 9.6 | 23.2 | 2.5 | 7.6 | 3.5 | 2.2 | 8.7 | 2.5 | 7.3 |

1/ The 50 states and the District of Columbia report travel by highway category, number of motor vehicles registered, and total fuel consumed. The travel and fuel data by vehicle type and stratification of trucks for 2006 have been revised based on the availability of more current data. Estimation procedures include use of State supplied data, the 2002 Census of Transportation Vehicle Inventory and Use Survey (VIUS), and other sources.
2/ Totals by highway category are from table VM-2. Some changes between rural and urban roadways can be attributed to 2002 census boundary changes.
3/ Estimation process accounts for all States, including those that did not report motorcycles (District of Columbia).
4/ Other 2-Axle 4-Tire Vehicles which are not passenger cars. These include vans, pickup trucks, and sport/utility vehicles.
5/ Single-Unit 2-Axle 6-Tire or More Trucks on a single frame with at least two axles and six tires.
6/ Truck registration figures are from tables MV-1 and MV-9 with truck distribution estimated by the FHWA using the 2002 VIUS.
7/ Vehicle occupancy is estimated by the FHWA from the 2001 National Household Travel Survey (NHTS) with nominal values (1 vehicle mile traveled = 1 person mile per VMT) for heavy trucks.
8/ Total fuel consumption figures are from tables MF-21 and MF-27. Distribution by vehicle type is estimated by the FHWA based on miles per gallon for both diesel and gasoline powered vehicles using State-supplied data, the 2002 VIUS, and other sources with nominal inputs for motorcycles and buses.

The data now on the website for 2000-2006 were estimated using a methodology developed in the late 1990s. FHWA recently developed a new methodology and used it for this year's Highway Statistics. This methodology takes advantage of additional and improved information available beginning in 2007 when states were first required to report motorcycle data – before that time, the reporting was not mandatory and the data were missing for a few states. Also, the new methodology does not rely on data from the national vehicle inventory and use survey which provided critical data for the original methodology but was not collected in 2007 as planned.

In April 2011, FHWA recalculated the 2000-2008 data along with the 2009 data to estimate trends. However, after further review and consideration, the agency determined that it is more reliable to retain the original 2000-2006 estimates because the information available for those years does not fully meet the requirements of the new methodology. Thus, the original 2000-2006 estimates are now used, whereas the 2007-2009 data are still based on the new methodology.

EXHIBIT C

Published: April 2011

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2007 1/ BY HIGHWAY CATEGORY AND VEHICLE TYPE

UPDATED VM-1*

| YEAR | ITEM | LIGHT DUTY VEHICLES SHORT WB 2/ | MOTOR-CYCLES | BUSES | LIGHT DUTY VEHICLES LONG WB 2/ | SINGLE-UNIT TRUCKS 3/ | COMBINATION TRUCKS | SUBTOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ALL LIGHT DUTY VEHICLES /2 | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES |
| | **Motor-Vehicle Travel: (millions of vehicle-miles)** | | | | | | | | | |
| 2007 | Interstate Rural | 145,445 | 1,877 | 1,810 | 43,057 | 11,068 | 53,181 | 188,502 | 64,249 | 256,438 |
| 2007 | Other Arterial Rural | 245,870 | 5,421 | 2,284 | 87,270 | 19,511 | 33,108 | 333,140 | 52,619 | 393,465 |
| 2007 | Other Rural | 246,365 | 2,901 | 2,113 | 94,531 | 19,986 | 16,991 | 340,896 | 36,977 | 382,887 |
| 2007 | All Rural | 637,680 | 10,199 | 6,207 | 224,859 | 50,565 | 103,260 | 862,539 | 153,845 | 1,032,790 |
| 2007 | Interstate Urban | 344,105 | 2,783 | 2,099 | 78,811 | 16,652 | 38,977 | 422,915 | 55,528 | 483,315 |
| 2007 | Other Urban | 1,122,631 | 8,414 | 6,219 | 282,949 | 52,762 | 42,043 | 1,405,580 | 94,805 | 1,515,019 |
| 2007 | All Urban | 1,466,736 | 11,197 | 8,308 | 361,760 | 69,414 | 80,919 | 1,828,496 | 150,333 | 1,988,734 |
| 2007 | Total Rural and Urben 5/ | 2,104,415 | 21,396 | 14,516 | 586,618 | 119,979 | 184,199 | 2,691,034 | 304,178 | 3,031,124 |
| 2007 | Number of motor vehicles registered 2/ | 196,491,176 | 7,138,476 | 834,436 | 39,185,974 | 8,116,672 | 2,655,347 | 235,678,150 | 10,752,019 | 254,403,081 |
| 2007 | Average miles traveled per vehicle | 10,710 | 2,997 | 17,396 | 14,970 | 14,782 | 69,896 | 11,418 | 28,290 | 11,915 |
| 2007 | Person-miles of travel 4/ (millions) | 3,324,977 | 27,173 | 307,753 | 1,017,007 | 119,979 | 184,199 | 4,341,984 | 304,178 | 4,981,088 |
| 2007 | Fuel consumed (thousand gallons) | 92,033,900 | 500,887 | 2,023,117 | 34,359,144 | 16,336,205 | 30,949,335 | 126,393,124 | 47,285,540 | 176,202,668 |
| 2007 | Average fuel consumption per vehicle (gallons) | 468 | 70 | 2,425 | 877 | 2,013 | 11,744 | 536 | 4,398 | 693 |
| 2007 | Average miles traveled per gallon of fuel consumed | 22.9 | 42.7 | 7.2 | 17.1 | 7.3 | 6.0 | 21.3 | 6.4 | 17.2 |

1/ The FHWA estimates national trends by using State reported Highway Performance and Monitoring System (HPMS) data, fuel consumption data (MF-21 and MF-27), vehicle registration data (MV-1, MV-9 and MV-10), other data such as the R. L. Polk vehicle data, and a host of modeling techniques. Starting with the 2009 VM-1, an enhanced methodology is used to provide timely indictors on both travel and travel behavior changes.

2/ Light Duty Vehicles Short WB – passenger cars, light trucks, vans and sport utility vehicles with wheelbases (WB) equal to or less than 121 inches. Light Duty Vehicles Long WB – large passenger cars, vans, pickup trucks, and sportutility vehicles with wheelbases (WB) larger than 121 inches. All Light Duty Vehicles – passenger cars, light trucks, vans and sport utility vehicles regardless of wheelbase.

3/ Single-Unit – single frame trucks that have 2-Axles and at least 6 tires or a gross vehicle weight rating exceeding 10,000 lbs.

4/ Vehicle occupancy is estimated by the FHWA from the 2001 National Household Travel Survey (NHTS): For single unit truck and heavy trucks, 1 motor vehicle miles travelled = 1 person-miles travelled.

5/ VMT data are based on the latest HPMS data available, it may not match previous published results.

*The data now on the website for 2000-2006 were estimated using a methodology developed in the late 1990s. FHWA recently developed a new methodology and used it for this year's Highway Statistics. This methodology takes advantage of additional and improved information available beginning in 2007 when states were first required to report motorcycle data – before that time, the reporting was not mandatory and the data were missing for a few states. Also, the new methodology does not rely on data from the national vehicle inventory and use survey which provided critical data for the original methodology but was not collected in 2007 as planned.*

*In April 2011, FHWA recalculated the 2000-2008 data along with the 2009 data to estimate trends. However, after further review and consideration, the agency determined that it is more reliable to retain the original 2000-2006 estimates because the information available for those years does not fully meet the requirements of the new methodology. Thus, the original 2000-2006 estimates are now used, whereas the 2007-2009 data are still based on the new methodology.*

# EXHIBIT C

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2008 1/
## BY HIGHWAY CATEGORY AND VEHICLE TYPE

Published: April 2011

UPDATED VM-1*

| YEAR | ITEM | LIGHT DUTY VEHICLES SHORT WB 2/ | MOTOR-CYCLES | BUSES | LIGHT DUTY VEHICLES LONG WB 2/ | SINGLE-UNIT TRUCKS 3/ | COMBINATION TRUCKS | SUBTOTALS ALL LIGHT DUTY VEHICLES /2 | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Motor-Vehicle Travel: (millions of vehicle-miles) | | | | | | | | | |
| 2008 | Interstate Rural | 135,091 | 1,652 | 2,057 | 42,477 | 11,970 | 49,973 | 177,568 | 61,943 | 243,221 |
| 2008 | Other Arterial Rural | 227,930 | 3,266 | 2,141 | 88,931 | 20,176 | 31,771 | 316,861 | 51,947 | 374,235 |
| 2008 | Other Rural | 236,762 | 3,231 | 2,119 | 93,095 | 19,286 | 16,287 | 329,857 | 35,573 | 370,779 |
| 2008 | All Rural | 599,784 | 8,169 | 6,317 | 224,503 | 51,431 | 98,031 | 824,287 | 149,463 | 988,235 |
| 2008 | Interstate Urban | 335,612 | 2,527 | 2,131 | 83,429 | 16,752 | 35,663 | 419,041 | 52,415 | 476,114 |
| 2008 | Other Urban | 1,089,361 | 10,115 | 6,376 | 297,524 | 58,572 | 59,131 | 1,366,886 | 108,803 | 1,512,179 |
| 2008 | All Urban | 1,424,973 | 12,642 | 8,506 | 380,953 | 75,423 | 61,794 | 1,805,927 | 161,218 | 1,988,293 |
| 2008 | Total Rural and Urban 5/ | 2,024,757 | 20,811 | 14,823 | 605,456 | 126,855 | 183,826 | 2,630,213 | 310,680 | 2,976,528 |
| 2008 | Number of motor vehicles registered 2/ | 196,762,927 | 7,752,926 | 843,308* | 35,685,228 | 9,288,046 | 2,585,229 | 236,448,155 | 10,873,275 | 255,917,664 |
| 2008 | Average miles traveled per vehicle | 10,250 | 2,684 | 17,578 | 15,256 | 15,306 | 71,106 | 11,124 | 28,573 | 11,631 |
| 2008 | Person-miles of travel 4/ (millions) | 3,199,116 | 26,430 | 314,278 | 1,049,667 | 126,855 | 183,826 | 4,248,783 | 310,680 | 4,900,171 |
| 2008 | Fuel consumed (thousand gallons) | 85,589,249 | 489,419 | 2,056,928 | 34,925,304 | 17,143,521 | 30,560,882 | 120,514,553 | 47,704,403 | 170,765,303 |
| 2008 | Average fuel consumption per vehicle (gallons) | 435 | 63 | 2,439 | 880 | 2,068 | 11,821 | 510 | 4,387 | 667 |
| 2008 | Average miles traveled per gallon of fuel consumed | 23.7 | 42.5 | 7.2 | 17.3 | 7.4 | 6.0 | 21.8 | 6.5 | 17.4 |

The current update is based on an enhanced methodology implemented in March 2011.
1/ The FHWA estimates national trends by using State reported Highway Performance and Monitoring System (HPMS) data, fuel consumption data (MF-21 and MF-27), vehicle registration data (MV-1, MV-9, and MV-10), other data such as the R. L. Polk vehicle data, and a host of modeling techniques. Starting with the 2009 VM-1, an enhanced methodology is used to provide timely indictors on both travel and travel behavior changes.
2/ Light Duty Vehicles Short WB – passenger cars, light trucks, vans and sport utility vehicles with a wheelbase (WB) equal to or less than 121 inches.  Light Duty Vehicles Long WB – large passenger cars, vans, pickup trucks, and sportutility vehicles with wheelbases (WB) larger than 121 inches.  All Light Duty Vehicles – passenger cars, light trucks, vans and sport utility vehicles regardless of wheelbase.
3/ Single-Unit - single frame trucks that have 2-Axles and at least 6 tires or a gross vehicle weight rating exceeding 10,000 lbs.
4/ Vehicle occupancy is estimated by the FHWA from the 2001 National Household Travel Survey (NHTS): For single unit truck and heavy trucks, 1 motor vehicle miles travelled = 1 person-miles traveled.
5/ VMT data are based on the latest HPMS data available, it may not match previous published results.

The data now on the website for 2000-2006 were estimated using a methodology developed in the late 1990s.  FHWA recently developed a new methodology and used it for this year's Highway Statistics. This methodology takes advantage of additional and improved information available beginning in 2007 when states were first required to report motorcycle data – before that time, the reporting was not mandatory and the data were missing for a few states. Also, the new methodology does not rely on data from the national vehicle inventory and use survey which provided critical data for the original methodology but was not collected in 2007 as planned.
In April 2011, FHWA recalculated the 2000-2008 data along with the 2009 data to estimate trends.  However, after further review and consideration, the agency determined that it is more reliable to retain the original 2000-2006 estimates because the information available for those years does not fully meet the requirements of the new methodology. Thus, the original 2000-2006 estimates are now used, whereas the 2007-2009 data are still based on the new methodology.

EXHIBIT C

Published: April 2011

Table VM-1

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2009  1/
## BY HIGHWAY CATEGORY AND VEHICLE TYPE

| YEAR | ITEM | LIGHT DUTY VEHICLES SHORT WB 2/ | MOTOR-CYCLES | BUSES | LIGHT DUTY VEHICLES LONG WB 2/ | SINGLE-UNIT TRUCKS 3/ | COMBINATION TRUCKS | SUBTOTALS | | ALL MOTOR VEHICLES |
| | | | | | | | | ALL LIGHT DUTY VEHICLES /2 | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | |
| | **Motor-Vehicle Travel:** (millions of vehicle-miles) | | | | | | | | | |
| 2009 | Interstate Rural | 139,621 | 1,480 | 1,601 | 42,002 | 10,991 | 46,178 | 181,622 | 57,169 | 241,873 |
| 2009 | Other Arterial Rural | 229,367 | 3,295 | 2,063 | 89,194 | 19,364 | 29,185 | 318,561 | 48,549 | 372,468 |
| 2009 | Other Rural | 226,498 | 3,502 | 2,505 | 97,887 | 19,173 | 16,322 | 324,384 | 35,494 | 365,886 |
| 2009 | All Rural | 595,485 | 8,277 | 6,170 | 229,082 | 49,528 | 91,684 | 824,567 | 141,212 | 980,227 |
| 2009 | Interstate Urban | 334,765 | 2,323 | 2,170 | 87,116 | 15,649 | 32,940 | 421,881 | 48,589 | 474,963 |
| 2009 | Other Urban | 1,083,185 | 10,201 | 6,017 | 300,705 | 54,986 | 43,218 | 1,383,890 | 98,204 | 1,498,311 |
| 2009 | All Urban | 1,417,950 | 12,523 | 8,187 | 387,871 | 70,635 | 76,158 | 1,805,771 | 146,783 | 1,973,274 |
| 2009 | Total Rural and Urban 5/ | 2,013,436 | 20,800 | 14,358 | 616,903 | 120,163 | 167,842 | 2,630,338 | 288,005 | 2,953,501 |
| 2009 | Number of motor vehicles registered 2/ | 193,979,654 | 7,929,724 | 841,893 | 40,488,025 | 8,356,097 | 2,617,118 | 234,467,679 | 10,973,214 | 254,212,610 |
| 2009 | Average miles traveled per vehicle | 10,380 | 2,623 | 17,052 | 15,237 | 14,380 | 64,132 | 11,218 | 26,246 | 11,618 |
| 2009 | Person-miles of travel 4/ (millions) | 2,797,438 | 22,404 | 204,386 | 824,151 | 120,153 | 167,842 | 3,621,589 | 288,005 | 4,236,384 |
| 2009 | Fuel consumed (thousand gallons) | 85,660,236 | 474,909 | 1,868,792 | 35,763,797 | 16,342,208 | 28,130,088 | 121,324,034 | 44,472,296 | 168,140,031 |
| 2009 | Average fuel consumption per vehicle (gallons) | 441 | 60 | 2,219 | 883 | 1,956 | 10,748 | 517 | 4,053 | 661 |
| 2009 | Average miles traveled per gallon of fuel consumed | 23.8 | 43.2 | 7.2 | 17.4 | 7.4 | 6.0 | 21.7 | 6.5 | 17.6 |

1/ The FHWA estimates national trends by using State reported Highway Performance and Monitoring System (HPMS) data, fuel consumption data (MF-21 and MF-27), vehicle registration data (MV-1, MV-9, and MV-10), other data such as the R. L. Polk vehicle data, and a host of modeling techniques. Starting with the 2009 VM-1, an enhanced methodology is used to provide timely indictors on both travel and travel behavior changes.

2/ Light Duty Vehicles Short WB - passenger cars, light trucks, vans and sport utility vehicles with a wheelbase (WB) equal to or less than 121 inches. Light Duty Vehicles - passenger cars, vans, pickup trucks, and sport/utility vehicles with wheelbases (WB) larger than 121 inches. All Light Duty Vehicles - passenger cars, light trucks, vans and sport utility vehicles regardless of wheelbase.

3/ Single-Unit - single frame trucks that have 2-Axles and at least 6 tires or a gross vehicle weight rating exceeding 10,000 lbs.

4/ Vehicle occupancy is estimated by the FHWA from the 2009 National Household Travel Survey (NHTS). For single unit truck and heavy trucks, 1 motor vehicle miles travelled = 1 person-miles travelled.

5/ VMT data are based on the latest HPMS data available. It may not match previous published results.

*The data now on the website for 2000-2006 were estimated using a methodology developed in the late 1990s. FHWA recently developed a new methodology and used it for this year's Highway Statistics. This methodology takes advantage of additional and improved information available beginning in 2007 when states were first required to report motorcycle data – before that time, the reporting was not mandatory and the data were missing for a few states. Also, the new methodology does not rely on data from the national vehicle inventory and use survey which provided critical data for the original methodology but was not collected in 2007 as planned.*

*In April 2011, FHWA recalculated the 2000-2008 data along with the 2009 data to estimate trends. However, after further review and consideration, the agency determined that it is more reliable to retain the original 2000-2006 estimates because the information available for those years does not fully meet the requirements of the new methodology. Thus, the original 2000-2006 estimates are now used, whereas the 2007-2009 data are still based on the new methodology.*

EXHIBIT C

Revised: Dec 2012

Table VM-1

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2010 1/ BY HIGHWAY CATEGORY AND VEHICLE TYPE

| YEAR | ITEM | LIGHT DUTY VEHICLES SHORT WB 2/ | MOTOR-CYCLES | BUSES | LIGHT DUTY VEHICLES LONG WB 2/ | SINGLE-UNIT TRUCKS 3/ | COMBINATION TRUCKS | SUBTOTALS ALL LIGHT DUTY VEHICLES /2 | SUBTOTALS SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES |
|---|---|---|---|---|---|---|---|---|---|---|
| | Motor-Vehicle Travel: (millions of vehicle-miles) | | | | | | | | | |
| 2010 | Interstate Rural | 138,324 | 1,524 | 1,553 | 43,965 | 11,217 | 49,104 | 182,289 | 60,321 | 245,687 |
| 2009 | | 139,799 | 1,482 | 1,603 | 42,055 | 11,013 | 46,226 | 181,854 | 57,240 | 242,178 |
| 2010 | Other Arterial Rural | 229,775 | 2,890 | 7,034 | 89,585 | 16,934 | 33,054 | 319,360 | 51,998 | 376,282 |
| 2009 | | 229,576 | 3,298 | 2,075 | 89,306 | 19,387 | 29,217 | 318,883 | 48,604 | 372,860 |
| 2010 | Other Rural | 230,210 | 2,806 | 2,048 | 92,755 | 18,053 | 16,219 | 322,965 | 34,276 | 362,096 |
| 2009 | | 227,679 | 3,519 | 2,540 | 98,047 | 19,111 | 16,346 | 325,626 | 35,457 | 367,142 |
| 2010 | All Rural | 598,310 | 7,220 | 5,635 | 226,305 | 48,209 | 98,387 | 824,615 | 146,596 | 984,065 |
| 2009 | | 596,854 | 8,299 | 6,217 | 229,408 | 49,511 | 91,700 | 826,363 | 141,301 | 982,180 |
| 2010 | Interstate Urban | 339,570 | 2,223 | 2,011 | 83,723 | 14,498 | 35,807 | 423,293 | 50,305 | 477,832 |
| 2009 | | 334,718 | 2,318 | 2,171 | 87,098 | 15,577 | 32,917 | 421,815 | 48,494 | 474,798 |
| 2010 | Other Urban | 1,087,865 | 9,070 | 6,123 | 312,864 | 48,031 | 41,595 | 1,400,549 | 89,627 | 1,505,369 |
| 2009 | | 1,084,042 | 10,205 | 5,999 | 301,028 | 55,119 | 43,332 | 1,385,070 | 98,511 | 1,499,765 |
| 2010 | All Urban | 1,427,435 | 11,293 | 8,135 | 396,407 | 62,529 | 77,402 | 1,823,842 | 139,931 | 1,983,200 |
| 2009 | | 1,418,760 | 12,523 | 8,170 | 388,125 | 70,696 | 76,309 | 1,806,885 | 147,005 | 1,974,583 |
| 2010 | Total Rural and Urban 5/ | 2,025,745 | 18,513 | 13,770 | 622,712 | 110,738 | 175,789 | 2,648,456 | 286,527 | 2,967,266 |
| 2009 | | 2,015,714 | 20,822 | 14,387 | 617,534 | 120,207 | 168,100 | 2,633,248 | 288,305 | 2,956,764 |
| 2010 | Number of motor vehicles registered 2/ | 190,202,782 | 8,009,503 | 846,051 | 40,241,658 | 8,217,189 | 2,552,865 | 230,444,440 | 10,770,054 | 254,070,048 |
| 2009 | | 193,979,654 | 7,929,724 | 841,993 | 40,488,025 | 8,356,097 | 2,617,118 | 234,467,679 | 10,973,214 | 254,212,610 |
| 2010 | Average miles traveled per vehicle | 10,650 | 2,311 | 16,275 | 15,474 | 13,476 | 68,859 | 11,493 | 26,604 | 11,866 |
| 2009 | | 10,391 | 2,626 | 17,087 | 15,252 | 14,380 | 64,231 | 11,231 | 26,274 | 11,631 |
| 2010 | Person-miles of travel 4/ (millions) | 2,814,540 | 19,941 | 291,914 | 831,912 | 110,738 | 175,789 | 3,646,451 | 286,527 | 4,244,833 |
| 2009 | | 2,800,603 | 22,428 | 305,014 | 824,994 | 120,207 | 168,100 | 3,625,598 | 288,306 | 4,645,365 |
| 2010 | Fuel consumed (thousand gallons) | 86,788,518 | 426,732 | 1,921,134 | 36,250,974 | 15,096,530 | 29,926,664 | 123,039,492 | 45,023,193 | 170,410,551 |
| 2009 | | 85,657,543 | 482,280 | 1,987,069 | 35,710,538 | 16,252,604 | 28,049,987 | 121,368,081 | 44,302,591 | 168,140,031 |
| 2010 | Average fuel consumption per vehicle (gallons) | 456 | 53 | 2,271 | 901 | 1,837 | 11,723 | 534 | 4,180 | 681 |
| 2009 | | 442 | 43 | 2,360 | 882 | 1,945 | 10,718 | 518 | 4,037 | 661 |
| 2010 | Average miles traveled per gallon of fuel consumed | 23.3 | 43.4 | 7.2 | 17.2 | 7.3 | 5.9 | 21.5 | 6.4 | 17.4 |
| 2009 | | 23.5 | 43.2 | 7.2 | 17.3 | 7.4 | 6.0 | 21.7 | 6.5 | 17.6 |

1/ The FHWA estimates national trends by using State reported Highway Performance Monitoring System (HPMS) data, fuel consumption data (MF-21 and MF-27), Vehicle registration data (MV-1, MV-9, and MV-10), other data such as the R. L. Polk vehicle data, and a host of modeling techniques. Starting with the 2009 VM-1, an enhanced methodology is used to provide timely indictors on both travel and travel behavior changes.

2/ Light Duty Vehicles Short WB - passenger cars, light trucks, vans and sport utility vehicles with a wheelbase (WB) equal to or less than 121 inches. Light Duty Vehicles Long WB - large passenger cars, vans, pickup trucks, and sportutility vehicles with wheelbases (WB) larger than 121 inches. All Light Duty Vehicles - passenger cars, light trucks, vans and sport utility vehicles regardless of wheelbase.

3/ Single-Unit - single frame trucks that have 2-Axles and at least 6 tires or a gross vehicle weight rating exceeding 10,000 lbs.

4/ Vehicle occupancy is estimated by the FHWA from the 2009 National Household Travel Survey (NHTS); For single unit truck and heavy trucks, 1 motor vehicle miles travelled = 1 person-miles traveled.

5/ VMT data are based on the latest HPMS data available; it may not match previous published results.

# EXHIBIT C

Jan 2014

Table VM-1

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA – 2012 (1)
### BY HIGHWAY CATEGORY AND VEHICLE TYPE

| YEAR | ITEM | LIGHT DUTY VEHICLES SHORT WB 2/ | MOTOR-CYCLES | BUSES | LIGHT DUTY VEHICLES LONG WB 2/ | SINGLE-UNIT TRUCKS 3/ | COMBINATION TRUCKS | SUBTOTALS ALL LIGHT DUTY VEHICLES /2 | SUBTOTALS SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Motor-Vehicle Travel:** (millions of vehicle-miles) | | | | | | | | | |
| | Interstate Rural | | | | | | | | | |
| 2012 | | 141,090 | 1,279 | 1,674 | 43,889 | 9,249 | 48,691 | 184,979 | 57,940 | 245,872 |
| 2011 | | 140,603 | 1,243 | 1,670 | 42,961 | 9,495 | 47,616 | 183,564 | 57,111 | 243,587 |
| | Other Arterial Rural | | | | | | | | | |
| 2012 | | 231,314 | 2,860 | 2,036 | 88,842 | 17,194 | 29,689 | 320,156 | 46,883 | 371,954 |
| 2011 | | 232,433 | 2,915 | 1,992 | 89,667 | 16,951 | 29,328 | 322,100 | 46,279 | 373,176 |
| | Other Rural | | | | | | | | | |
| 2012 | | 226,777 | 3,358 | 2,051 | 94,356 | 17,951 | 14,316 | 321,133 | 32,277 | 353,789 |
| 2011 | | 227,027 | 3,033 | 2,065 | 93,914 | 18,224 | 14,762 | 320,941 | 32,986 | 358,028 |
| 2012 | All Rural | 599,181 | 7,516 | 5,741 | 227,086 | 44,403 | 92,696 | 826,268 | 137,100 | 976,624 |
| 2011 | | 600,063 | 7,090 | 5,721 | 226,541 | 44,671 | 91,706 | 826,604 | 136,377 | 975,792 |
| 2012 | Interstate Urban | 345,091 | 2,815 | 2,359 | 84,130 | 14,539 | 35,614 | 429,220 | 50,153 | 484,547 |
| 2011 | | 341,865 | 2,134 | 2,112 | 82,652 | 14,126 | 35,815 | 424,517 | 47,942 | 476,704 |
| 2012 | Other Urban | 1,119,035 | 10,907 | 6,654 | 263,072 | 46,018 | 35,047 | 1,408,857 | 81,065 | 1,507,643 |
| 2011 | | 1,104,354 | 9,318 | 5,376 | 294,983 | 45,006 | 38,270 | 1,399,337 | 83,276 | 1,467,908 |
| 2012 | All Urban | 1,464,176 | 13,782 | 9,013 | 374,001 | 60,557 | 70,662 | 1,838,177 | 131,219 | 1,992,191 |
| 2011 | | 1,446,220 | 11,452 | 8,087 | 377,634 | 59,132 | 72,085 | 1,823,854 | 131,218 | 1,974,610 |
| 2012 | Total Rural and Urban 5/ | 2,063,357 | 21,298 | 14,755 | 601,088 | 104,960 | 163,358 | 2,664,445 | 268,318 | 2,968,815 |
| 2011 | | 2,046,282 | 18,542 | 13,807 | 604,175 | 103,803 | 163,791 | 2,650,458 | 267,594 | 2,950,402 |
| 2012 | Number of motor vehicles registered 2/ | 183,171,882 | 8,454,939 | 764,509 | 50,586,876 | 8,190,236 | 2,469,094 | 233,760,598 | 10,659,380 | 253,639,396 |
| 2011 | | 181,522,635 | 8,437,502 | 666,064 | 50,316,767 | 7,819,955 | 2,451,638 | 233,841,442 | 10,275,593 | 253,215,781 |
| 2012 | Average miles traveled per vehicle 2/ | 11,265 | 2,519 | 19,299 | 11,882 | 12,815 | 66,161 | 11,398 | 25,172 | 11,705 |
| 2011 | | 11,150 | 2,198 | 20,780 | 12,007 | 13,275 | 66,809 | 11,334 | 26,054 | 11,652 |
| 2012 | Person-miles of travel 4/ (millions) | 2,866,797 | 22,940 | 312,797 | 803,023 | 104,960 | 163,358 | 3,669,821 | 268,315 | 4,273,876 |
| 2011 | | 2,843,075 | 19,972 | 292,716 | 807,148 | 103,803 | 163,791 | 3,650,223 | 267,594 | 4,230,505 |
| 2012 | Fuel consumed (thousand gallons) | 88,541,453 | 489,115 | 2,059,305 | 35,053,224 | 14,286,565 | 27,925,585 | 123,634,677 | 42,212,050 | 168,385,161 |
| 2011 | | 88,558,664 | 426,378 | 1,936,151 | 35,334,610 | 14,215,431 | 26,181,039 | 123,893,282 | 42,396,470 | 168,452,281 |
| 2012 | Average fuel consumption per vehicle (gallons) | 483 | 58 | 2,694 | 694 | 1,744 | 11,310 | 529 | 3,960 | 664 |
| 2011 | | 481 | 51 | 2,907 | 702 | 1,818 | 11,495 | 529 | 4,128 | 665 |
| 2012 | Average miles traveled per gallon of fuel consumed | 23.3 | 43.5 | 7.2 | 17.1 | 7.3 | 5.8 | 21.6 | 6.4 | 17.6 |
| 2011 | | 23.2 | 43.5 | 7.1 | 17.1 | 7.3 | 5.8 | 21.4 | 6.3 | 17.5 |

1/ The FHWA estimates national trends by using State reported Highway Performance and Monitoring System (HPMS) data, fuel consumption data (MF-21 and MF-27), vehicle registration data (MV-1, MV-9, and MV-10), other data such as the R. L. Polk vehicle data, and a host of modeling techniques. Starting with the 2009 VM-1, an enhanced methodology was used to provide timely indictors on both travel and travel behavior changes.

2/ Light Duty Vehicles Short WB – passenger cars, light trucks, vans and sport utility vehicles with a wheelbase (WB) equal to or less than 121 inches. Light Duty Vehicles Long WB – large passenger cars, vans, pickup trucks, and sport/utility vehicles with wheelbases (WB) larger than 121 inches. All Light Duty Vehicles – passenger cars, light trucks, vans and sport utility vehicles regardless of wheelbase.

3/ Single-Unit – single frame trucks that have 2-axles and at least 6 tires or a gross vehicle weight rating (GVWR) exceeding 10,000 lbs.

4/ Vehicle occupancy is estimated by the FHWA from the 2009 National Household Travel Survey (NHTS). For single unit truck and heavy trucks, 1 motor vehicle mile travelled = 1 person-mile traveled.

5/ VMT data are based on the latest HPMS data available. It may not match previous published results.

# EXHIBIT C

Jan 2015

Table VM-1

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2013 (1) BY HIGHWAY CATEGORY AND VEHICLE TYPE

| YEAR | ITEM | LIGHT DUTY VEHICLES SHORT WB 2/ | MOTOR-CYCLES | BUSES | LIGHT DUTY VEHICLES LONG WB 2/ | SINGLE-UNIT TRUCKS 3/ | COMBINATION TRUCKS | ALL LIGHT DUTY VEHICLES /2 | SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Motor-Vehicle Travel:** (millions of vehicle-miles) | | | | | | | | | |
| 2013 | Interstate Rural | 132,342 | 1,240 | 1,513 | 41,931 | 9,255 | 48,022 | 174,273 | 57,277 | 234,303 |
| 2012 | | 141,163 | 1,281 | 1,673 | 43,906 | 9,249 | 48,599 | 185,069 | 57,849 | 245,872 |
| 2013 | Other Arterial Rural | 222,632 | 2,692 | 2,079 | 85,220 | 16,673 | 29,467 | 307,851 | 46,140 | 358,762 |
| 2012 | | 231,338 | 2,877 | 2,030 | 88,987 | 17,182 | 29,639 | 320,225 | 46,821 | 371,953 |
| 2013 | Other Rural | 222,564 | 2,960 | 2,075 | 90,861 | 17,217 | 13,150 | 313,445 | 30,367 | 348,846 |
| 2012 | | 227,071 | 3,360 | 2,033 | 94,471 | 17,980 | 14,337 | 321,542 | 32,317 | 359,253 |
| 2013 | All Rural | 577,638 | 6,891 | 5,667 | 216,032 | 43,144 | 90,640 | 795,569 | 133,784 | 941,912 |
| 2012 | | 599,572 | 7,516 | 5,796 | 227,265 | 44,412 | 92,575 | 826,837 | 136,987 | 977,078 |
| 2013 | Interstate Urban | 359,386 | 2,550 | 2,144 | 86,257 | 15,510 | 39,462 | 445,643 | 54,971 | 505,309 |
| 2012 | | 344,913 | 2,811 | 2,365 | 84,083 | 14,535 | 35,841 | 428,996 | 50,377 | 484,548 |
| 2013 | Other Urban | 1,137,534 | 10,925 | 7,355 | 299,024 | 47,929 | 38,334 | 1,436,559 | 86,263 | 1,541,102 |
| 2012 | | 1,118,342 | 11,057 | 6,680 | 289,884 | 46,657 | 35,186 | 1,408,227 | 81,843 | 1,507,807 |
| 2013 | All Urban | 1,496,920 | 13,475 | 9,500 | 385,282 | 63,438 | 77,796 | 1,882,202 | 141,234 | 2,046,411 |
| 2012 | | 1,463,256 | 13,868 | 9,045 | 373,967 | 61,194 | 71,026 | 1,837,223 | 132,220 | 1,992,355 |
| 2013 | Total Rural and Urban 5/ | 2,074,458 | 20,366 | 15,167 | 601,313 | 106,582 | 168,436 | 2,677,771 | 275,018 | 2,945,323 |
| 2012 | | 2,062,828 | 21,385 | 14,781 | 601,232 | 105,605 | 163,602 | 2,664,060 | 269,207 | 2,969,433 |
| 2013 | Number of motor vehicles registered 2/ | 184,497,490 | 8,404,687 | 864,549 | 51,512,740 | 8,126,007 | 2,471,349 | 236,010,230 | 10,597,356 | 255,639,822 |
| 2012 | | 183,171,882 | 8,454,939 | 764,509 | 50,598,676 | 8,190,286 | 2,469,094 | 233,760,558 | 10,659,380 | 253,639,386 |
| 2013 | Average miles traveled per vehicle | 11,244 | 2,423 | 17,543 | 11,712 | 13,116 | 68,155 | 11,346 | 25,952 | 11,679 |
| 2012 | | 11,262 | 2,529 | 19,334 | 11,885 | 12,894 | 66,260 | 11,397 | 25,255 | 11,707 |
| 2013 | Person-miles of travel 4/ (millions) | 2,882,221 | 21,937 | 321,544 | 805,997 | 106,582 | 168,436 | 3,688,218 | 275,018 | 4,306,717 |
| 2012 | | 2,866,062 | 23,034 | 313,357 | 803,216 | 105,605 | 163,602 | 3,669,278 | 269,207 | 4,274,877 |
| 2013 | Fuel consumed (thousand gallons) | 88,511,046 | 467,716 | 2,116,657 | 35,158,673 | 14,501,558 | 28,794,905 | 123,769,719 | 43,296,864 | 169,650,956 |
| 2012 | | 88,600,212 | 491,130 | 2,063,038 | 35,114,344 | 14,376,473 | 27,975,331 | 123,714,556 | 42,351,804 | 168,620,529 |
| 2013 | Average fuel consumption per vehicle (gallons) | 480 | 56 | 2,448 | 683 | 1,785 | 11,651 | 524 | 4,086 | 663 |
| 2012 | | 484 | 58 | 2,699 | 694 | 1,755 | 11,330 | 529 | 3,973 | 665 |
| 2013 | Average miles traveled per gallon of fuel consumed | 23.4 | 43.5 | 7.2 | 17.2 | 7.3 | 5.8 | 21.6 | 6.4 | 17.6 |
| 2012 | | 23.3 | 43.5 | 7.2 | 17.1 | 7.3 | 5.8 | 21.5 | 6.4 | 17.6 |

1/ The FHWA estimates national trends by using State reported Highway Performance and Monitoring System (HPMS) data, fuel consumption data (MF-21 and MF-27), vehicle registration data (MV-1, MV-9, and MV-10), other data such as the R. L. Polk vehicle data, and a host of modeling techniques. Starting with the 2009 VM-1, an enhanced methodology was used to provide timely indictors on both travel and travel behavior changes.

2/ Light Duty Vehicles Short WB - passenger cars, light trucks, vans and sport utility vehicles with a wheelbase (WB) equal to or less than 121 inches. Light Duty Vehicles Long WB - large passenger cars, vans, pickup trucks, and sportutility vehicles with wheelbases (WB) larger than 121 inches. All Light Duty Vehicles - passenger cars, light trucks, vans and sport utility vehicles regardless of wheelbase.

3/ Single-Unit - single frame trucks that have 2-axles and at least 6 tires or a gross vehicle weight rating exceeding 10,000 lbs.

4/ Vehicle occupancy is estimated by the FHWA from the 2009 National Household Travel Survey (NHTS). For single unit truck and heavy trucks, 1 motor vehicle mile travelled = 1 person-mile travelled.

5/ VMT data are based on the latest HPMS data available, it may not match previous published results.

EXHIBIT C

Dec 2017

Table VM-1

## ANNUAL VEHICLE DISTANCE TRAVELED IN MILES AND RELATED DATA - 2016(1)
## BY HIGHWAY CATEGORY AND VEHICLE TYPE

| YEAR | ITEM | LIGHT DUTY VEHICLES SHORT WB 2/ | MOTOR-CYCLES | BUSES | LIGHT DUTY VEHICLES LONG WB 3/ | SINGLE-UNIT TRUCKS 5/ | COMBINATION TRUCKS 5/ | SUBTOTALS ALL LIGHT DUTY VEHICLES /2 | SUBTOTALS SINGLE-UNIT 2-AXLE 6-TIRE OR MORE AND COMBINATION TRUCKS | ALL MOTOR VEHICLES |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Motor-Vehicle Travel (millions of vehicle-miles)** | | | | | | | | | |
| 2016 | Interstate Rural | 139,460 | 1,095 | 1,740 | 44,086 | 9,505 | 50,430 | 183,546 | 60,335 | 246,716 |
| 2015 | | 133,747 | 1,185 | 1,643 | 42,100 | 9,823 | 47,468 | 175,847 | 57,091 | 235,786 |
| 2016 | Other Arterial Rural | 226,035 | 2,633 | 2,116 | 91,655 | 16,571 | 28,784 | 317,691 | 45,164 | 367,005 |
| 2015 | | 221,643 | 2,710 | 1,966 | 86,304 | 16,171 | 28,636 | 307,948 | 44,807 | 357,431 |
| 2016 | Other Rural | 212,457 | 2,856 | 1,946 | 90,026 | 15,563 | 12,375 | 302,483 | 27,939 | 335,224 |
| 2015 | | 212,893 | 2,790 | 2,002 | 88,206 | 16,174 | 13,543 | 301,199 | 29,717 | 335,708 |
| 2016 | All Rural | 577,954 | 6,583 | 5,602 | 225,768 | 41,939 | 91,599 | 803,721 | 133,439 | 949,545 |
| 2015 | | 568,383 | 6,685 | 5,611 | 216,610 | 41,967 | 89,648 | 784,993 | 131,615 | 928,905 |
| 2016 | Interstate Urban | 392,838 | 2,939 | 2,542 | 99,523 | 12,565 | 41,991 | 492,361 | 60,546 | 558,398 |
| 2015 | | 385,240 | 2,530 | 2,521 | 94,124 | 17,540 | 41,227 | 477,359 | 58,767 | 541,185 |
| 2016 | Other Urban | 1,220,973 | 10,923 | 8,006 | 332,663 | 52,144 | 40,866 | 1,553,636 | 93,010 | 1,666,475 |
| 2015 | | 1,196,213 | 10,391 | 8,098 | 321,118 | 50,059 | 39,372 | 1,517,331 | 89,461 | 1,625,202 |
| 2016 | All Urban | 1,613,810 | 13,862 | 10,548 | 432,186 | 77,490 | 82,958 | 2,045,997 | 154,456 | 2,224,963 |
| 2015 | | 1,570,458 | 12,921 | 10,619 | 415,242 | 67,630 | 80,599 | 1,994,700 | 148,228 | 2,166,498 |
| 2016 | Total Rural and Urban 5/ | 2,191,764 | 20,445 | 16,150 | 657,954 | 113,338 | 174,557 | 2,849,718 | 287,895 | 3,174,408 |
| 2015 | | 2,147,840 | 19,635 | 16,230 | 631,852 | 109,597 | 170,246 | 2,778,693 | 279,844 | 3,095,373 |
| 2016 | Number of motor vehicles registered 2/ | 192,774,508 | 8,679,380 | 976,161 | 54,870,473 | 6,746,518 | 2,752,043 | 247,644,981 | 11,498,561 | 268,799,083 |
| 2015 | | 189,618,308 | 8,600,936 | 898,907 | 53,398,884 | 8,456,302 | 2,746,882 | 242,917,192 | 11,203,184 | 263,610,219 |
| 2016 | Average miles traveled per vehicle | 11,375 | 2,356 | 18,749 | 11,991 | 12,956 | 63,428 | 11,507 | 25,037 | 11,810 |
| 2015 | | 11,327 | 2,280 | 18,258 | 11,855 | 12,960 | 61,978 | 11,443 | 24,979 | 11,742 |
| 2016 | Person-miles of travel 4/ (millions) | 3,045,205 | 22,022 | 346,610 | 678,994 | 113,438 | 174,557 | 3,924,199 | 287,895 | 4,580,725 |
| 2015 | | 2,984,178 | 21,118 | 344,073 | 844,123 | 109,507 | 170,246 | 3,828,301 | 278,844 | 4,473,336 |
| 2016 | Fuel consumed (thousand gallons) | 91,487,810 | 465,802 | 2,225,795 | 37,918,755 | 15,338,479 | 29,554,641 | 129,406,565 | 44,893,120 | 176,891,283 |
| 2015 | | 90,031,260 | 447,879 | 2,228,088 | 36,437,330 | 14,850,510 | 28,885,914 | 126,468,596 | 43,736,423 | 172,880,966 |
| 2016 | Average fuel consumption per vehicle (gallons) | 475 | 54 | 2,280 | 689 | 1,754 | 10,739 | 522 | 3,904 | 658 |
| 2015 | | 475 | 52 | 2,507 | 684 | 1,756 | 10,516 | 521 | 3,904 | 656 |
| 2016 | Average miles traveled per gallon of fuel consumed | 24.0 | 43.9 | 7.3 | 17.4 | 7.4 | 5.9 | 22.0 | 6.4 | 17.9 |
| 2015 | | 23.9 | 43.8 | 7.3 | 17.3 | 7.4 | 5.9 | 22.0 | 6.4 | 17.9 |

1/ The FHWA estimates national trends by using State reported Highway Performance and Monitoring System (HPMS) data, fuel consumption data (MF-21 and MF-27), vehicle registration data (MV-1, MV-9, and MV-10), other data such as the R.L. Polk vehicle data and a host of modeling techniques. Starting with the 2009 VM-1, an enhanced methodology was used to provide timely indications on both travel and travel behavior changes.

2/ Light Duty Vehicles Short WB - passenger cars, light trucks, vans and sport utility vehicles with a wheelbase (WB) equal to or less than 121 inches. Light Duty Vehicles Long WB - large passenger cars, vans, pickup trucks, and sport utility vehicles with wheelbases (WB) larger than 121 inches. All Light Duty Vehicles - passenger cars, light trucks, vans and sport utility vehicles regardless of wheelbase

3/ Single-Unit - single frame trucks that have 2-axles and at least 6 tires or a gross vehicle weight rating exceeding 10,000 lbs.

4/ Vehicle occupancy is estimated by the FHWA from the 2009 National Household Travel Survey (NHTS). For single unit truck and heavy trucks, 1 motor vehicle mile travelled = 1 person-mile traveled

5/ VMT data are based on the latest HPMS data available; it may not match previous published results.

# EXHIBIT D



SERVICE AND MAINTENANCE GUIDE
2007

## VEHICLE IDENTIFICATION

Vehicle Identification Number (VIN) _____

Delivery Date _____   Warranty Start Date _____

Mileage at Delivery _____   Model Year _____

Selling Dealer _____   Selling Dealer Phone _____

## TABLE OF CONTENTS

**OWNER'S LITERATURE INFORMATION** ................................ 2

**INTRODUCTION**
Nissan Maintenance ................................................................ 4
Why Nissan Service? ............................................................... 5

**NISSAN MAINTENANCE & REPAIR SUPPORT**
Extended Service Plans ........................................................... 6
Genuine Nissan Collision Parts ............................................... 6
Nissan Express Service .......................................................... 6
Genuine Nissan Parts You Can Rely On ............... 14,16,18,22
Nissan Services Designed with You in Mind ...................... 22,23
Lifetime Warranty Replacement Parts ..................................... 26

**SCHEDULED MAINTENANCE GUIDE**
Determining the Proper Maintenance Interval ......................... 7
Explanation of Scheduled Maintenance Items .......................... 8
Maintenance Log and Records ................................................ 11

## OWNER'S LITERATURE INFORMATION

| INDEX OF TOPICS | WHERE TO FIND INFORMATION |
|---|---|
| Recommended Fuel/Lubricants/Fluids | Owner's Manual, chapter 9 |
| Radio/CD/Navier A/C Operation | Owner's Manual, chapter 4 |
| Starting and Giving Your Vehicle | Owner's Manual, chapter 5 |
| Security System Operation | Owner's Manual, chapter 2 |
| Changing a Flat Tire | Owner's Manual, chapter 6 |
| New Vehicle Limited Warranty | Warranty Information Booklet page 4 |
| Federal Emission Control Warranties | Warranty Information Booklet, page 10 |
| California Emission Control Warranties | Warranty Information Booklet, page 12 |
| Tire Pressure/Rotation | Owner's Manual, chapter 8 |
| Tire Warranties/Safety Information | Warranty Information Booklet, pages 15 to 37 |
| Consumer Affairs Assistance | Customer Care/Lemon Law Information Booklet, page 3 |
| | Customer Care/Lemon Law Information Booklet, page 1 |
| Do It Yourself Information | Owner's Manual, chapter 8 |
| General Maintenance | Owner's Manual, chapter 8 |

## NISSAN MAINTENANCE

### Maintain Your Investment

Proper routine scheduled maintenance is an important investment to optimize the performance, reliability, safety and resale value of your Nissan. Scheduling your vehicle's maintenance at the recommended intervals will ensure your vehicle is running at its best.

We want you to enjoy your Nissan vehicle. This Service and Maintenance Guide is designed to help you make sure your vehicle receives proper and timely maintenance that will be a sure way. Key services are reduced in detail, along with an outline of scheduled maintenance to help you maintain your vehicle. Your local Nissan dealer can assist you in determining the best schedule based on your driving habits and local conditions.

Failure to perform scheduled maintenance may result in excluding portions of your vehicle from warranty coverage and may reduce the performance, safety, reliability and/or resale value of your vehicle. See your Warranty Information Booklet and Owner's Manual for details.

## WHY NISSAN SERVICE? *

To safeguard the quality, reliability and safety of your vehicle, an authorized Nissan dealer is recommended for maintenance or repair. Only an authorized Nissan dealer offers you these advantages:

- Nissan trained and ASE certified technicians
- Immediate access to warranty service history and Nissan technical information
- Latest diagnostic, special tools and vehicle technology
- Genuine Nissan Parts that meet Nissan's demanding standards
- 12 month/12,000 mile parts and labor limited warranty when Genuine Nissan Parts are installed by your dealer
- Lifetime Limited warranty on select replacement parts
- Clear, up-front estimates
- Time guaranteed Express Services (at participating dealers)
- Over 1,000 locations nationwide
- Shuttle service/Courtesy car (at participating dealers)

Your Nissan dealer is a full-service maintenance and repair center. We recommend using authorized Nissan Service and Genuine Nissan Parts that are designed for their reliability, safety and suitability for your Nissan vehicle. We are committed to providing you with quick, efficient and competitively priced service and parts.




**For All Your Service Needs**

## EXTENDED SERVICE PLANS *

### Security+Plus
VEHICLE PROTECTION PLAN

It surprises some, but you could drive your new Nissan for the next 7 years or 100,000 miles, almost worry-free of unexpected repair costs, wouldn't you be interested?

Nissan's **"Security+Plus"** family of extended service contracts delivers the peace of mind that does just that. Security+Plus vehicle protection plans can cover everything from over 1,150 vehicle components, to roadside assistance to rental vehicle costs and provide **Nationwide Coverage** (over 1,050 Nissan dealers nationwide), using **Genuine Nissan Parts** (new or a same cause remanufactured), installed by **Factory Trained Technicians** (trained by us to work on your vehicle). And you'll be protected against future inflation (rising cost of parts and labor).

Security+Plus coverage can be purchased any time while your vehicle's original 36-month/36,000-mile limited warranty period. Just contact your selling dealer and ask them you'd like to take advantage of one of the least expensive breakdown plans available for your Nissan today.

### Maintenance+Plus
VEHICLE SERVICE PLAN

Do you currently have someone that maintains your car? Chances you haven't! Maintain your vehicle? With **Maintenance+Plus**, you'll keep your vehicle to its best by protecting against factory repair techniques. Like Security+Plus, you'll benefit from **Nationwide Coverage, Genuine Nissan Parts, Factory Trained Technicians**, and you'll be protected against future inflation (rising cost of parts and labor). What's could be better? **Maintenance+Plus** offers two plans, two service intervals and free tire and mileage packages, so it's easy to find a plan that suits your driving and budget. **Maintenance+Plus** at the time of vehicle delivery! Don't sweat the small stuff. Your **Maintenance+Plus** contracts can be purchased any time within the first 24 months/23,750 miles of original vehicle sale date, if for some reason you missed this, you have until the first 48 months/48,000 miles the contract may be purchased anytime though the term of the vehicle. Let contact your selling dealer and tell them you'd like to take advantage of one of the less maintenance plans available for your Nissan today.

*These products not available outside the United States.
**See your participating Nissan dealer for details.**

## GENUINE NISSAN COLLISION PARTS

### Replacement Panel Limited Lifetime Corrosion Warranty *

If you have an accident, insist on Genuine Nissan Collision Parts. If you want your vehicle to be restored using precise made by Nissan's original tooling or specifications. That's because these panels are engineered to meet Nissan's demanding safety, fit and function standards. Some aftermarket collision parts that aren't made of the same materials, don't always fit right, and may not provide the protection you need when you need it.

Why should you insist on Genuine Nissan Collision Parts? If you new your collision damage repaired using Genuine Nissan Outer Sheet Metal Panels you don't have to worry about corrosion. That's because these panels are warranted against inside out corrosion through perforation for as long as you own your Nissan. Another reason to insist on Genuine Nissan Collision Parts.

* This seal of a limited apply to vehicles first distributed by Nissan North America and/or sold within the United States.

## DETERMINING THE PROPER MAINTENANCE INTERVAL

Depending on your driving habits and local conditions, you should follow one of the three maintenance schedules listed below. Use if your guidelines to determine which maintenance schedule to use.

**PREMIUM MAINTENANCE? (Every 3,750 miles or 3 months, whichever comes first)**

Premium Maintenance of a Nissan-recommended option that is suitable for all driving habits and local conditions. Nissan-developed Premium Maintenance is for owners who want the ultimate in preventative maintenance. With Premium Maintenance, more maintenance items are regularly checked or replaced than with either Schedule 1 or Schedule 2.

**SCHEDULE 1 (Every 3,750 miles or 3 months, whichever comes first)**

Schedule 1 follows the same 3,750-mile service intervals as Premium Maintenance, however, with Schedule 1 fewer maintenance items are regularly checked or replaced than with the Premium Maintenance schedule. Use Schedule 1 if you primarily operate your vehicle under any of these conditions:

- Repeated short trips of less than 5 miles in normal temperatures or over than 10 miles in freezing temperatures
- Stop-and-go traffic in hot weather or downspeed driving for long distances
- Driving in dusty conditions or on rough muddy or salt-spread roads
- Towing a trailer or using a camper or car-top carrier

**SCHEDULE 2 (Every 7,500 miles or 6 months, whichever comes first)**

Select de 2 tracks the 7,500-mile service intervals, with Schedule 1 items maintenance items are regularly checked or replaced than with Schedule 1.

Generally, Schedule 2 applies only to highway driving in temperate conditions. Use Schedule 2 only if you primarily operate your vehicle under conditions other than those listed in Schedule 1.

EXHIBIT D

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

## MAINTENANCE LOG AND RECORDS



## NISSAN EXPRESS SERVICES *

**Express Services** 60 • minutes or less

Nissan
**Express Services**



## 3,750 MILES OR 3 MONTHS

## GENUINE NISSAN PARTS YOU CAN RELY ON

### Genuine Nissan Oil Filters

## 7,500 MILES OR 6 MONTHS



## GENUINE NISSAN PARTS YOU CAN RELY ON

### Wiper Blades



# EXHIBIT D

## 11,250 MILES OR 9 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV only.)

All other models: Next scheduled maintenance at 15,000 Miles or 12 Months

*Dealer Verified Service Stamp*

Dealer name: ______

Date: ______

Mileage: ______

[1] 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

MAINTENANCE LOG

## GENUINE NISSAN PARTS YOU CAN RELY ON

### In-Cabin Microfilter

The In-Cabin Microfilter filters the air you breathe in your vehicle. This system filters both outside and re-circulated air used by the air conditioning system in your vehicle. Replacing the Microfilter every year or 15,000 miles is the best way to help prevent road dust, pollen and other air pollutants from entering the interior of your vehicle and the air you breathe. If your vehicle is not equipped with an In-Cabin Microfilter system – see your Nissan dealer about getting one installed – you'll breathe easier.

New Microfilter — Requires Replacement

[1] Standard equipment on: Altima (except 2.5 Base), Armada LE, Frontier LE and NISMO, Maxima, Murano, Pathfinder, Quest SE, Sentra, Titan Crew Cab LE and SE, Versa and Xterra. Optional accessory on all other models.
[2] 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.
[3] All four-wheel drive (4WD)/AWD models.
[5] Hybrid Electric Vehicle (HEV).

MAINTENANCE LOG

## 15,000 MILES OR 12 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter [1]
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Air conditioning system
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ HEV transaxle fluid [5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil [2]
  - __ Drive shaft boots [3]
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter [1]
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ HEV transaxle fluid [5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil [2]
  - __ Drive shaft boots [3]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ HEV transaxle fluid [5]
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil [2]
  - __ Drive shaft boots [3]
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ______

Date: ______

Mileage: ______

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

MAINTENANCE LOG

MAINTENANCE LOG

## 18,750 MILES OR 15 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV only.)

All other models: Next scheduled maintenance at 22,500 Miles or 18 Months

*Dealer Verified Service Stamp*

Dealer name: ______

Date: ______

Mileage: ______

[1] 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.
[2] All four-wheel drive (4WD)/AWD models.

## 22,500 MILES OR 18 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil
  - __ Drive shaft boots [2]
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shocks/struts/wheel bearings
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots [2]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ______

Date: ______

Mileage: ______

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

MAINTENANCE LOG

MAINTENANCE LOG

## NISSAN SERVICES DESIGNED WITH YOU IN MIND*

### Brake Service

Stop at Nissan for Brake Service.

- Install new Genuine Nissan front brake pads
- Inspect front rotors
- Inspect and adjust parking brake, as necessary
- Inspect entire brake system:
  - Rear Brake Pads/Shoes
  - Rear Brake Rotors/Drums
  - Master Cylinder/Wheel Cylinders
  - Brake Calipers
  - Brake Fluid/Brake Hoses/Brake Lines
  - Vacuum Booster
- Road test your vehicle

Genuine Nissan brake pads are just like the ones that came on your vehicle from the factory, and are warranted for 12 months or 12,000 miles.

* May differ or not apply outside the United States; please inquire at your dealer.

**See your participating Nissan dealer for details.**

## 26,250 MILES OR 21 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV only.)

All other models: Next scheduled maintenance at 30,000 Miles or 24 Months

*Dealer Verified Service Stamp*

Dealer name: ______

Date: ______

Mileage: ______

[1] 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

MAINTENANCE LOG

MAINTENANCE LOG

## 30,000 MILES OR 24 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid
- ☐ Replace differential oil [1]
- ☐ Replace engine air filter
- ☐ Replace engine coolant/flush system
- ☐ Replace engine drive belts
- ☐ Replace in-cabin microfilter [2]
- ☐ Replace manual transmission oil
- ☐ Replace radiator cap
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Optional: flush automatic transmission (fluid) with ATF
- ☐ Inspect the following:
  - __ All lights
  - __ HEV transaxle fluid [5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Drive shaft boots [3]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Headlights/adjust if necessary
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter [2]
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission fluid [4]
  - __ HEV transaxle fluid [5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ CVT fluid (Altima, Maxima, Murano, Sentra and Versa)
  - __ Differential oil [1]
  - __ Drive shaft boots [3]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Manual transmission oil [4]
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD) [4]

*Dealer Verified Service Stamp*

Dealer name: ______

Date: ______

Mileage: ______

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 33,750 MILES OR 27 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV only.)

All other models: Next scheduled maintenance at 37,500 Miles or 30 Months

*Dealer Verified Service Stamp*

Dealer name: ______

Date: ______

Mileage: ______

[1] 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.
[2] Standard equipment on: Altima (except 2.5 Base), Armada LE, Frontier LE and NISMO, Maxima, Murano, Pathfinder, Quest SE, Sentra, Titan Crew Cab LE and SE, Versa and Xterra. Optional accessory on all other models.
[3] All four-wheel drive (4WD)/AWD models.
[4] Replace fluid/oil if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.
[5] Hybrid Electric Vehicle (HEV).

MAINTENANCE LOG







# EXHIBIT D

## NISSAN SERVICES DESIGNED WITH YOU IN MIND *

**Your Nissan Dealer is Your Complete Source for Tires**

- Original Equipment Tires and Other Major Brands
- Competitive Pricing
- Road Hazard Protection Included With Each Tire**
- Convenience
- Factory Trained Technicians

Tires are an important component of your Nissan driving experience. They provide the four points of contact between your vehicle and the road and affect acceleration, braking, cornering, load-carrying capacity, and overall handling and performance.

Nissan engineers perform extensive tests to help determine which tires are best suited for use on Nissan vehicles. Replacing the tires on your Nissan with those that meet the Original Equipment specifications will help maximize your vehicle's handling, comfort and safety.

* May or may not apply outside the United States, please inquire of your dealer.
** Excludes Medallist Brand

**See your participating Nissan dealer for details.**

1 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.
2 All four-wheel drive, 4WD, AWD models.

## 37,500 MILES OR 30 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil 1
  - __ Drive shaft boots 2
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots 2
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 41,250 MILES OR 33 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV only.)

All other models: Next scheduled maintenance at 45,000 Miles or 36 Months

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

1 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.
2 All four-wheel drive, 4WD, AWD models.
4 Hybrid Electric Vehicle (HEV).

## 45,000 MILES OR 36 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Air conditioning system
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ HEV transaxle fluid 4
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 1
  - __ Drive shaft boots 2
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ HEV transaxle fluid 4
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 1
  - __ Drive shaft boots 2
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ HEV transaxle fluid 4
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 1
  - __ Drive shaft boots 2
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 48,750 MILES OR 39 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV only.)

All other models: Next scheduled maintenance at 52,500 Miles or 42 Months

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

1 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.
2 All four-wheel drive, 4WD, AWD models.

## 52,500 MILES OR 42 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil 1
  - __ Drive shaft boots 2
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots 2
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

Equipment varies by model. Perform only those operations that apply to your vehicle.

## GENUINE NISSAN PARTS YOU CAN RELY ON *

**Batteries**

If your vehicle is slow to start or will not start, please see your Nissan dealer about a Genuine Nissan Replacement Battery. Genuine Nissan Replacement Batteries are designed to meet your vehicle's original specifications and feature an 84 Month Limited Warranty with 24 Month Free Replacement, regardless of mileage. Plus your Nissan dealer has the knowledge and equipment to test your battery before it fails, so you can travel in confidence.

* May or may not apply outside of the United States, please inquire of your dealer.

**See your participating Nissan dealer for details.**

## 56,250 MILES OR 45 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV only.)

All other models: Next scheduled maintenance at 60,000 Miles or 48 Months

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

1 350Z, Armada, Frontier, Murano AWD, Pathfinder, Titan, Xterra.

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 60,000 MILES OR 48 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid
- ☐ Replace differential oil 1
- ☐ Replace engine air filter
- ☐ Replace engine coolant/flush system
- ☐ Replace HEV system coolant 3
- ☐ Replace engine drive belts
- ☐ Replace in-cabin microfilter 2
- ☐ Replace manual transmission oil
- ☐ Replace radiator cap
- ☐ Replace radiator hoses
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Optional: flush automatic transmission (flush with ATF)
- ☐ Inspect the following:
  - __ All lights
  - __ HEV transaxle fluid 3
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Drive shaft boots 2
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Headlights/adjust if necessary
  - Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace engine air filter
- ☐ Replace engine coolant
- ☐ Replace HEV system coolant 3
- ☐ Replace in-cabin microfilter 2
- ☐ Replace manual transmission oil (Frontier only)
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following
  - __ Automatic transmission/CVT fluid 4
  - __ HEV transaxle fluid 3
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 1, 4
  - __ Drive shaft boots 2
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Manual transmission oil 4
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD) 4

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

Equipment varies by model. Perform only those operations that apply to your vehicle.







EXHIBIT D







# EXHIBIT D







NOTES:

EXHIBIT D

NOTES:                          NOTES:                          NOTES:

NOTES:

NISSAN

# EXHIBIT D





2004
SERVICE AND MAINTENANCE GUIDE

## VEHICLE IDENTIFICATION

Vehicle Identification Number (VIN) _____

Delivery Date _____          Warranty Start Date _____

Mileage at Delivery _____    Model Year _____

Selling Dealer _____         Selling Dealer Phone _____

## TABLE OF CONTENTS

**OWNER'S LITERATURE INFORMATION** ............... 2

**INTRODUCTION**
Maintain Your Investment ....................... 3
Why Nissan Service? .......................... 4

**NISSAN MAINTENANCE & REPAIR SUPPORT**
Extended Service Plans ........................ 5
Genuine Nissan Collision Parts ................ 5
Nissan Express Service ....................... 12
Genuine Nissan Parts You Can Rely On ...14,15,16,82
Nissan Services Designed with You In Mind .. 20,25
Lifetime Warranty Replacement Parts .......... 26

**SCHEDULED MAINTENANCE GUIDE**
Determining the Proper Maintenance Interval ... 7
Explanation of Scheduled Maintenance Items .... 8
Maintenance Log and Records .................. 11

## OWNER'S LITERATURE INFORMATION

**INDEX OF TOPICS**                    **WHERE TO FIND INFORMATION**

Recommended Fuel, Lubricants, Fluids ......... Owner's Manual chapter 9
Meter/Controls and Operation ................. Owner's Manual chapter 2
Starting and Driving Your Vehicle ............ Owner's Manual chapter 3
Security System Operation .................... Owner's Manual chapter 2
Changing a Flat Tire ......................... Owner's Manual chapter 6
New Vehicle Limited Warranty ................. Warranty Information Booklet page 4
Federal Emission Control Warranties .......... Warranty Information Booklet page 11
California Emission Control Warranties ........ Warranty Information Booklet page 12
Tire Pressure/Rotation ....................... Owner's Manual chapter 6
Tire Warranties/Safety Information ........... Warranty Information Booklet pages 15 to 21
Consumer Affairs Assistance .................. Warranty Information Booklet page 7
                                              Consumer Complaint Law Information
                                              Booklet page 5
Do It Yourself Information .................... Owner's Manual chapter 6
General Maintenance .......................... Owner's Manual chapter 8

## NISSAN MAINTENANCE

### Maintain Your Investment

Preventative scheduled maintenance is an important investment to optimize the performance, reliability, safety and resale value of your Nissan. Scheduling your vehicle's maintenance at the recommended intervals will ensure your vehicle is running at its best.

We want you to copy your Nissan safely. The Service and Maintenance Guide is designed to help you make sure your vehicle receives proper and timely maintenance that is necessary. Key services are explained in detail, along with an outline of scheduled maintenance to help you maintain your vehicle. Your local Nissan dealer can assist you in determining the best schedule based on your driving habits and local conditions.

Failure to perform scheduled maintenance may result in voiding portions of your vehicle from warranty coverage and may reduce the performance, safety, reliability and/or resale value of your vehicle. See your Warranty Information Booklet and Owner's Manual for details.

## WHY NISSAN SERVICE?

To safeguard the quality, reliability and safety of your vehicle, an authorized Nissan dealer is recommended for maintenance or repair. Only an authorized Nissan dealer offers you these advantages:

- Nissan trained and ASE certified technicians
- Immediate access to warranty service history and Nissan technical information
- Latest diagnostic, special tools and service techniques
- Genuine Nissan Parts that meet Nissan's demanding standards
- 12 month/12,000 mile parts and labor limited warranty when Genuine Nissan Parts are installed by your dealer
- Lifetime limited warranty on select replacement parts
- Clear, up-front estimates
- Time guaranteed Express Service (at participating dealers)
- Over 1,000 locations nationwide
- Shuttle service/Courtesy car (at participating dealers)

Your Nissan dealer is a full-service maintenance and repair center. We recommend using authorized Nissan Service and Genuine Nissan Parts that we have designed for maximum reliability, safety and suitability for your Nissan vehicle. We are committed to providing you with quick, efficient and competitively priced service and parts.

*May vary or not apply outside the United States; please inquire at your dealer.

**For All Your Service Needs**



## EXTENDED SERVICE PLANS

### Security+Plus
VEHICLE PROTECTION PLAN

If a/when sold you, you could drive your new Nissan for the next 9 years or 120,000 miles, almost worry-free of unexpected repair costs, would you be interested?

Nissan's Security+Plus family of extended service contracts delivers the peace of mind that does just that. Security+Plus vehicle protection plans can cover everything from minor to major mechanical components such as the engine, transmission, drivetrain and provide Nationwide Coverage (over 1,000 Nissan dealers nationwide), utilizing Genuine Nissan Parts (new or in some cases remanufactured) installed by Factory Trained Technicians (trained by us to work on your vehicle). And you'll be protected against Micro-inflation (rising cost of parts and labor).

Security+Plus coverage can be purchased any time within your vehicle's original 3year/36,000-mile basic limited warranty period. Just contact your selling dealer and tell them you'd like to take advantage of one of the best mechanical breakdown plans available for your Nissan today.

*These products not available outside the United States.

### Maintenance+Plus
VEHICLE SERVICE PLAN

Do you currently have someone that maintains your car? Clean a price house? Maintain your car with Maintenance+Plus you'll be living Nissan to maintain your vehicle to factory recommended specifications. Like Security+Plus you'll benefit from Nationwide Coverage, Genuine Nissan Parts, Factory Trained Technicians, and you'll be protected against future inflation (rising costs in parts and labor). What could be easier?

Maintenance+Plus at the time of vehicle delivery? Don't dread the small stuff. Your Maintenance+Plus contracts can be purchased any time within the first 3month/3,750-miles of original vehicle sale date. If for some reason you missed this initial window a "2and-Maintenance+Plus contract can be purchased at anytime throughout the life of the vehicle, but contact your selling dealer and tell them you'd like to take advantage of one of the best maintenance plans available for your Nissan today.

See your participating Nissan dealer for details.

## GENUINE NISSAN COLLISION PARTS

If you have an accident, insist on Genuine Nissan Collision Parts. If you want your vehicle to be restored using parts made to Nissan's original exacting specifications — if you want it to last, help to protect your personal safety and to help hold its resale value, the solution is simple. Tell your insurance agent and your repair shop to use only Genuine Nissan Collision Parts.

Many non-genuine parts are copies made from impressions of Nissan parts and may not match the specifications and performance standards of Genuine Nissan Parts. As a result, non-genuine parts may not look or fit right, and may be less safe.

The hood on your vehicle is a good example. Nissan designed it with hood-buckling creases to help prevent the hood from penetrating the interior of your vehicle in an accident. Non-genuine parts may not provide such built-in safeguards.

In some states, the law says you must be advised if non-genuine parts are used to repair your vehicle. **Why should you take a chance?**

### Replacement Panel Limited Lifetime Corrosion Warranty*

If you have your collision damage repaired using Genuine Nissan Outer Sheet Metal Panels you don't have to worry about corrosion. That's because these panels are warranted against inside out rust-through protection for as long as you own your Nissan. Another reason to insist on Genuine Nissan Collision Parts.

*This warranty is not applicable to vehicles distributed by Nissan North America and/or outside the United States.

## DETERMINING THE PROPER MAINTENANCE INTERVAL

Depending on your driving habits and local conditions, you should follow one of the three maintenance schedules listed below. Use these guidelines to determine which maintenance schedule to use.

**PREMIUM MAINTENANCE (Every 3,750 miles or 3 months, whichever or occurs first)**

Premium Maintenance is Nissan's recommended option that is suitable for all driving habits and local conditions. Nissan developed Premium Maintenance for owners who want the utmost in preventative maintenance. With Premium Maintenance, more maintenance items are regularly performed to preserve the value of your Nissan, and who drive their vehicles under Schedule 1 conditions. Using the Premium Maintenance schedule may optimize the performance, reliability, and resale value of your vehicle.

**SCHEDULE 1 (Every 3,750 miles or 3 months, whichever timed first)**

Schedule 1 requires the same 3.75 intervals under Premium Maintenance. Schedule 1 is the recommended option that is suitable for all driving habits and local conditions. Premium Maintenance for owners who want the utmost in preventative maintenance. Use the Premium Maintenance schedule if:

- Repeated short trips of less than 5 miles in normal temperatures or less than 10 miles in freezing temperatures
- Stop-and-go traffic in hot weather or low-speed driving for long distances
- Driving in dusty conditions or on rough, muddy, or salt-spread roads
- Towing a trailer, or using a camper or car-top carrier

**SCHEDULE 2 (Every 7,500 miles or 6 months, whichever comes first)**

Schedule 2 features 7,500-mile service intervals, with Schedule 2 longer maintenance items are typically checked or replaced than with Schedule 1.

Generally, Schedule 2 applies only to vehicles driving in temperate conditions. Use Schedule 2 only if you primarily operate your vehicle under conditions other than those listed in Schedule 1.

*Premium Maintenance is a Nissan-recommended option. Coverage and terms may vary; check with your Nissan dealer for details. Nissan Maintenance may not be available outside the United States, please inquire at your dealer.

# EXHIBIT D

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

The following descriptions are provided to give you a better understanding of the scheduled maintenance items that should be regularly checked or replaced. The maintenance log indicates at which mileage/time intervals each item requires service.

In addition to scheduled maintenance, your Nissan requires that some items be checked during normal day-to-day operation. You can find these items listed under "General Maintenance" in Chapter 8 of your Owner's Manual.

Items marked with "*" are recommended by Nissan for reliable vehicle operation. You are not required to perform maintenance on these items in order to maintain the warranties which come with your Nissan. Other maintenance items and intervals are required.

When applicable, additional information can be found in the "Maintenance and do-it-yourself" section in Chapter 8 of your Owner's Manual.

*For recommended fuel, lubricants, fluids, grease, and refrigerant, refer to Chapter 9 in your Owner's Manual.*

### Emission Control System Maintenance:

**Drive Belts***
Check engine drive belts for wear, fraying or cracking and for proper tension. Replace any damaged drive belts.

**Engine Air Filter**
Replace at specified intervals. When driving for prolonged periods in dusty conditions, check/replace the filter more frequently.

**Engine Coolant***
Drain and flush the cooling system at the specified interval.

**Hybrid Electronic Vehicle (HEV) Inverter Coolant**
Drain and fill the cooling system with the coolant at the specified interval.

**Engine Oil and Oil Filter**
Replace engine oil and oil filter at the specified intervals. For recommended oil grade and viscosity refer to Chapter 9 in your Owner's Manual.

**Engine Valve Clearance***
Inspect only if valve noise increases. Adjust valve clearance if necessary.

**Evaporative Emissions Control Vapor Lines***
Check vapor lines and connections for leaks or looseness. Tighten connections or replace parts as necessary.

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

**Fuel Filter**
Maintenance-free item (in-tank type filter).

**Fuel Lines***
Check the fuel hoses, piping and connections for leaks, looseness, or deterioration. Tighten connections or replace parts as necessary.

**Spark Plugs**
Replace at specified intervals. Install new plugs of the same type as originally equipped.

### Chassis and Body Maintenance:

**Brake Lines and Cables**
Visually inspect for proper installation. Check for chafing, cracks, deterioration, and signs of leaking. Replace any deteriorated or damaged parts immediately.

**Brake Pads, Rotors, Drums, & Linings**
Check for wear, deterioration and fluid leaks. Replace any deteriorated or damaged parts immediately.

**Cruise Control Vacuum Hoses**
Inspect cruise control vacuum hoses for cracks and leakage at the specified intervals.

**Exhaust System**
Visually inspect the exhaust pipes, muffler and hangers for leaks, cracks, deterioration, and damage. Tighten connections or replace parts as necessary.

**In-Cabin Microfilter**
Standard equipment on Altima (except 2.5 Base), Altima Coupe, Frontier LE and NISMO, Maxima, Titan King Cab LE and Crew Cab SE, PRO-4X, LE Quest, Sentra and Versa. Optional accessory on all other models. Replace at specified intervals. When driving for prolonged periods in dusty conditions, replace the filter more frequently.

**Propeller Shaft(s)**
Check for damage, looseness, and grease leakage. (4WD/AWD).

**Steering Gear and Linkage, Axle and Suspension Parts, Drive Shaft Boots**
Check for damage, looseness, and leakage of oil or grease. Under severe driving conditions inspect more frequently.

**Tire Rotation**
Tires should be rotated every 7,500 miles according to the instructions in the Owner's Manual (except 350Z). When rotating tires, check for damage and uneven wear. Replace if necessary.

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

**Transmission Fluid/Oil, Differential Oil, Transfer Case Oil**
Visually inspect for signs of leakage at specified intervals. If towing a trailer, using a camper or car-top carrier, or driving on rough or muddy roads, replace the fluid/oil every 30,000 miles or 24 months (60,000 miles or 48 months for Altima, Altima Coupe, Maxima, Rogue, Sentra, and Versa CVT fluid).

**Electronically Controlled Continuously Variable Transmission (eCVT) Fluid (For HEV)**
Inspect for leaks and fluid level with the filler plug removed at specified intervals. If towing a trailer, using a camper or car-top carrier, or driving on rough or muddy roads, replace the eCVT fluid every 30,000 miles or 24 months.

**Off-Road Maintenance**
Check the following items frequently whenever you drive off-road through deep sand, mud or water:

- Brake pads and rotors
- Brake linings and drums
- Brake lines and hoses
- Differential, transmission and transfer case oil
- Steering linkage
- Propeller shaft(s) and front drive shafts
- Engine air filter
- Clutch housing drain (4WD only)

## MAINTENANCE LOG AND RECORDS

The following Maintenance Log has been compiled by Nissan to assist you in performing the recommended maintenance services and keeping appropriate records of services performed. Along with the related repair invoices, receipts, and other such records, a properly documented maintenance history could enhance the value of your vehicle should you ever wish to sell it. The services listed represent the minimal Nissan recommended requirements for each time/mileage interval, up to 120,000 miles / 96 months.

## NISSAN EXPRESS SERVICES *

Many Nissan dealers nationwide now offer Express Services. All Express Services include a 14-point vehicle inspection and the Express Service guarantee – the Service is completed in the allotted time – or your next Express Service 30 Oil and Filter Change is FREE.

**NISSAN Express Services**

**Express Services 30 – Performed in 30 minutes or less**

- Oil and filter change service

Ask your participating Nissan dealer about other Express Services.

* May offer or not apply outside the United States, please inquire of your dealer.

## 3,750 MILES OR 3 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - ___ All lights
  - ___ Brake fluid level
  - ___ Clutch fluid
  - ___ Differential oil
  - ___ Engine air filter
  - ___ Engine coolant level/top-off
  - ___ Engine drive belts
  - ___ Power steering fluid/top-off
  - ___ Radiator hoses
  - ___ Tires/adjust air pressure
  - ___ Transmission fluid/oil
  - ___ Washer fluid level/top-off
  - ___ Wiper blades

[1] 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 7,500 Miles or 6 Months

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

Equipment varies by model. Perform only those operations that apply to your vehicle.

## GENUINE NISSAN PARTS YOU CAN RELY ON

### Genuine Nissan Oil Filters

Genuine Nissan Oil Filters are designed specifically for your vehicle.

Genuine Nissan Oil Filters have an anti-drainback valve that keeps oil in the filter when the engine is not running. This prevents harmful engine wear on start-up.

[1] 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
[2] All front wheel drive, 4WD, AWD models.

## 7,500 MILES OR 6 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - ___ All lights
  - ___ Automatic transmission/CVT fluid
  - ___ Axle & suspension parts
  - ___ Battery fluid level/terminals
  - ___ Brake fluid level
  - ___ Brake pads, rotors, drums & linings
  - ___ Charging/Starting system
  - ___ Clutch fluid
  - ___ Coolant level/top-off
  - ___ Differential oil [1]
  - ___ Drive shaft boots [2]
  - ___ Engine air filter
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Horn operation
  - ___ Manual transmission oil
  - ___ Power steering fluid/top-off
  - ___ Propeller shaft (4WD/AWD)
  - ___ Radiator hoses
  - ___ Shock absorbers/struts
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)
  - ___ Washer fluid level/top-off
  - ___ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots [2]
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

Equipment varies by model. Perform only those operations that apply to your vehicle.

## GENUINE NISSAN PARTS YOU CAN RELY ON

### Wiper Blades

Genuine Nissan Wiper Blades and Arms are designed to fit your Nissan and can be installed by any Nissan dealer in just minutes.



# EXHIBIT D

## 11,250 MILES OR 9 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - ___ All lights
  - ___ Brake fluid level
  - ___ Clutch fluid
  - ___ Differential oil¹
  - ___ Engine air filter
  - ___ Engine coolant level/top-off
  - ___ Engine drive belts
  - ___ Power steering fluid/top-off
  - ___ Radiator hoses
  - ___ Tires/adjust air pressure
  - ___ Transmission fluid/oil
  - ___ Washer fluid level/top-off
  - ___ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 15,000 Miles or 12 Months

*Dealer Verified Service Stamp*

Dealer name: ____________

Date: ____________

Mileage: ____________

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## GENUINE NISSAN PARTS YOU CAN RELY ON

### In-Cabin Microfilter

The In-Cabin Microfilter filters the air you breathe in your vehicle. This system filters both outside and re-circulated air used by the air conditioning system in your vehicle. Replacing the Microfilter every year or 15,000 miles is the best way to help prevent road dust, pollen and other air pollutants from entering the interior of your vehicle and the air you breathe. If your vehicle is not equipped with an In-Cabin Microfilter system – see your Nissan dealer about getting one installed – you'll breathe easier.

New Microfilter — Requires Replacement

1 Standard equipment on Altima (except 2.5 base), Altima Coupe, Frontier LE and NISMO, Maxima, Titan King Cab LE and Crew Cab SE, PRO-4X, LE, Quest, Sentra and Versa. Optional accessory on all other models.
2 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
3 All front wheel drive 4WD AWD models.
4 Hybrid Electric Vehicle (HEV).

## 15,000 MILES OR 12 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter¹
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - ___ Air conditioning system
  - ___ All lights
  - ___ Automatic transmission/CVT fluid
  - ___ eCVT fluid (HEV)⁴
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ Cruise control vacuum hoses
  - ___ Differential oil²
  - ___ Drive shaft boots³
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter¹
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - ___ Automatic transmission/CVT fluid
  - ___ eCVT fluid (HEV)⁴
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ Cruise control vacuum hoses
  - ___ Differential oil²
  - ___ Drive shaft boots³
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter¹
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - ___ Automatic transmission/CVT fluid
  - ___ eCVT fluid (HEV)⁴
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ Cruise control vacuum hoses
  - ___ Differential oil²
  - ___ Drive shaft boots³
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD)
  - ___ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ____________

Date: ____________

Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 18,750 MILES OR 15 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - ___ All lights
  - ___ Brake fluid level
  - ___ Clutch fluid
  - ___ Differential oil¹
  - ___ Engine air filter
  - ___ Engine coolant level/top-off
  - ___ Engine drive belts
  - ___ Power steering fluid/top-off
  - ___ Radiator hoses
  - ___ Tires/adjust air pressure
  - ___ Transmission fluid/oil
  - ___ Washer fluid level/top-off
  - ___ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 22,500 Miles or 18 Months

*Dealer Verified Service Stamp*

Dealer name: ____________

Date: ____________

Mileage: ____________

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
2 All front wheel drive 4WD AWD models.

## 22,500 MILES OR 18 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - ___ All lights
  - ___ Automatic transmission/CVT fluid
  - ___ Axle & suspension parts
  - ___ Battery fluid level/terminals
  - ___ Brake fluid level
  - ___ Brake pads, rotors, drums & linings
  - ___ Charging/Starting system
  - ___ Clutch fluid
  - ___ Coolant level/top-off
  - ___ Differential oil¹
  - ___ Drive shaft boots²
  - ___ Engine air filter
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Horn operation
  - ___ Manual transmission oil
  - ___ Power steering fluid/top-off
  - ___ Propeller shaft (4WD/AWD)
  - ___ Radiator hoses
  - ___ Shock absorbers/struts
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)
  - ___ Washer fluid level/top-off
  - ___ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots²
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____________

Date: ____________

Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## NISSAN SERVICES DESIGNED WITH YOU IN MIND*

### Brake Service

Stop at Nissan for Brake Service.

- Install new Genuine Nissan front brake pads
- Inspect front rotors
- Inspect and adjust parking brake as necessary
- Inspect entire brake system:
  - Rear Brake Pads/Shoes
  - Rear Brake Rotors/Drums
  - Master Cylinder/Wheel Cylinders
  - Brake Calipers
  - Brake Fluid/Brake Hoses/Brake Lines
  - Vacuum Booster
- Road test your vehicle

Genuine Nissan brake pads are just like the ones that came on your vehicle from the factory, and are warranted for 12 months or 12,000 miles.

* May not be valid in all areas in the United States, please inquire at your dealer.

**See your participating Nissan dealer for details.**

## 26,250 MILES OR 21 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - ___ All lights
  - ___ Brake fluid level
  - ___ Clutch fluid
  - ___ Differential oil¹
  - ___ Engine air filter
  - ___ Engine coolant level/top-off
  - ___ Engine drive belts
  - ___ Power steering fluid/top-off
  - ___ Radiator hoses
  - ___ Tires/adjust air pressure
  - ___ Transmission fluid/oil
  - ___ Washer fluid level/top-off
  - ___ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 30,000 Miles or 24 Months

*Dealer Verified Service Stamp*

Dealer name: ____________

Date: ____________

Mileage: ____________

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 30,000 MILES OR 24 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid
- ☐ Replace differential oil¹
- ☐ Replace engine air filter
- ☐ Replace engine coolant/flush system
- ☐ Replace engine drive belts
- ☐ Replace in-cabin microfilter²
- ☐ Replace manual transmission oil
- ☐ Replace radiator cap
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Optional: flush automatic transmission (flush with ATF)
- ☐ Inspect the following:
  - ___ All lights
  - ___ eCVT fluid (HEV)⁵
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ Cruise control vacuum hoses
  - ___ Drive shaft boots³
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Headlights/adjust if necessary
  - ___ Propeller shaft (4WD/AWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter²
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - ___ Automatic transmission fluid⁴
  - ___ eCVT fluid (HEV)⁵
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ Cruise control vacuum hoses
  - ___ CVT fluid (Altima, Altima Coupe, Maxima, Rogue, Sentra and Versa)
  - ___ Differential oil¹⁴
  - ___ Drive shaft boots³
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Manual transmission oil⁴
  - ___ Propeller shaft (4WD/AWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)⁴

*Dealer Verified Service Stamp*

Dealer name: ____________

Date: ____________

Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 33,750 MILES OR 27 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - ___ All lights
  - ___ Brake fluid level
  - ___ Clutch fluid
  - ___ Differential oil¹
  - ___ Engine air filter
  - ___ Engine coolant level/top-off
  - ___ Engine drive belts
  - ___ Power steering fluid/top-off
  - ___ Radiator hoses
  - ___ Tires/adjust air pressure
  - ___ Transmission fluid/oil
  - ___ Washer fluid level/top-off
  - ___ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models. Next scheduled maintenance at 37,500 Miles or 30 Months

*Dealer Verified Service Stamp*

Dealer name: ____________

Date: ____________

Mileage: ____________

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
2 Standard equipment on Altima (except 2.5 base), Altima Coupe, Frontier LE and NISMO, Maxima, Titan King Cab LE and Crew Cab SE, PRO-4X, LE, Quest, Sentra and Versa. Optional accessory on all other models.
3 All front wheel drive 4WD AWD models.
4 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.
5 Hybrid Electric Vehicle (HEV).







# EXHIBIT D

## NISSAN SERVICES DESIGNED WITH YOU IN MIND®

**Your Nissan Dealer Is Your Complete Source for Tires**

- Original Equipment Tires and Other Major Brands
- Competitive Pricing
- Road Hazard Protection Included With Each Tire**
- Convenience
- Factory Trained Technicians

Tires are an important component of your Nissan driving experience. They provide the four points of contact between your vehicle and the road and affect acceleration, braking, cornering, load-carrying capacity, and overall handling and performance.

Nissan engineers perform extensive tests to help determine which tires are best suited for use on Nissan vehicles. Replacing the tires on your Nissan with those that meet the Original Equipment specifications will help maximize your vehicle's handling, comfort and safety.

* May or may not apply outside the United States, please inquire of your dealer.
** Excludes Medallist brand

**See your participating Nissan dealer for details.**

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra
2 All front wheel drive, 4WD, AWD models

## 37,500 MILES OR 30 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil ¹
  - __ Drive shaft boots
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots ²
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 41,250 MILES OR 33 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil ¹
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 45,000 Miles or 36 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 [illegible]
2 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra
3 All front wheel drive, 4WD, AWD models
4 Hybrid Electric Vehicle (HEV)

## 45,000 MILES OR 36 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Air conditioning system
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV) ⁴
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil ²
  - __ Drive shaft boots ³
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV) ⁴
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil ²
  - __ Drive shaft boots ³
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV) ⁴
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil ²
  - __ Drive shaft boots ³
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 48,750 MILES OR 39 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil ¹
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 52,500 Miles or 42 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra
2 All front wheel drive, 4WD, AWD models

## 52,500 MILES OR 42 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil ¹
  - __ Drive shaft boots ²
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots ²
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## GENUINE NISSAN PARTS YOU CAN RELY ON®

### Batteries

If your vehicle is slow to start or will not start, please see your Nissan dealer about a Genuine Nissan Replacement Battery. Genuine Nissan Replacement Batteries are designed to meet your vehicle's original specifications and feature an 84 Month Limited Warranty with 24 Month Free Replacement, regardless of mileage. Plus your Nissan dealer has the knowledge and equipment to test your battery before it fails, so you can travel in confidence.

* May or may not apply outside of the United States, please inquire of your dealer.

**See your participating Nissan dealer for details.**

## 56,250 MILES OR 45 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil ¹
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV only.)

All other models. Next scheduled maintenance at 60,000 Miles or 48 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 60,000 MILES OR 48 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid
- ☐ Replace differential oil ¹
- ☐ Replace engine air filter
- ☐ Replace engine coolant/flush system
- ☐ Replace HEV inverter coolant ⁴
- ☐ Replace engine drive belts
- ☐ Replace in-cabin microfilter ²
- ☐ Replace manual transmission oil
- ☐ Replace radiator cap
- ☐ Replace radiator hoses
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Optional: flush automatic transmission (flush with ATF)
- ☐ Inspect the following:
  - __ All lights
  - __ eCVT fluid (HEV) ⁴ ⁵
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Drive shaft boots ³
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Headlights/adjust if necessary
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace engine air filter
- ☐ Replace engine coolant
- ☐ Replace HEV inverter coolant ⁴
- ☐ Replace in-cabin microfilter ²
- ☐ Replace manual transmission oil (Frontier only)
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid ⁴
  - __ eCVT fluid (HEV) ⁴ ⁵
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil ¹
  - __ Drive shaft boots ³
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Manual transmission oil ⁴
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD) ⁴

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**







# EXHIBIT D

## 63,750 MILES OR 51 MONTHS

**PREMIUM MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**
- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 67,500 Miles or 54 Months

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

[illegible]

## LIFETIME WARRANTY REPLACEMENT PARTS*

**Mufflers**

Keep your exhaust system in peak condition for optimal fuel economy and vehicle performance. Genuine Nissan Mufflers include a Limited Lifetime Warranty for both parts and labor.**

Genuine Nissan Mufflers are designed to Nissan performance specifications and are single-piece in construction for better reliability, easy assembly and proper fit.

**Shocks/Struts**

Shock absorbers and strut assemblies work to make your vehicle ride smoother over rough roads. They help reduce bounce on wheels making the ride safer. Genuine Nissan Shocks and Struts are competitively priced and offer a Lifetime Limited Warranty for both parts and labor when installed by a Nissan dealer.

* This warranty does not apply to vehicles not distributed by Nissan North America and/or sold outside the United States.
** Excludes Key Value Mufflers.

**See your participating Nissan dealer for details.**

[illegible]

## 67,500 MILES OR 54 MONTHS

**PREMIUM MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 71,250 MILES OR 57 MONTHS

**PREMIUM MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [2]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**
- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 75,000 Miles or 60 Months

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

1 Standard equipment on Altima (except 2.5 Base), Altima Coupe, Frontier LE and NISMO, Maxima, Titan King Cab LE and Crew Cab SE, PRO-4X, LE, [illegible]
2 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
3 All four-wheel drive 4WD, AWD models.
4 Hybrid Electric Vehicle (HEV).

## 75,000 MILES OR 60 MONTHS

**PREMIUM MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Air conditioning system
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV) [4]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil [2]
  - __ Drive shaft boots [4]
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 1 MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV) [4]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil [2]
  - __ Drive shaft boots [4]
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter [1]
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV) [4]
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil [2]
  - __ Drive shaft boots [3]
  - __ Engine drive belts
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 78,750 MILES OR 63 MONTHS

**PREMIUM MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**
- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 82,500 Miles or 66 Months

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
2 All four-wheel drive 4WD, AWD models.

## 82,500 MILES OR 66 MONTHS

**PREMIUM MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 86,250 MILES OR 69 MONTHS

**PREMIUM MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**
- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 90,000 Miles or 72 Months

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

1 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
2 Standard equipment on Altima (except 2.5 Base), Altima Coupe, Frontier LE and NISMO, Maxima, Titan King Cab LE and Crew Cab SE, PRO-4X, LE, Quest, Sentra and Versa. Optional accessory on all other models.
3 All front wheel drive, 4WD, AWD models.
4 [illegible]
5 Hybrid Electric Vehicle (HEV).

## 90,000 MILES OR 72 MONTHS

**PREMIUM MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid
- ☐ Replace differential oil [1]
- ☐ Replace engine air filter
- ☐ Replace engine coolant (flush system)
- ☐ Replace HEV inverter coolant [5]
- ☐ Replace engine drive belts
- ☐ Replace in-cabin microfilter [2]
- ☐ Replace manual transmission oil
- ☐ Replace radiator cap
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Optional: flush automatic transmission (flush with ATF)
- ☐ Inspect the following:
  - __ All lights
  - __ eCVT fluid (HEV) [4,5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Drive shaft boots [3]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Headlights/adjust if necessary
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**
- ☐ Replace engine oil and filter
- ☐ Replace engine air filter
- ☐ Replace engine coolant
- ☐ Replace HEV inverter coolant [1,5]
- ☐ Replace in-cabin microfilter [2]
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission fluid [4]
  - __ eCVT fluid (HEV) [4,5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ CVT fluid (Altima, Altima Coupe, Maxima, Rogue, Sentra and Versa)
  - __ Differential oil [1,4]
  - __ Drive shaft boots [3]
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Manual transmission oil [4]
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD) [4]

*Dealer Verified Service Stamp*

Dealer name: ____
Date: ____
Mileage: ____

**Equipment varies by model. Perform only those operations that apply to your vehicle.**







# EXHIBIT D

## 93,750 MILES OR 75 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 97,500 Miles or 78 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

[1] 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
[2] All front wheel drive, 4WD, AWD models.

## 97,500 MILES OR 78 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil [1]
  - __ Drive shaft boots [2]
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots [2]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 101,250 MILES OR 81 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [2]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 105,000 Miles or 84 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

[1] Standard equipment on Altima (except 2.5 Base), Altima Coupe, Frontier LE and NISMO, Maxima, Titan King Cab LE and Crew Cab SE, PRO-4X, LE, Quest, Sentra and Versa. Optional accessory on all other models.
[2] 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
[3] All front wheel drive, 4WD, AWD models.
[4] Hybrid Electric Vehicle (HEV).

## 105,000 MILES OR 84 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter
- ☐ Replace spark plugs
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - [illegible]

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter
- ☐ Replace spark plugs
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV)
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Manual transmission oil
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter
- ☐ Replace spark plugs
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV)
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine drive belts
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 108,750 MILES OR 87 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 112,500 Miles or 90 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

[1] 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
[2] All front wheel drive, 4WD, AWD models.

## 112,500 MILES OR 90 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 116,250 MILES OR 93 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 120,000 Miles or 96 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

[1] 350Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra.
[2] Standard equipment on Altima (except 2.5 Base), Altima Coupe, Frontier LE and NISMO, Maxima, Titan King Cab LE and Crew Cab SE, PRO-4X, LE, Quest, Sentra and Versa. Optional accessory on all other models.
[3] All front wheel drive, 4WD, AWD models.
[4] Replace fluid [illegible] driving on rough or muddy roads.
[5] Hybrid Electric Vehicle (HEV).

## 120,000 MILES OR 96 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid
- ☐ Replace differential oil [1]
- ☐ Replace engine air filter
- ☐ Replace engine coolant/flush system
- ☐ Replace HEV inverter coolant [5]
- ☐ Replace engine drive belts
- ☐ Replace in-cabin microfilter [2]
- ☐ Replace manual transmission oil
- ☐ Replace radiator cap
- ☐ Replace radiator hoses
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z)
- ☐ Optional: flush automatic transmission (fluid with ATF)
- ☐ Inspect the following:
  - __ All lights
  - __ eCVT fluid (HEV) [4,5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Drive shaft boots [3]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Headlights/adjust if necessary
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace engine air filter
- ☐ Replace engine coolant
- ☐ Replace HEV inverter coolant [5]
- ☐ Replace in-cabin microfilter [2]
- ☐ Replace manual transmission oil (Frontier only)
- ☐ Rotate tires (except 350Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV) [4,5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil [1,4]
  - __ Drive shaft boots [3]
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Manual transmission oil [4]
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD) [4]

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

Equipment varies by model. Perform only those operations that apply to your vehicle.

NOTES:

EXHIBIT D

NOTES:

NOTES:

**NISSAN**

Nissan, the Nissan logo, and Nissan model names are Nissan trademarks.
©2007 Nissan North America, Inc.

'08 VERSA
Printing: August 2007

# EXHIBIT D



**2009**

**SERVICE AND MAINTENANCE GUIDE**

---

## TABLE OF CONTENTS

OWNER'S LITERATURE INFORMATION ........................ 2

INTRODUCTION
Nissan Maintenance .................................................. 4
Why Nissan Service? .................................................. 4

NISSAN MAINTENANCE & REPAIR SUPPORT
Extended Service Plans .............................................. 5
Genuine Nissan Collision Parts ................................... 6
Nissan Express Service ............................................. 12
Nissan Maintenance Pay As You Go On .......... 14,16,18,30
Nissan Services Designed with You in Mind .......... 22,26
Lifetime Warranty Replacement Parts .......................... 38

SCHEDULED MAINTENANCE GUIDE
Determining the Proper Maintenance Interval ................ 7
Explanation of Scheduled Maintenance Items ................. 8
Maintenance Log and Records .................................... 11

---



## OWNER'S LITERATURE INFORMATION

| INDEX OF TOPICS | WHERE TO FIND INFORMATION |
|---|---|
| Recommended Fuel, Lubricants, Fluids | Owner's Manual chapter 9 |
| Radio/CD/Player/AC Operation | Owner's Manual chapter 4 |
| Starting and Driving Your Vehicle | Owner's Manual chapter 5 |
| Security System Operation | Owner's Manual chapter 3 |
| Changing a Flat Tire | Owner's Manual chapter 6 |
| New Vehicle Limited Warranty | Warranty Information Booklet page 4 |
| Federal Emission Control Warranties | Warranty Information Booklet page 6 |
| California Emission Control Warranties | Warranty Information Booklet page 10 |
| Tire Pressure/Inflation | Owner's Manual chapter 6 |
| Tire Warranties/Safety Information | Warranty Information Booklet page 15 to 37 |
| Consumer Affairs Assistance | Warranty Information Booklet page 3 |
| | Customer Care/Lemon Law Information Booklet page 3 |
| Do It Yourself Information | Owner's Manual chapter 8 |
| General Maintenance | Owner's Manual chapter 8 |

---

## NISSAN MAINTENANCE

### Maintain Your Investment

Preventative scheduled maintenance is an important investment to optimize the performance, reliability, safety and resale value of your Nissan. Scheduling your vehicle's maintenance at the recommended intervals will ensure your vehicle is running at its best.

We want you to enjoy your Nissan vehicle. This Service and Maintenance Guide is designed to help you make sure your vehicle receives proper and timely maintenance that is necessary. Key services are explained in detail, along with an outline of scheduled maintenance to help you maintain your Nissan. Your local Nissan dealer can assist you in determining the best schedule based on your driving habits and local conditions.

Failure to perform scheduled maintenance may result in excluding portions of your vehicle from warranty coverage and may reduce the performance, safety, reliability and/or resale value of your vehicle. See your Warranty Information Booklet and Owner's Manual for details.

---

## WHY NISSAN SERVICE? *

To safeguard the quality, reliability and safety of your vehicle, an authorized Nissan dealer is recommended for maintenance or repair. There are a number of reasons that offers you these advantages:

- Nissan trained and ASE certified technicians
- Immediate access to warranty service history and Nissan technical information
- Latest diagnostic, special tools and service techniques
- Genuine Nissan Parts that meet Nissan's demanding standards
- 12 month/12,000 mile parts and labor limited warranty when Genuine Nissan Parts are installed by your dealer
- Lifetime limited warranty on select replacement parts
- Clean, up-front estimates
- Time guaranteed Express Services (at participating dealers)
- Over 1,000 locations nationwide
- Shuttle service/Courtesy van (at participating dealers)

Your Nissan dealer is a full service maintenance and repair centre. We recommend using authorized Nissan Service and Genuine Nissan Parts that we have designed for their reliability, safety and suitability for your Nissan vehicle. We are committed to providing you with quick, efficient and competitively priced service and parts.



**For All Your Service Needs**

---



## EXTENDED SERVICE PLANS *

### Security + Plus
VEHICLE PROTECTION PLAN

### Maintenance + Plus
VEHICLE SERVICE PLAN

If someone told you, you could drop your new Nissan for the next 7 years or 100,000 miles, on road worry-free with Nissan-designed repair protection, would you take them up on the offer?

Nissan's "Security+Plus" family of extended service contracts protects the peace of mind that drove you to purchase your new Nissan. With Security+Plus vehicle protection plans can cover everything from over 1,100 vehicle components to roadside assistance to rental vehicle costs and provide **Nationwide Coverage** (over 1,000 Nissan dealers nationwide) utilizing **Genuine Nissan Parts** (new or in some cases remanufactured), installed by **Factory Trained Technicians** (trained by us to work on your vehicle). A great way to protect against future inflation (rising cost of parts and labor).

Security+Plus coverage can be purchased any time within your vehicle's original 3-year/36,000 mile basic limited warranty period. Just contact your selling dealer and tell them you'd like to take advantage of one of the best mechanical breakdown plans available for your Nissan today.

Do you currently have someone that maintains your car? Clean up hassle? Maintain your vehicle? With **Maintenance+Plus** you'll be hiring Nissan to maintain your vehicle to factory recommended back/service. Like Security+Plus, you'll benefit from **Nationwide Coverage**, **Genuine Nissan Parts, Factory Trained Technicians**, and you'll be protected against future inflation (rising costs of parts and labor). What could be easier? **Maintenance+Plus** offers four service levels, two service intervals and five time and mileage periods... so it's easy to find a plan that's right for you. Don't buy your **Maintenance+Plus** at the time of vehicle delivery? Don't sweat the small stuff. Your **Maintenance+Plus** contracts can be purchased any time within the original 3-month/3,750 miles of original vehicle sale date. If for some reason you missed that initial window a Used Maintenance+Plus contract may be purchased at anytime throughout the life of the vehicle. Just contact your selling dealer and let them know you'd like to take advantage of one of the best maintenance plans available for your Nissan today.

*Please see participating Nissan dealer for details.*

---

## GENUINE NISSAN COLLISION PARTS

If you have an accident, insist on Genuine Nissan Collision Parts. If you want your vehicle to be restored using parts made to Nissan's original exacting specifications — if you want it to look, help to protect your personal safety and to help hold its resale value, the solution is simple. Tell your insurance agent and your repair shop to use only Genuine Nissan Collision Parts.

Many non-genuine parts are copies made from impressions of Nissan parts and may not match the specifications and performance standards of Genuine Nissan Parts. As a result, non-genuine parts may not look or fit right, and may be **less safe**.

The hood on your vehicle is a good example. Nissan designed it with hood buckling creases to help prevent the hood from penetrating the interior of your vehicle in an accident. Non-genuine parts may not provide such built-in safeguards.

In some states, the law says you must be advised if non-genuine parts are used to repair your vehicle. **Why should you take a chance?**

### Replacement Panel Limited Lifetime Corrosion Warranty *

If you have your collision damage repaired using Genuine Nissan Outer Sheet Metal Panels you don't have to worry about corrosion. That is because these panels are warranted against inside out rust-through perforation as long as you own your Nissan. Another reason to insist on Genuine Nissan Collision Repair Parts.

* This warranty does not apply to vehicles not distributed by Nissan North America and/or sold outside the United States.

---

## DETERMINING THE PROPER MAINTENANCE INTERVAL

Depending on your driving habits and local conditions, you should follow one of the three maintenance schedules listed below. Use these guidelines to determine which maintenance schedule to use.

**PREMIUM MAINTENANCE (Schedule 1): 3,750 miles or 3 months, whichever occurs first**

Premium Maintenance is a Nissan-reviewed option that is suitable for all driving habits and local conditions. Nissan developed Premium Maintenance for drivers who want the ultimate in preventative maintenance. With Premium Maintenance, most maintenance items are regularly checked or replaced more often. With the Premium Maintenance schedule. Use Schedule 1 if you generally operate your vehicle under any of these conditions.

- Repeated short trips of less than 5 miles in normal temperatures or less than 10 miles in freezing temperatures
- Stop-and-go traffic in hot weather or low-speed driving for long distances
- Driving in dusty conditions or on rough, muddy, or salt-spread roads
- Towing a trailer, or using a camper or a car-top carrier

**SCHEDULE 1 (Every 3,750 miles or 3 months, whichever comes first)**

Schedule 1 features the same 3,750-mile service intervals as Premium Maintenance; however, with Schedule 1 fewer maintenance items are regularly checked or replaced than with the Premium Maintenance schedule. Use Schedule 1 if you generally operate your vehicle under any of these conditions.

**SCHEDULE 2 (Every 7,500 miles or 6 months, whichever comes first)**

Schedule 2 features 7,500-mile service intervals, with Schedule 2 fewer maintenance items are regularly checked or replaced than with Schedule 1.

Generally, Schedule 2 applies only to highway driving in temperate conditions. Use Schedule 2 only if you primarily operate your vehicle under conditions other than those noted in Schedule 1.

---

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

The following descriptions are provided to give you a better understanding of the scheduled maintenance items that should be regularly checked or replaced. The maintenance log indicates at which mileage/time intervals each maintenance item requires service.

In addition to scheduled maintenance, your Nissan requires that some items be checked during normal day-to-day operation. You can find these items listed under "General Maintenance" in Chapter 8 of your Owner's Manual.

Items marked with (**) are recommended by Nissan for vehicles which typically operate under extreme conditions. You are not required to perform maintenance on these items in order to maintain the warranties. Inspect your Nissan. These maintenance items and intervals are required.

### Emission Control System Maintenance:

**Drive Belts**
Check engine drive belts for wear, fraying or cracking and for proper tension. Replace any damaged drive belts.

**Engine Air Filter**
Replace as specified intervals. When driving for prolonged periods of dusty conditions, check/replace the filter more frequently.

When applicable, additional information can be found in the "Maintenance items that should be regularly checked or replaced. The maintenance log indicates at which mileage/intervals each item requires service." Chapter 8 in your Owner's Manual.

For recommended fuel, lubricants, fluids, grease, and refrigerant, refer to Chapter 9 in your Owner's Manual.

**Engine Coolant**
Drain and flush the cooling system at the specified interval.

**Hybrid Vehicles Only (HEV) (Inverter Coolant)**
Drain and fill the cooling system with the coolant at the specified interval.

**Engine Oil and Oil Filter**
Replace engine oil and oil filter at the specified intervals. For recommended oil and grade and viscosity refer to Chapter 9 in your Owner's Manual.

**Engine Valve Clearance***
Inspect only if valve noise increases. Adjust valve clearance if necessary.

**Evaporative Emissions Control Vapor Lines***
Check vapor lines and connections for leaks or looseness. Tighten connections or replace parts as necessary.

EXHIBIT D

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

**Fuel Filter**
Maintenance-free item (in-tank type filter).

**Fuel Lines***
Check the fuel hoses, piping and connections for leaks, looseness, or deterioration. Tighten connections or replace parts as necessary.

**Spark Plugs**
Replace at specified intervals. Install new plugs of the same type as originally equipped.

***Chassis and Body Maintenance:***

**Brake Lines and Cables**
Visually inspect for proper installation. Check for chafing, cracks, deterioration, and signs of leaking. Replace any deteriorated or damaged parts immediately.

**Brake Pads, Rotors, Drums, & Linings**
Check for wear, deterioration and fluid leaks. Replace any deteriorated or damaged parts immediately.

**Cruise Control Vacuum Hoses**
Inspect cruise control vacuum hoses for cracks and leakage at the specified intervals.

**Exhaust System**
Visually inspect the exhaust pipes, muffler and hangers for leaks, cracks, deterioration, and damage. Tighten connections or replace parts as necessary.

**In-Cabin Microfilter**
Standard equipment on Cube, Murano, Altima (except 2.5 Base), Altima Coupe, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra, Versa (except 1.6 Entry) and Xterra (except X). Optional accessory on all other models. Replace at specified intervals. When driving for prolonged periods in dusty conditions, replace the filter more frequently.

**Propeller Shaft(s)**
Check for damage, looseness, and grease leakage. (4WD/AWD).

**Steering Gear and Linkage, Axle and Suspension Parts, Drive Shaft Boots**
Check for damage, looseness, and leakage of oil or grease. Under severe driving conditions, inspect more frequently.

**Tire Rotation**
Tires should be rotated every 7,500 miles according to the instructions in the Owner's Manual (except 350Z and 370Z). When rotating tires, check for damage and uneven wear. Replace if necessary.

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

**Transmission Fluid/Oil, Differential Oil, Transfer Case Oil**
Visually inspect for signs of leakage at specified intervals. If towing a trailer, using a camper or car-top carrier, i.e. driving on rough or muddy roads, replace the fluid/oil every 30,000 miles or 24 months (60,000 miles for Cube, Murano, Altima, Altima Coupe, Maxima, Rogue, Sentra, and Versa CVT fluid). Automatic transmission fluid for 370Z is maintenance-free.

**Electronically Controlled Continuously Variable Transmission (eCVT) Fluid (For HEV)**
Inspect for leaks and fluid level with the filler plug removed at specified intervals. If towing a trailer, using a camper or car-top carrier, or driving on rough or muddy roads, replace the eCVT fluid every 30,000 miles or 24 months.

**Off-Road Maintenance**
Check the following items frequently whenever you drive off-road through deep sand, mud or water:
- Brake pads and rotors
- Brake linings and drums
- Brake lines and hoses
- Differential, transmission and transfer case oil
- Steering linkage
- Propeller shaft(s) and front drive shafts
- Engine air filter
- Clutch housing drain (4WD only)

## MAINTENANCE LOG AND RECORDS

The following Maintenance Log has been compiled by Nissan to assist you in performing the recommended maintenance services and keeping appropriate records of services performed. Along with the related repair invoices, receipts, and other such records, a properly documented maintenance history could enhance the value of your vehicle should you ever wish to sell it. The services listed represent the minimal Nissan recommended requirements for each time/mileage interval, up to 120,000 miles / 96 months.

## NISSAN EXPRESS SERVICES *

Many Nissan dealers nationwide now offer Express Services. All Express Services include a 14-point vehicle inspection and the Express Service guarantee – the Service is completed in the allotted time – or **your next Express Service 30 Oil and Filter Change is FREE.**

NISSAN
Express Services

**Express Services 30 – Performed in 30 minutes or less**
- Oil and filter change service

Ask your participating Nissan dealer about other Express Services

* May offer or not apply outside the United States, please inquire of your dealer.

## 3,750 MILES OR 3 MONTHS

**PREMIUM MAINTENANCE**
- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**
- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 7,500 Miles or 6 Months

*Dealer Verified Service Stamp*
Dealer name: ______
Date: ______
Mileage: ______

[1] 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## GENUINE NISSAN PARTS YOU CAN RELY ON

**Genuine Nissan Oil Filters**

Genuine Nissan Oil Filters are designed specifically for your vehicle.

Genuine Nissan Oil Filters have an anti-drainback valve that keeps oil in the filter when the engine is not running. This prevents harmful engine wear on start-up.

[1] 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
[2] All front wheel drive, 4WD, AWD models.
[3] Automatic transmission fluid except for 370Z.

## 7,500 MILES OR 6 MONTHS

**PREMIUM MAINTENANCE**
- ❑ Replace engine oil and filter
- ❑ Road test vehicle
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ All lights
  - Automatic transmission/CVT fluid [3]
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil [1]
  - __ Drive shaft boots [2]
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ❑ Replace engine oil and filter
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots [4]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**
- ❑ Replace engine oil and filter
- ❑ Rotate tires (except 350Z and 370Z)

*Dealer Verified Service Stamp*
Dealer name: ______
Date: ______
Mileage: ______

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## GENUINE NISSAN PARTS YOU CAN RELY ON

**Wiper Blades**

Genuine Nissan Wiper Blades and Arms are designed to fit your Nissan and can be installed by any Nissan dealer in just minutes.

## 11,250 MILES OR 9 MONTHS

**PREMIUM MAINTENANCE**
- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**
- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**
- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 15,000 Miles or 12 Months

*Dealer Verified Service Stamp*
Dealer name: ______
Date: ______
Mileage: ______

[1] 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.

**Equipment varies by model. Perform only those operations that apply to your vehicle.**





# EXHIBIT D

## GENUINE NISSAN PARTS YOU CAN RELY ON

**In-Cabin Microfilter**

The In-Cabin Microfilter filters the air you breathe in your vehicle. This system filters both outside and re-circulated air used by the air conditioning system in your vehicle. Replacing the Microfilter every year or 15,000 miles is the best way to help prevent road dust, pollen and other air pollutants from entering the interior of your vehicle and the air you breathe. If your vehicle is not equipped with an In-Cabin Microfilter system – see your Nissan dealer about getting one installed – you'll breathe easier.

New Microfilter — Requires Replacement

1 Standard equipment on Cube, Murano, Altima (except 2.5 Base), Altima Coupe, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra, Versa (except 1.6 Entry) and Xterra (except X). Optional accessory on all other models.
2 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD
3 All front wheel drive, 4WD, AWD models
4 Hybrid Electric Vehicle (HEV)
5 Automatic transmission fluid except for 370Z

## 15,000 MILES OR 12 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Lubricate all locks/hinges
- ❑ Replace engine air filter
- ❑ Replace in-cabin microfilter 1
- ❑ Replace wiper blades
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Air conditioning system
  - __ All lights
  - __ Automatic transmission/CVT fluid 5
  - __ eCVT fluid (HEV) 4
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 2
  - __ Drive shaft boots 3
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Replace in-cabin microfilter 1
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Automatic transmission/CVT fluid 5
  - __ eCVT fluid (HEV) 4
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 2
  - __ Drive shaft boots 3
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Replace in-cabin microfilter 1
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Automatic transmission/CVT fluid 5
  - __ eCVT fluid (HEV) 4
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 2
  - __ Drive shaft boots 3
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 18,750 MILES OR 15 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 22,500 Miles or 18 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD
2 All front wheel drive, 4WD, AWD models
3 Automatic transmission fluid except for 370Z

## 22,500 MILES OR 18 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Road test vehicle
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid 3
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil 1
  - __ Drive shaft boots 2
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots 2
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Rotate tires (except 350Z and 370Z)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

Equipment varies by model. Perform only those operations that apply to your vehicle.

## NISSAN SERVICES DESIGNED WITH YOU IN MIND*

**Brake Service**

Stop at Nissan for Brake Service.

- Install new Genuine Nissan front brake pads
- Inspect front rotors
- Inspect and adjust parking brake as necessary
- Inspect entire brake system:
  - Rear Brake Pads/Shoes
  - Rear Brake Rotors/Drums
  - Master Cylinder/Wheel Cylinders
  - Brake Calipers
  - Brake Fluid/Brake Hoses/Brake Lines
  - Vacuum Booster
- Road test your vehicle

Genuine Nissan brake pads are just like the ones that came on your vehicle from the factory, and are warranted for 12 months or 12,000 miles.

* May differ or not apply outside the United States, please inquire of your dealer.

**See your participating Nissan dealer for details.**

## 26,250 MILES OR 21 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 30,000 Miles or 24 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 30,000 MILES OR 24 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Lubricate all locks/hinges
- ❑ Replace automatic transmission/CVT fluid 6
- ❑ Replace climate controlled seat filter (Maxima, if so equipped)
- ❑ Replace differential oil 1
- ❑ Replace engine air filter
- ❑ Replace engine coolant/flush system
- ❑ Replace engine drive belts
- ❑ Replace in-cabin microfilter 2
- ❑ Replace manual transmission oil
- ❑ Replace radiator cap
- ❑ Replace transfer case oil (4WD/AWD)
- ❑ Replace wiper blades
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Optional: flush automatic transmission/CVT7 (flush with ATF/CVT Fluid)
- ❑ Inspect the following:
  - __ All lights
  - __ eCVT fluid (HEV) 4 5
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Drive shaft boots 3
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Headlights/adjust if necessary
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Replace climate controlled seat filter (Maxima, if so equipped)
- ❑ Replace engine air filter
- ❑ Replace in cabin microfilter 2
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Automatic transmission fluid 4 6
  - __ eCVT fluid (HEV) 4 5
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - CVT fluid (Cube, Murano, Altima, Altima Coupe, Maxima, Rogue, Sentra and Versa)
  - __ Differential oil 1 4
  - Drive shaft boots 3
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Manual transmission oil 4
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD) 4

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

Equipment varies by model. Perform only those operations that apply to your vehicle.

## 33,750 MILES OR 27 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 37,500 Miles or 30 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD
2 Standard equipment on Cube, Murano, Altima (except 2.5 Base), Altima Coupe, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra, Versa (except 1.6 Entry) and Xterra (except X). Optional accessory on all other models.
3 All front wheel drive, 4WD, AWD models
4 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.
5 Hybrid Electric Vehicle (HEV)
6 Automatic transmission fluid except for 370Z
7 Except eCVT (HEV)

## NISSAN SERVICES DESIGNED WITH YOU IN MIND*

**Your Nissan Dealer is Your Complete Source for Tires**

- Original Equipment Tires and Other Major Brands
- Competitive Pricing
- Road Hazard Protection Included With Each Tire**
- Convenience
- Factory Trained Technicians

Tires are an important component of your Nissan driving experience. They provide the four points of contact between your vehicle and the road and affect acceleration, braking, cornering, load-carrying capacity, and overall handling and performance.

Nissan engineers perform extensive tests to help determine which tires are best suited for use on Nissan vehicles. Replacing the tires on your Nissan with those that meet the Original Equipment specifications will help maximize your vehicle's handling, comfort and safety.

* May differ or not apply outside the United States, please inquire of your dealer.
** Excludes Medalist Brand

**See your participating Nissan dealer for details.**

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD
2 All front wheel drive, 4WD, AWD models
3 Automatic transmission fluid except for 370Z







EXHIBIT D

## 37,500 MILES OR 30 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid 3
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil 1
  - __ Drive shaft boots 2
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots 2
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z and 370Z)

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 41,250 MILES OR 33 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 2
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 45,000 Miles or 36 Months

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

1 Standard equipment on Cube, Murano, Altima (except 2.5 Base), Altima Coupe, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra, Versa (except 1.6 Entry) and Xterra (except X). Optional accessory on all other models.
2 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
3 All front wheel drive, 4WD, AWD models.
4 Hybrid Electric Vehicle (HEV)
5 Automatic transmission fluid except for 370Z

## 45,000 MILES OR 36 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace engine air filter
- ☐ Replace in-cabin microfilter 1
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Inspect the following:
  - __ Air conditioning system
  - __ All lights
  - __ Automatic transmission/CVT fluid 5
  - __ eCVT fluid (HEV) 4
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 2
  - __ Drive shaft boots 3
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter 1
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid 5
  - __ eCVT fluid (HEV) 4
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 2
  - __ Drive shaft boots 3
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace in-cabin microfilter 1
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid 5
  - __ eCVT fluid (HEV) 4
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 2
  - __ Drive shaft boots 3
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 48,750 MILES OR 39 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 52,500 Miles or 42 Months

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
2 All front wheel drive, 4WD, AWD models.
3 Automatic transmission fluid except for 370Z

## 52,500 MILES OR 42 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Road test vehicle
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid 3
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil 1
  - __ Drive shaft boots 2
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots 2
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Rotate tires (except 350Z and 370Z)

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## GENUINE NISSAN PARTS YOU CAN RELY ON *

### Batteries

If your vehicle is slow to start or will not start, please see your Nissan dealer about a Genuine Nissan Replacement Battery. Genuine Nissan Replacement Batteries are designed to meet your vehicle's original specifications and feature an 84 Month Limited Warranty with 24 Month Free Replacement, regardless of mileage. Plus your Nissan dealer has the knowledge and equipment to test your battery before it fails, so you can travel in confidence.

* May or may not apply outside of the United States, please inquire of your dealer.

**See your participating Nissan dealer for details.**

## 56,250 MILES OR 45 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models. Next scheduled maintenance at 60,000 Miles or 48 Months

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 60,000 MILES OR 48 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid 6
- ☐ Replace climate controlled seat filter (Maxima, if so equipped)
- ☐ Replace differential oil 1
- ☐ Replace engine air filter
- ☐ Replace engine coolant/flush system
- ☐ Replace HEV inverter coolant 5
- ☐ Replace engine drive belts
- ☐ Replace in-cabin microfilter 2
- ☐ Replace manual transmission oil
- ☐ Replace radiator cap
- ☐ Replace radiator hoses
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Optional: flush automatic transmission/CVT (flush with ATF/CVT fluid)
- ☐ Inspect the following:
  - __ All lights
  - __ eCVT fluid (HEV) 5,7
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Drive shaft boots 3
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Headlights/adjust if necessary
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Replace climate controlled seat filter (Maxima, if so equipped)
- ☐ Replace engine air filter
- ☐ Replace engine coolant
- ☐ Replace HEV inverter coolant 5
- ☐ Replace in-cabin microfilter 2
- ☐ Replace manual transmission oil (Frontier only)
- ☐ Rotate tires (except 350Z and 370Z)
- ☐ Inspect the following:
  - __ Automatic transmission/CVT fluid 4,6
  - __ eCVT fluid (HEV) 4,5
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil 1,4
  - __ Drive shaft boots 3
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Manual transmission oil 4
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD) 4

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 63,750 MILES OR 51 MONTHS

**PREMIUM MAINTENANCE**

- ☐ Replace engine oil and filter
- ☐ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil 1
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ☐ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ☐ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 67,500 Miles or 54 Months

*Dealer Verified Service Stamp*

Dealer name: ______
Date: ______
Mileage: ______

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
2 Standard equipment on Cube, Murano, Altima (except 2.5 Base), Altima Coupe, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra, Versa (except 1.6 Entry) and Xterra (except X). Optional accessory on all other models.
3 All front wheel drive, 4WD, AWD models.
4 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads
5 Hybrid Electric Vehicle (HEV)
6 Automatic transmission fluid except for 370Z
7 Except eCVT (HEV)







# EXHIBIT D

## LIFETIME WARRANTY REPLACEMENT PARTS*

**Mufflers**

Keep your exhaust system in peak condition for optimal fuel economy and vehicle performance. Genuine Nissan Mufflers include a Limited Lifetime Warranty for both parts and labor.**

Genuine Nissan Mufflers are designed to Nissan performance specifications and are single-piece in construction for better reliability, easy assembly and proper fit.

**Shocks/Struts**

Shock absorbers and strut assemblies work to make your vehicle ride smoother over rough roads. They help reduce bounce on wheels making the ride safer. Genuine Nissan Shocks and Struts are competitively priced and offer a Lifetime Limited Warranty for both parts and labor when installed by a Nissan dealer.

* This warranty does not apply to vehicles not distributed by Nissan North America and/or sold outside the United States.
** Excludes Key Value Mufflers.

**See your participating Nissan dealer for details.**

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
2 All front wheel drive, 4WD, AWD models.
3 Automatic transmission fluid except for 370Z.

## 67,500 MILES OR 54 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Road test vehicle
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid [3]
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil [1]
  - __ Drive shaft boots [2]
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots [2]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Rotate tires (except 350Z and 370Z)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 71,250 MILES OR 57 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [2]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 75,000 Miles or 60 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 Standard equipment on Cube, Murano, Altima (except 2.5 Base), Altima Coupe, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra, Versa (except 1.6 Entry) and Xterra (except X). Optional accessory on all other models.
2 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
3 All front wheel drive, 4WD, AWD models.
4 Hybrid Electric Vehicle (HEV).
5 Automatic transmission fluid except for 370Z.

## 75,000 MILES OR 60 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Lubricate all locks/hinges
- ❑ Replace engine air filter
- ❑ Replace in-cabin microfilter [1]
- ❑ Replace wiper blades
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Air conditioning system
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV)
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Replace in-cabin microfilter [1]
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV)
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Replace in-cabin microfilter [1]
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Automatic transmission/CVT fluid
  - __ eCVT fluid (HEV)
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine drive belts
  - __ Manual transmission oil
  - __ Propeller shaft (4WD/AWD)
  - __ Transfer case oil (4WD/AWD)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 78,750 MILES OR 63 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 82,500 Miles or 66 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
2 All front wheel drive, 4WD, AWD models.
3 Automatic transmission fluid except for 370Z.

## 82,500 MILES OR 66 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Road test vehicle
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ All lights
  - __ Automatic transmission/CVT fluid
  - __ Axle & suspension parts
  - __ Battery fluid level/terminals
  - __ Brake fluid level
  - __ Brake pads, rotors, drums & linings
  - __ Charging/Starting system
  - __ Clutch fluid
  - __ Coolant level/top-off
  - __ Differential oil
  - __ Drive shaft boots
  - __ Engine air filter
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Horn operation
  - __ Manual transmission oil
  - __ Power steering fluid/top-off
  - __ Propeller shaft (4WD/AWD)
  - __ Radiator hoses
  - __ Shock absorbers/struts
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD)
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Axle & suspension parts
  - __ Brake pads, rotors, drums & linings
  - __ Drive shaft boots
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Rotate tires (except 350Z and 370Z)

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 86,250 MILES OR 69 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 90,000 Miles or 72 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
2 Standard equipment on Cube, Murano, Altima (except 2.5 Base), Altima Coupe, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra, Versa (except 1.6 Entry) and Xterra (except X). Optional accessory on all other models.
3 All front wheel drive, 4WD, AWD models.
4 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.
5 Hybrid Electric Vehicle (HEV).
6 Automatic transmission fluid except for 370Z.
7 Except eCVT (HEV).

## 90,000 MILES OR 72 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Lubricate all locks/hinges
- ❑ Replace automatic transmission/CVT fluid [4]
- ❑ Replace climate controlled seat filter (Maxima, if so equipped)
- ❑ Replace differential oil [1]
- ❑ Replace engine air filter
- ❑ Replace engine coolant/flush system
- ❑ Replace HEV inverter coolant [5]
- ❑ Replace engine drive belts
- ❑ Replace in-cabin microfilter [2]
- ❑ Replace manual transmission oil
- ❑ Replace radiator cap
- ❑ Replace transfer case oil (4WD/AWD)
- ❑ Replace wiper blades
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Optional: flush automatic transmission/CVT [7] (flush w/ ATF/CVT fluid)
- ❑ Inspect the following:
  - __ All lights
  - __ eCVT fluid (HEV) [4,5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ Drive shaft boots [3]
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Headlights/adjust if necessary
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints

**SCHEDULE 1 AND 2 MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Replace climate controlled seat filter (Maxima, if so equipped)
- ❑ Replace engine air filter
- ❑ Replace engine coolant
- ❑ Replace HEV inverter coolant [5]
- ❑ Replace in-cabin microfilter [2]
- ❑ Rotate tires (except 350Z and 370Z)
- ❑ Inspect the following:
  - __ Automatic transmission fluid [4,6]
  - __ eCVT fluid (HEV) [4,5]
  - __ Axle & suspension parts
  - __ Brake lines & cables
  - __ Brake pads, rotors, drums & linings
  - __ Cruise control vacuum hoses
  - __ CVT fluid (Cube, Murano, Altima, Altima Coupe, Maxima, Rogue, Sentra and Versa)
  - __ Differential oil [1,4]
  - __ Drive shaft boots [3]
  - __ Engine drive belts
  - __ Exhaust system
  - __ Front suspension ball joints
  - __ Fuel lines/connections
  - __ Fuel tank vapor vent system hoses
  - __ Manual transmission oil [4]
  - __ Propeller shaft (4WD/AWD)
  - __ Steering gear and linkage
  - __ Steering linkage ball joints
  - __ Transfer case oil (4WD/AWD) [4]

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

**Equipment varies by model. Perform only those operations that apply to your vehicle.**

## 93,750 MILES OR 75 MONTHS

**PREMIUM MAINTENANCE**

- ❑ Replace engine oil and filter
- ❑ Inspect the following:
  - __ All lights
  - __ Brake fluid level
  - __ Clutch fluid
  - __ Differential oil [1]
  - __ Engine air filter
  - __ Engine coolant level/top-off
  - __ Engine drive belts
  - __ Power steering fluid/top-off
  - __ Radiator hoses
  - __ Tires/adjust air pressure
  - __ Transmission fluid/oil
  - __ Washer fluid level/top-off
  - __ Wiper blades

**SCHEDULE 1 MAINTENANCE**

- ❑ Replace engine oil and filter

**SCHEDULE 2 MAINTENANCE**

- ❑ Replace engine oil and filter (Titan FFV and Armada FFV)

All other models: Next scheduled maintenance at 97,500 Miles or 78 Months

*Dealer Verified Service Stamp*

Dealer name: ____________
Date: ____________
Mileage: ____________

1 350Z, 370Z, Armada, Frontier, Rogue AWD, Pathfinder, Titan, Xterra, Murano AWD.
2 All front wheel drive, 4WD, AWD models.
3 Automatic transmission fluid except for 370Z.







# EXHIBIT D







EXHIBIT D

NOTES:                          NOTES:                          NOTES:

**VEHICLE IDENTIFICATION**

Vehicle Identification Number (VIN) _____

Delivery Date _____   Warranty Start Date _____

Mileage at Delivery _____   Model Year _____

Selling Dealer _____   Selling Dealer Phone _____

Nissan, the Nissan logo, and Nissan model names are Nissan trademarks.   Publication No.: MB96-0Y1L1V0
© 2008 Nissan North America, Inc.                                        Printing : December 2008

# EXHIBIT E

CUSTOMER #: 141250

204779

**PRIORITY NISSAN**
**CHANTILLY**
WE PUT YOU 1ST

*INVOICE*

14840 STONECROFT CENTRE COURT
CHANTILLY, VA 20151
MAIN: 703-889-3700
www.prioritynissanchantilly.com

GREGORY GUTIERREZ
775 GATEWAY DRIVE SE
LEESBURG, VA 20175
HOME:714-469-4563 CONT:714-469-4563
BUS:            CELL:

PAGE 1

SERVICE ADVISOR: 8067 FABIAN PEREZ-FLORES

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|-----------|-----|---------|------------------|-----|
|  | 07 | NISSAN MAXIMA | 1N4BA41E87C807095 |  | 126127/126127 | T7318 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 01JAN07 DD |  |  | 17:00 11MAY18 |  | 0.00 | CASH | 11MAY18 |

| R.O. OPENED | READY | OPTIONS: DLR:5443 ENG:3.5_Liter_Gasoline |
|-------------|-------|------|
| 13:50 11MAY18 | 14:28 11MAY18 | |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|------|------|------|------|------|

A CUSTOMER STATES WHINNING NOISE FROM ENGINE COMPARTMENT, CONSTANT
        NOISE THAT GETS MORE PRONOUNCED WITH ACCELERATION
CAUSE: TIMING CHAIN GUIDES WORN
        MISC MISCELLANEOUS CONCERN
            1082    IPL                                                (N/C)

CUSTOMER DECLINED REPAIR AT THIS TIME
TIMING CHAIN GUIDE KIT $610
LABOR $1790
TAX $37
TOTAL $2437
        *************************************************
B MULTI POINT INSPECTION
    MPI MULTI POINT INSPECTION
        1082    IPL                                                (N/C)
        *************************************************
                CONNECT WITH US:
            Facebook.com/PriorityAutomotive
                        OR
                Twitter.com/Priority_Auto

Pre ORDER

M - F

7:00 AM - 7:00 PM

Sa

8:00 AM - 6:00 PM

## DISCLAIMER OF WARRANTIES

The seller, hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

X _____
  CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

****NO REFUNDS ARE MADE ON
PERSONAL CHECKS UNTIL
AFTER 10 WORKING DAYS.
**CUSTOMER COPY**

Copyright 2014 COX Global, LLC   SERVICE INVOICE TYPE 2 - SIZE - IMAGING

Buying a New Car: When's the Best Time? - Autotrader

EXHIBIT F  

CAR BUYING

# Buying a New Car: When's the Best Time?

Tweet   Share   0

Search Articles and Inventory

RELATED READING



NEW CAR REVIEW

2018 Audi S4: New Car Review

The 2018 Audi S4 premium compact sport sedan puts the emphasis just as much on \"premium\" as it does on \"sport.\"



NEW CAR REVIEW

2018 Ford EcoSport: New Car Review

The 2018 Ford EcoSport allows the Blue Oval to get into the subcompact crossover game, but whether it can win is another matter.



CAR NEWS

Autotrader Find: Bright Red 1994 Lincoln Town Car Limo

And you can get it for just $8,480.

Advertisement

Buying a New Car: When's the Best Time? - Autotrader

RESEARCH BY MAKE



RESEARCH BY STYLE

| | | |
|---|---|---|
| AWD/4WD | Commercial | Convertible |
| Coupe | Hatchback | Hybrid/Electric |
| Luxury | Sedan | SUV/Crossover |
| Truck | Van/Minivan | Wagon |

Buying a New Car: When's the Best Time? - Autotrader



Just like in life, timing is everything in car-buying -- and buying a car at the right time could be the difference between saving hundreds, or even thousands, of dollars on your next vehicle purchase. While some shoppers believe negotiating is the only way to get a good deal on a new car, there's really no guarantee your savings will justify hours spent at the dealership. Doing thorough research ahead of time and waiting for the right time to buy is a better strategy.

Of course, despite the move to bring shoppers a car-buying experience that occurs predominantly online, dealerships are still driven to move inventory as quickly, efficiently and profitably as they can, regardless of how shoppers are buying vehicles.

So, when is the right time to buy? And how do you use timing to your advantage to get a great car deal? Here are a few timing tips that will help you secure the best-possible price for your next vehicle.

## End of the...

You've probably heard that you can get a better deal on a car if you buy it at the end of the month -- and that's true. But it's not just the end of the month: You can usually swing a better car deal by buying your vehicle at the end of just about any period.

For example, buying a car at the end of a day can sometimes yield better deals, as dealership employees may have home on their mind and, therefore, may be more flexible over the terms of sale. If you show up rested and refreshed at the end of the day, you might find a slightly better deal than you'd get if you arrive bright and early on a Saturday morning.

Of course, buying at the end of the month is also always a good idea, as car dealers work hard to meet monthly sales quotas. In some cases, salespeople have financial bonuses assigned to their monthly sales quota -- which means they're willing to lose money on a car or two at the end of the month in order to make even more money by reaching their bonus.

And then there's another end period you could use to your advantage: the end of the quarter. Buying a car at the end of the month in March, June, September or December often leads to even better deals than buying at the end of the month, as dealerships are trying even harder to reach sales goals.

## Last Year's Model

Another way to use timing to your advantage when buying a new car is by getting a vehicle from the previous model year. New-model-year vehicles will start to come out in the fall of the previous year -- for example, a 2018 model will debut in the fall of 2017 -- and dealerships usually want last year's stock gone before the new model arrives. But that doesn't always work out, and if a 2017 model is still on the lot when a 2018 model arrives, dealerships will usually offer heavy discounts on the older model in order to sell it.

Of course, there could be a drawback to this: If you buy last year's model, and the new version is substantially changed or updated with a new look or new features, you won't have the latest and greatest in technology or design. For some shoppers, that's a deal-breaker, but other drivers who just want the best price probably won't mind.

## Holiday Weekends

Shop during holiday weekends, such as Labor Day, Memorial Day, Independence Day or Thanksgiving.

You'll often see or hear car dealerships advertising huge deals or blowout sales during holiday weekends, and those ads are almost always accurate. Automakers often offer special financing or cash-back deals for holiday weekends, and dealers sometimes tack on to those deals with special incentives of their own. While you might not want to spend your holiday weekend test-driving and signing the papers on a new car, doing so could help you save thousands of dollars and give you the peace of mind that you got a great deal.

## Digital Revolution

The time is coming when you can complete an entire car purchase online -- everything from the financing to the price, color and trim level can be handled virtually. Of course, you'll still want to visit the dealer for a test drive, product demo and to make sure little Susie's car seat will fit. However, this digital retailing revolution doesn't negate the guidelines we've outlined here. As long as there is something to sell, inventory, demand, seasonality, quotas, bonuses and incentives will continue to play a role -- and making the most of those things is the same whether you're visiting a dealership in person or transacting online.

*Editor's note: This content has been updated from its original version.*

 Write a comment

**43 Comments**

Subscribe · RSS

**Patrick Corcoran**

894 days ago

Buying a New Car: When's the Best Time? - Autotrade:



What if I want to order a new 2016 GT Mustang, and take delivery 8-10 weeks later, would I still have leverage at the end of the year, I have a Credit Union loan approved, and is TruCar the best way to go?

Reply · Share                                                    +1 

   **dnormanrlc**                                      951 days ago

Which time frame is better to buy a car. Black Friday (day after Thanksgiving) or New years eve (Last day of the year)?

Reply · Share · 3 replies ▾                                    +1 

   **Khashi Rahmani**                                  895 days ago

Last day of the year. Dealers are anticipating strong sales on black friday whereas the end of the year they are scrounging for last minute sales. Not to mention they pay taxes on inventory still on the last after the year is over. Last week between christmas/new years should be your target. Also the best approach is the "I'd like a car but don't need it". Do not be desperate, try a more relaxed approach. Let the sales person do all the hard work. Your check pays their dinner, its up to them to decide if they want to sell it low enough for burgers, or be stubborn to get the steak!

Reply · Share                                                    +4 

   **Ali Jo**                                          847 days ago

Last Black Friday Toyota had great discount, Camry 2016 18,888. was good deals.

Reply · Share                                                    0 

   **Lorraine Corso**                              129 days ago

NYE!

Reply · Share                                                    0 

   **Chris Jarrard**                                   956 days ago

The 2016 model Ford F150 is about to drop on the lots. The orders have been made. Would the end of this month be better to buy or the end of November when the 2016 models are already on the lot? The other thing to consider is the selection of 2015 models. The options may be more slim if one waits another 30 days, especially if you have a particular trim package in mind.

Reply · Share · 1 reply ▾                                      +1 

   **Khashi Rahmani**                                  895 days ago

New trucks are a dime-a-dozen. Most dealers can source for sister lots or partner dealerships and get them in with their normal shipments. F150s are selling like a firestorm. If you truly want an amazing deal and do not need the 'newest of the newst' go 1 or 2 years back. You have 2014 and 2015 truck owners that are trading in--similar to the Iphone crowd. Even if the new phone is a small change, they want to keep up with the jones. Take advantage of that.

Reply · Share                                                    0 

**Alan Sader**                                                  1076 days ago

Buying a New Car: When's the Best Time? - Autotrader

 In states that have car (personal property) tax if you buy at the end of the year before January 1, you pay tax for the full year, then a few weeks later full tax for another year. It can be significant.

Reply · Share · 2 replies ⌄     +1 

**Michael Rekas**     1017 days ago
 Some, not all. It's pro-rated accordingly in Virginia.

Reply · Share     0 

**Melissa Ciaburri Barnes**     640 days ago
 In Massachusetts you pay prorated. If you buy in October you pay for Oct- Dec. Then in Feb you pay for the next full year.  You would not pay for a full year when you purchase later in the year.

Reply · Share     0 

**Jay Archer**     1591 days ago
I got a the best deal on my truck by waiting until the end of the year when the new models were coming out. I had looked a couple months before and the dealership wasn't hungry yet. What they offered me in August of that year was quite a bit more than they offered me at the end of November on the same new truck. Question should always be. Does the dealer want to sale it as bad as you want to buy it? If the answer is no then you may want to wait. If you want it more than they want to negotiate the price, they got ya and they know it.....just sayin

Reply · Share     +1 

**Kevin Tames**     1684 days ago
This may help you Jackie.

Reply · Share     +1 

**Thomas Nolfa**     1772 days ago
I received the best deal ever when I took my fiance in on Valentine's day at 5 pm. We finished around 8:30 with the salesman, his boss and the finance guy about all tossing us the keys for the new car with the keys to the showroom to lock the place up. It was the best deal as they were all motivated to close us as quickly as possible to get to there dates/ wives. Timing really does work, we've also bought a car on new years eve starting around 3 in the afternoon, again time was on our side.

Reply · Share · 3 replies ⌄     +1 

**Lorraine Corso**     128 days ago
 their not there!

Reply · Share · 2 replies ⌄     -1 

**Mickey Weber**     94 days ago
 Good God Almighty, their our grammer natzees on hear two



Buying a New Car: When's the Best Time? - Autotrader

Reply · Share   1 reply ⌄                                          +1 

 **Julie Bey**                                      92 days ago
Hahahaha! Yeah, "There are".."grammar".."Nazi's".."too". EPIC! Yes, seriously,
grammar has NOTHING to do with buying our new wheels. I'm an editor like that
as well but NOT worth posting for one of the most common grammatical hits.
Ugh. We're talking about cars. I'm buying a Mustang when my daughter takes
my car but I am torn between Labor Day and Black Friday.
I read that late in the day Monday is good. at the end of the quarters for quota's,
but her birthday is in Sept. and I want my new pony Labor Day but willing to
work and keep saving for a down payment. So I can be patient. It's not easy.
Then the issue is of having the model you want already picked over. I'm SOOO
at a loss.

Reply · Share                                                -1 

 **Deborah Ann**                                74 days ago *(edited)*
Received in writing a cash price out the door price including TTL, dealer add on's,
processing fee, on a new 2017 Ford F350 go the offer in writing.  Contract came in the
mail and it's $3200 higher!

Reply · Share                                                0 

 **Charles Church**                              109 days ago
If anyone here needs auto transportation, company i work for does nationwide shipping
and we offer affordable rates. Get a free quote now @ https://ViceroyAutoTrans.com

Reply · Share                                                0 

 **Perla Piekutowski**                           165 days ago
It's the end of 2017 (almost Christmas!).  I want to buy a 2017 model.  I am ready.  My
question is, do I buy it around the Christmas/end of the year holiday for the best deal,
or do I wait until January since the car would already be "last years model" in January
2018?

Reply · Share                                                0 

**Dennis williams**                                           310 days ago
My name is Glenn Baker and i live in USA Florida and i am a happy man today, I told
my self that any Loan lender that could change my Life and that of my family, i will
refer any person that is looking for loan to Them. If you are in need of loan and you are
100% sure to pay back the loan please contact them and please tell them that Glenn
Baker referred you to them. scottlarry918@gmail.com


Glenn Baker

Reply · Share   1 reply ⌄                                      0 

 **Richard Woodworth**                         245 days ago
Good attitude!!

Reply · Share                                                0 

Buying a New Car: When's the Best Time? - Autotrader

 **Robert Poirier**                                                           562 days ago

The Article is lacking since the type of vehicle new or used matters. Also the size of the dealer, the geo is it close to 5 similar dealers within 50 miles circumference. AutoTrader just wanted to rank under search not add value

Reply · Share                                                                      0 

 **John Valenti**                                                             771 days ago

Looking to buy a 2016 Avalon Limited. Car is new and has 2700 miles, as it was driven by an executive. Is this still considered a new car? What kind of discount should I consider in buying this $42000 car?

Reply · Share · 4 replies ▾                                                         0 

 **Rob Barbee**                                                              711 days ago

We bought our 09 escape New with 1200 miles in 09  They gave us a certain $$ off per mile.   It is still new because it was never sold and still owned by the dealer.

Reply · Share                                                                      0  

 **Virginia Johnson**                                                        678 days ago

To me, it seem like a old car and they should knot off some of the price.

Reply · Share · 1 reply ▾                                                          0  

 **Lorraine Corso**                                                     128 days ago

knock

Reply · Share                                                                      1 

 **Gennady Mironov**                                                     406 days ago

The car is new when it has up to 10 kilometers (or miles if you like it more). Whoever they tell you was driving on it - it doesn't matter. 2,700 miles isn't a new car. It's the same like 15 or even 20K miles. It's a used car. I'm not saying that buying a 6 month or 1-year old car is bad. You actually save about 20-30 present on it to compare to a brand new.

Reply · Share                                                                      0  

 **Ana Bej**                                                             849 days ago

When to buy a car and why namely then? There's always a time of year to get the lowest prices, best services and biggest inventory on cars for sale. Here's an infographic to help you plan your year when you are about shopping for a car. http://cartradercom.com/blog/view/id/108/THE-BEST-TIME-TO-BUY-A-CAR

Reply · Share                                                                      0  

 **Adriana Fuentes**                                                      1106 days ago

If I happen to get a demo car that has been used by one of the dealer's employees has it been depreciated already? Should the dealer give it as a used car?

Reply · Share · 5 replies ▾                                                        0 

1104 days ago



**Guest**

It really depends on the circumstances. If the car has very few miles and is the current model year, it will probably be sold as new. If it's a car they let everyone take for a test drive and it has a few thousand miles on it, that would probably be sold as a certified used car.

Reply · Share · 2 replies ⌄          +1 



**Virginia Johnson**                                                                  678 days ago

I prefer 0 mile on the car.

Reply · Share · 1 reply ⌄          0 



**Julie Bey**                                                                  92 days ago

Won't happen. They are driven to satisfy quality of drive as advertised. I would love a ZERO m as well but I also one that proves the kinks have been worked out (if any).

Reply · Share          +1 



**Charlie Tromm**                                                                  782 days ago

If a vehicle has not been registered,the mileage doesn't matter it is still classified as new.

Reply · Share          0 

**Jeff Fitzgerald**                                                                  772 days ago

The miles do matter.  Once a car hits a certain mileage it is not considered new anymore.  A very good friend of mine works at Honda, once a car breaks 5k they cannot sell it as new anymore. Therefore the employees can use the car until 4500 and then turn it in for a new one to drive.

Reply · Share          +1 



**Yaron Shaool**                                                                  1154 days ago

I think there is one consideration you left out - if you buy a new car at the fall (for example October 2015). You get to use the car two months and then the car depreciates for the first year and on the spot you lost several thousand dollars. While if you buy in January you get to use the car for 12 months before it lost the first year value.
Am I wrong here?

Reply · Share · 2 replies ⌄          0 



**Guest**                                                                  1154 days ago

It's a fair point, but a new car will depreciate as soon as it's not new at about the same rate no matter when you buy it. To your point, this is why you may get a better deal late in the year - the dealer doesn't want to be selling 2014 cars in 2015.

Reply · Share          0 



**Jillian Sawicki**                                                                  673 days ago

In a sense, this would be true. Are you the kind of person that's going to turn around and sell your car in a year? Or are you going to keep it until the wheels fall off? I

know that I'm going to buy a car and keep it for as long as possible.

Reply · Share                                                    0 

 **Ronnie Rummerfield**                                1398 days ago

Does this go for used car sales too

Reply · Share                                                    0 

 **Stefan Vaild**                                        76 days ago

Dear Sir/Madam,

We offers secured & unsecured loan at a very low interest rate of %3. Are you looking for urgent loan to finance your project and pay off your bills, Here comes your opportunity to apply at O'Magic Loan Firm, we offer all types of loan Interested person must be honest,contact me via email: omagicloans@yandex.com

Best Regards,
Mike Tom

Reply · Share                                                   -1 

 **elizgillette**                                       246 days ago

Please include more gender and ethnic diversity in your articles.

Reply · Share · 2 replies ▾                                     -1 

 **Richard Woodworth**                              246 days ago

Why? It's about the car deal, not how you stand in your estimate of yourself......

Reply · Share · 1 reply ▾                                        1 

 **DVReznicek**                                    204 days ago

Because snowflakes

Reply · Share                                                    0 

 **renancaballero1**                               430 days ago

Consider this battery isolator technology if you buy car with lot of accessories
www.dfina.info

Reply · Share                                                   -1 

   0

Feedback

Buying a New Car: When's the Best Time? - Autotrader

Cars for Sale
Car Deals
Car Dealers

Sell a Car
Trade in a Car

Car Research
Car Model Information
New Cars
Used Cars
Certified Cars
Trade-In Values and Car
Pricing

Company Information
Corporate Information
Jobs at Autotrader
Become an Autotrader
Dealer
Press Room
Site Map
Contact Us
Help
Fraud Awareness
Autotrader Mobile

Find Classic & Exotic Cars
for Sale
Find Motorcycles for Sale

Find RVs for Sale
Find Cars for Bad-Credit
Buyers

Download_on_the_App_Store_Badge_US-UK_135x40
Bitmap

Visitor Agreement   Privacy Statement   AdChoices

6/3/2018    **EXHIBIT G**                    Gmail - Falco v. Nissan Settlement

M **Gmail**                                                    Gregory Gutierrez <g90kings@gmail.com>

**Falco v. Nissan Settlement**
9 messages

**Gregory Gutierrez** <g90kings@gmail.com>                    Fri, May 11, 2018 at 8:11 AM
To: info@falcovnissan.com

Falco v. Nissan Settlement
Claims Administrator
P.O. Box 4230
Portland, OR 97208-4230
1-844-763-6373 (Toll-Free)
info@FalcovNissan.com

Good morning,

Please advise on how I can exclude myself from the class.

Gregory Gutierrez
775 Gateway Dr SE
Apt 1025
Leesburg, VA 20175
(714) 469-4563

Gregory Gutierrez

**Gregory Gutierrez** <g90kings@gmail.com>                    Tue, May 15, 2018 at 7:36 AM
To: info@falcovnissan.com

2ND REQUEST

Please advise on how I can exclude myself from the class.

Gregory Gutierrez
775 Gateway Dr SE
Apt 1025
Leesburg, VA 20175
(714) 469-4563

Regards,

Gregory Gutierrez
[Quoted text hidden]

**Gregory Gutierrez** <g90kings@gmail.com>                    Tue, May 15, 2018 at 7:46 AM
To: Gregory Gutierrez <g90kings@gmail.com>, info@falcovnissan.com

Amended 2ND REQUEST

Please advise on how I can exclude myself from the class.

Please provide the information on or by Thursday May 17, 2018.

Gregory Gutierrez
775 Gateway Dr SE
Apt 1025
Leesburg, VA 20175
(714) 469-4563

Regards,

Gregory Gutierrez
[Quoted text hidden]

**Info@FalcovNissan.com** <Info@falcovnissan.com>             Tue, May 15, 2018 at 12:03 PM
To: "g90kings@gmail.com" <g90kings@gmail.com>

Dear Gregory Gutierrez,

Thank you for your email.

To exclude yourself from the Settlement, you must mail the Claims Administrator a Request for Exclusion that contains the following information:

The name of the lawsuit: "Falco, et al. v. Nissan North America, Inc., et al., Case No. 2:13-cv-00686-DDP-MANx";

# EXHIBIT G

6/3/2018                                                    Gmail - Falco v. Nissan Settlement

Your full name, current address and telephone number;
Your vehicle year and model;
Your vehicle's Vehicle Identification Number (VIN), and, if you still own your vehicle, your mileage as of April 2, 2018;
A specific statement of your intent to exclude yourself from the lawsuit (for example, "Please exclude me from the Settlement Class in the Falco v Nissan Settlement Litigation."); and
Your signature and the date you signed it.

You must send your Request for Exclusion by first-class United States Mail, postmarked no later than **June 11, 2018** to the Claims Administrator at the address below:

Falco v. Nissan Settlement
Claims Administrator
P.O. Box 4230
Portland, OR 97208-4230

If you do not follow these procedures and deadlines to exclude yourself from the Settlement, you will remain a Settlement Class Member and lose any opportunity to exclude yourself from the Settlement. This means that your rights will be determined in this lawsuit by the Settlement Agreement if it receives final approval from the Court.

Regards,

Tiarra P.
Falco v. Nissan Claims Administrator

------------------- Original Message ------- -----------
**From:** g90kings@gmail.com
**Received:** 5/11/2018 5:11 AM
**To:** Info@FalcovNissan.com
**Subject:** Falco v. Nissan Settlement
[Quoted text hidden]

---

**Gregory Gutierrez <g90kings@gmail.com>**                                                    Tue, May 15, 2018 at 7:12 PM
To: "Info@FalcovNissan.com" <Info@falcovnissan.com>

Tiarra,

Thank you for the response.

In reviewing the documents posted on the falcovnissan.com website, I did not see any signed orders from the court for the proposed settlement. Can you please email the signed court order for the proposed settlement.

Additionally, I was reviewing the Second Class Action Amended Complaint from your website and the document has areas that have been redacted (reference pages 11 through 14). Please forward the second action without redaction.

I am requesting the information as quickly as possible as I understand there is a deadline to withdraw as a member of the class and I would like to review the documents in their entirety including any exhibits not already included in the pdf. files

Thank you again for your time and prompt attention to my request.

Regards,

Greg

[Quoted text hidden]

---

**Gregory Gutierrez <g90kings@gmail.com>**                                                    Wed, May 16, 2018 at 7:32 PM
To: "Info@FalcovNissan.com" <Info@falcovnissan.com>, info@baronbudd.com, Jordan.Lurie@capstonelawyers.com

THIS IS AN URGENT REQUEST
2nd Request for additional information

Falco v. Nissan Settlement
Claims Administrator
P.O. Box 4230
Portland, OR 97208-4230
1-844-763-6373 (Toll-Free)
info@FalcovNissan.com

Good afternoon Claims Administrator.

I am requesting a copy of the signed court order for the proposed settlement and the unredacted Second Class Action Amended Complaint (see my email from Tuesday, May 15, 2018 - above).

I am requesting the Claims Administrator provided these documents as soon as possible for review prior to me making a decision to remain with the class or withdraw.

As there is a quickly approaching deadline to register a withdrawal from this class, I am asking your office to expedite my request and forward the documents as attachments to this email address.

6/3/2018          **EXHIBIT G**                    Gmail - Falco v. Nissan Settlement

Please contact me immediately by email or telephone if there will be any delay in obtaining the documents.

Thank you for your time and efforts, it is appreciated.

Regards,

Gregory Gutierrez
Member of Class - Falco vs. Nissan
775 Gateway Dr SE
Apt 1025
Leesburg, VA 20175
(714) 469-4563

cc: Roland Tellis Esq & Mark Pifko Esq - Baron & Budd, PC (info @baronbudd.com - please provide contact information)
Jordan Lurie Capstone Lawyers
[Quoted text hidden]

---

**Mark Pifko** <MPifko@baronbudd.com>                                    Wed, May 16, 2018 at 9:05 PM
To: "g90kings@gmail.com" <g90kings@gmail.com>
Cc: Roland Tellis <rtellis@baronbudd.com>, "Jordan.Lurie@capstonelawyers.com" <Jordan.Lurie@capstonelawyers.com>, "Info@falcovnissan.com"
<Info@falcovnissan.com>

Mr. Gutierrez,

Your emails below were sent to me. I am one of the lawyers on this case.

The signed order granting preliminary approval can be found on the settlement website: https://www.falcovnissan.com/Content/Documents/Order%20Granting%20Preliminary%20Approval.pdf

The confidential portions of the Second Amended Complaint are under seal because of the protective order entered in the case and as a result, we cannot provide an unredacted copy to you.

That said, if you have specific questions about the case or the terms of the settlement, let me know. To assist in our response, can you also please tell me more about your situation as it pertains to the case? What vehicle do you own? When and where did you purchase it? Did you have a repair performed? If so, when and where did you have a repair performed? Do you still own it?

Begin forwarded message:

> **From:** Gregory Gutierrez <g90kings@gmail.com>
> **Date:** May 16, 2018 at 6:32:29 PM CDT
> **To:** "Info@FalcovNissan.com" <Info@falcovnissan.com>, <info@baronbudd.com>, <Jordan.Lurie@capstonelawyers.com>
> **Subject: Re: Falco v. Nissan Settlement**

[Quoted text hidden]

---

**Info@FalcovNissan.com** <Info@falcovnissan.com>                        Thu, May 17, 2018 at 3:13 PM
To: "g90kings@gmail.com" <g90kings@gmail.com>

Dear Gregory Gutierrez,

Thank you for your email.

We are looking into your inquiry and will get back to you as soon as possible.

Regards,

Robert M.
Falco v. Nissan Claims Administrator

------------------ Original Message ------------------
**From:** g90kings@gmail.com
**Received:** 5/15/2018 4:12 PM
**To:** Info@FalcovNissan.com
**Subject:** Re: Falco v. Nissan Settlement
[Quoted text hidden]

---

**Info@FalcovNissan.com** <Info@falcovnissan.com>                        Fri, May 18, 2018 at 2:06 PM
To: "g90kings@gmail.com" <g90kings@gmail.com>

6/3/2018    **EXHIBIT G**                    Gmail - Falco v. Nissan Settlement

Dear Gregory Gutierrez,

Thank you for your email.

Per your request, please find attached a copy of the Settlement Agreement form and the Second amended Complaint.

Regards;

Wendi S.
Falco v. Nissan Claims Administrator

------------------ Original Message ------------------
**From:** g90kings@gmail.com
**Received:** 5/16/2018 4:32 PM
**To:** info@baronbudd.com; Info@FalcovNissan.com; Jordan.Lurie@capstonelawyers.com
**Subject:** Re: Falco v. Nissan Settlement

THIS IS AN URGENT REQUEST
2nd Request for additional information

Falco v. Nissan Settlement
Claims Administrator
P.O. Box 4230
Portland, OR 97208-4230
1-844-763-6373 (Toll-Free)
info@FalcovNissan.com

Good afternoon Claims Administrator,

I am requesting a copy of the signed court order for the proposed settlement and the unredacted Second Class Action Amended Complaint (see my email from Tuesday, May 15, 2018 - above).

I am requesting the Claims Administrator provided these documents as soon as possible for review prior to me making a decision to remain with the class or withdraw.

As there is a quickly approaching deadline to register a withdrawal from this class, I am asking your office to expedite my request and forward the documents as attachments to this email address.

Please contact me immediately by email or telephone if there will be any delay in obtaining the documents.

Thank you for your time and efforts, it is appreciated.

Regards,

Gregory Gutierrez
Member of Class - Falco vs. Nissan
775 Gateway Dr SE
Apt 1025
Leesburg, VA 20175
(714) 469-4563

cc: Roland Tellis Esq & Mark Pifko Esq - Baron & Budd, PC (info @baronbudd.com - please provide contact information)
Jordan Lurie Capstone Lawyers

On Tue, May 15, 2018 at 7:12 PM, Gregory Gutierrez <g90kings@gmail.com> wrote:
[Quoted text hidden]

---

**2 attachments**

📄 **Falco Settlement Agreement.pdf**
2067K

📄 **Falco Second Amended Complaint.pdf**
4785K

Car Service Intervals | 2014 & Newer Model Nissan | Cerritos, CA

Nissan

**EXHIBIT H**

**855-976-7520**
18707 Studebaker Rd, Cerritos, CA 90703

Search Inventory [ Search ]

☐ Log In

| New | Used | Specials | Commercial | Research | Finance | Parts | Service | Collision | About Us |

# New & Used Nissan Vehicle Service Intervals

### Service Intervals for 2014 & Newer Nissan Cars, Trucks, Vans & SUVs

At Cerritos Nissan, we stand by our customers with every mile, and we want to help them keep their Nissan vehicles running at optimal levels. That's why we recommend following our list of service intervals below.

It serves as a great outline for our clients to follow when it comes to knowing when to have their new or used car, truck or SUV serviced at our Cerritos, California car dealership. From oil changes and air filter replacements to tire changes and brake repair, this list of recommended service intervals will give you the information you need to know exactly when you will want to bring your vehicle into our onsite service center for servicing. Please contact us if you have any questions.

### Service Intervals - 2014 and newer

**5,000 miles/6 months- Schedule Service**

- Replace engine oil and filter
- Rotate tires

**10,000 miles/12 months- Schedule Service**

- Replace engine oil and filter
- Rotate tires
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots

**15,000 miles/18 months- Schedule Service**

- Replace engine oil and filter
- Rotate tires
- Replace in-cabin microfilter

**20,000 miles/24 months- Schedule Service**

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect exhaust system
- Inspect front suspension ball joints

**Intervals - 2013 and Older**

### Contact

Cerritos Nissan

18707 Studebaker Rd
Cerritos, CA 90703

855-976-7520

### Service Hours

| Monday | 8:00 am - 10:0 |
| Tuesday | 8:00 am - 10:00 pm |
| Wednesday | 8:00 am - 10:00 pm |
| Thursday | 8:00 am - 10:00 pm |
| Friday | 8:00 am - 10:00 pm |
| Saturday | 8:00 am - 10:00 pm |
| Sunday | 9:00 am - 10:00 pm |

Car Service Intervals | 2014 & Newer Model Nissan | Cerritos, CA

- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

**25,000 miles/30 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**30,000 miles/36 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace engine air filter
- Replace in-cabin microfilter
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots

**35,000 miles/42 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**40,000 miles/48 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

**45,000 miles/54 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace in-cabin microfilter

**50,000 miles/60 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

**55,000 miles/66 months- <u>Schedule Service</u>**

Car Service intervals | 2014 & Newer Model Nissan | Cerritos, CA

- Replace engine oil and filter
- Rotate tires

**60,000 miles/72 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Replace engine air filter
- Replace in-cabin microfilter
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

**65,000 miles/78 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**70,000 miles/84 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

**75,000 miles/90 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace in-cabin microfilter

**80,000 miles/96 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage

- Inspect steering linkage ball joints

**85,000 miles/102 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**90,000 miles/108 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace engine air filter
- Replace in-cabin microfilter
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

**95,000 miles/114 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**100,000 miles/120 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

**105,000 miles/126 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace engine coolant
- Replace in-cabin microfilter
- Replace spark plugs

**110,000 miles/132 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

**115,000 miles/138 months- <u>Schedule Service</u>**

Car Service Intervals | 2014 & Newer Model Nissan | Cerritos, CA

- Replace engine oil and filter
- Rotate tires

## 120,000 miles/144 months- Schedule Service

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Replace engine air filter
- Replace in-cabin microfilter
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

## 125,000 miles/150 months- Schedule Service

- Replace engine oil and filter
- Rotate tires

## 130,000 miles/156 months- Schedule Service

- Replace engine oil and filter
- Rotate tires
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

## 135,000/162 months- Schedule Service

- Replace engine oil and filter
- Rotate tires
- Replace in-cabin microfilter

## 140,000 miles/168 months- Schedule Service

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage

Car Service Intervals | 2014 & Newer Model Nissan | Cerritos, CA

- Inspect steering linkage ball joints

**145,000 miles/174 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**150,000 miles/180 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace engine air filter
- Replace in-cabin microfilter
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

**155,000 miles/186 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**160,000 miles/194 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

**165,000 miles/200 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace in-cabin microfilter

**170,000 miles/206 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

**175,000 miles/210 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

Car Service Intervals | 2014 & Newer Model Nissan | Cerritos, CA

## 180,000 miles/216 months- Schedule Service

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Replace engine air filter
- Replace engine coolant
- Replace in-cabin microfilter
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

## 185,000 miles/122 months- Schedule Service

- Replace engine oil and filter
- Rotate tires

## 190,000 miles/128 months- Schedule Service

- Replace engine oil and filter
- Rotate tires
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

## 195,000 miles/134 months- Schedule Service

- Replace engine oil and filter
- Rotate tires
- Replace in-cabin microfilter

## 200,000 miles/140 months- Schedule Service

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

Car Service Intervals | 2014 & Newer Model Nissan | Cerritos, CA

**205,000 miles/146 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**210,000 miles/202 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace engine air filter
- Replace in-cabin microfilter
- Replace spark plugs
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

**215,000 miles/208 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

**220,000 miles/214 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints

**225,000 miles/220 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Replace in-cabin microfilter

**230,000 miles/226 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires
- Inspect CVT fluid
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts

**235,000 miles/232 months- <u>Schedule Service</u>**

- Replace engine oil and filter
- Rotate tires

Car Service Intervals | 2014 & Newer Model Nissan | Cerritos, CA

### 240,000 miles/238 months- <u>Schedule Service</u>

- Replace engine oil and filter
- Rotate tires
- Replace brake fluid
- Replace engine air filter
- Replace in-cabin microfilter
- Inspect CVT fluid
- Inspect axle & suspension parts
- Inspect brake lines and cables
- Inspect brake pads, rotors, drums & linings
- Inspect drive shaft boots
- Inspect engine drive belts
- Inspect exhaust system
- Inspect front suspension ball joints
- Inspect fuel lines/connections
- Inspect fuel tank vapor vent system hoses
- Inspect steering gear and linkage
- Inspect steering linkage ball joints



Select Language ▼

BHA      Directions      Contact      About      Privacy      Sitemap      NissanUSA.com

**Invoice #68135**



925 Edwards Ferry Rd NE
Leesburg, VA 20176
(703) 777-2255
thetireshopinc.com

**EXHIBIT J**

| Customer Information | Invoice | Additional Information |
|---|---|---|
| Gregory Gutierrez<br>1226 Featherstone Ln Ne<br>Leesburg, VA 20176<br><br>Acct Number:<br><br>P: 714-469-4563   Contact: | Date:         10/28/2016<br>Reference.   68135<br>Salesperson: Jason Hopkins<br><br>Route:<br>Delivery Date:10/28/2016 | PO Number:<br>Work Order#:     W-218297<br><br>Lot Number:      1<br>Status:             wait<br><br>Entered By:      Arthur Tintaya |

| Vehicle: 2007 Nissan Maxima SE<br>Desc: Grey<br>   (1)TPMS Equipped | Lic No: VRE2545   Unit:<br>VIN: 1N4BA41EB7C807095 | Mileage IN:107917<br>Mileage OUT:107917 |
|---|---|---|

| Qty | Description | FET | Unit Price | Ext. Price |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| 1.00 | check all psi in tires | | | |
| 1.00 | Basic Diagnostic | | 61.00 | 61.00 |
| 1.00 | customer says that there is a whining sound coming from the engine // customer says that they have had the belts replaced about 3-4k miles ago | | 0.00 | 0.00 |
| 1.00 | Lube Oil And Filter | | 19.95 | 19.95 |
| | - Drain And Fill Engine Oil To Proper Capacity (Vehicles Requiring Over 5 Quarts Will Incur Additional Charge), Replace Filter (Some Filter Additional), Top Off Washer Fluid, Check Transmission Fluid Level, Air Filter, Battery Condition And Power Steering Fluid Level. | | | |
| 1.00 | Labor Oil Change | | 15.00 | 15.00 |
| 1.00 | sp5w30 | | 0.00 | 0.00 |
| 1.00 | Replace Serpentine Belt Tensioner | | 122.00 | 122.00 |
| 1.00 | 89134651 Serpentine Belt Tensioner | | 59.95 | 59.95 |
| 1.00 | Also noted noise under the valve cover in the front. Hydraulic whine noise. Looks like someone recently replaced valve cover gaskets. | | 0.00 | 0.00 |
| 1.00 | Hood lift strut supports are weak, $130 partts & labor. Battery terminals are loose, $28 to service. | | 0.00 | 0.00 |
| 1.00 | found & replaced broken bolt in A/C compresser clutch to prevent AC from not working clutch almost fell apart | | 0.00 | 0.00 |

| | Subtotal: | 277.90 |
|---|---|---|
| | VA Sales Tax: | 6.13 |

The Tire Shop will not be responsible for loss or damage to vehicle or article left in it. I agree to pay storage of $25 per day plus impound fees if the vehicle is left more than 48 hours after notice that repairs are completed. An express mechanics lien is acknowledged on the above vehicle to secure amount of repairs thereto, including those from any prior work contracted on this vehicle. I agree to pay for the services, parts and labor expended by The Tire Shop in connection with the services rendered, and in the case of a disputed charge, returned check, stop payment or any other situation where the charges for the services are not paid to The Tire Shop, I agree to pay The Tire Shop's reasonable attorneys' fees and all other collection and cost expenses, whether or not there is a lawsuit filed, including without limitation legal expenses incurred in connection with an appeal. RECEIPT OF THIS ORDER IS ACKNOWLEDGED.

Signature _____

**Invoice #68135**



925 Edwards Ferry Rd NE
Leesburg, VA 20176
(703) 777-2255
thetireshopinc.com

| | |
|---|---|
| Shop Supply Fee: | 22.23 |
| Hazardous Waste Fee: | 1.99 |
| **Total:** | **$308.25** |

10/28/2016 Payment# P-218481  Amount:  $308.25
                                              308.25

AMEX 4002  Exp: 02/2021  AC: SALE:825176:68::593496580::: (MP - OrderID:446865726 ,TransID:593496580)

Signature

| | |
|---|---|
| **Balance:** | **$0.00** |

The Tire Shop will not be responsible for loss or damage to vehicle or article left in it. I agree to pay storage of $25 per day plus impound fees if the vehicle is left more than 48 hours after notice that repairs are completed. An express mechanics lien is acknowledged on the above vehicle to secure amount of repairs thereto, including those from any prior work contracted on this vehicle. I agree to pay for the services, parts and labor expended by The Tire Shop in connection with the services rendered, and in the case of a disputed charge, returned check, stop payment or any other situation where the charges for the services are not paid to The Tire Shop, I agree to pay The Tire Shop's reasonable attorneys' fees and all other collection and cost expenses, whether or not there is a lawsuit filed, including without limitation legal expenses incurred in connection with an appeal. RECEIPT OF THIS ORDER IS ACKNOWLEDGED.

W-218297
10/28/2016  5:30 PM  Page: 2   Entered By: Arthur Tintaya          Signature _____

# 10 cars most likely to go 200,000 miles
**New study reveals models most likely to go the distance**

EXHIBIT K

Published: March 03, 2014 04:30 PM



Subaru Legacy

## Find Ratings

Sedans
Small cars
Minivans

See Dealer Pricing

For many shoppers, choosing a car that can go the distance is an important way to save money. A new study approaches the concept of longevity from an interesting angle, focusing on models that have achieved 200,000 miles.

Put together by the data aggregator iSeeCars.com, the study was based on listings for 30 million vehicles advertised for sale during the last year. Looking at the model years 1981 to 2010, the company ranked those vehicles based on the percentage that achieved the impressive 200,000-mile mark. Not surprising, most were vehicles that also have had good reliability rankings in our annual owner surveys.

We want to be clear that iSeeCars makes no claims about the cars' current condition or about the reliability of these vehicles over time, simply that they're still on the road.

Here's the iSeeCars list, in order of most to least ads featuring cars with more than 200,000 miles.

1. Honda Accord
2. Subaru Legacy
3. Toyota Avalon
4. Honda Odyssey
5. Nissan Maxima
6. Toyota Camry
7. Ford Taurus
8. Honda Civic
9. Acura TL
10. Subaru Outback



Honda Accord

Interestingly, the iSeeCars list is made up almost entirely of mainstream sedans, with the only exceptions being the Honda Odyssey minivan and Subaru Outback wagon—although Subaru has offered a low-selling Outback sedan in the past.

These are all vehicles purchased for everyday use and family duty, and not sophisticated luxury models laden with electronic features or vehicles designed for extreme performance or heavy towing. Notably, all but the Taurus are Japanese models. And no European brands made the list.

Our own annual autos reliability survey of more than a million vehicles routinely finds that some of those vehicles, including the TL, Avalon, Camry, and Civic, are reliability all-stars, with many years of very good or better scores. It is worth noting that while the Civic has a long track record of reliability, for certain years, the Civic Hybrid has developed significant battery pack failure rates.

The list doesn't include some cars, such as the Toyota Prius, that have excellent reliability. It could be that the Prius hasn't reached that mileage in great volumes, and it could also mean that owners aren't ready to sell yet. (Read: "Hybrids Hang Tough as the Miles Rack Up.")

In its recently published study of all vehicles, iSeeCars found that the models most likely to be advertised with more than 200,000 miles overall were overwhelmingly work trucks and large SUVs, with the Ford F-250 leading the pack.

But most large SUVs have not performed as well in our reliability surveys as pickups. The Chevrolet Suburban and GMC Yukon, Dodge Durango, Ford Expedition, Jeep Grand Cherokee, and Lincoln Navigator cited in the study have all had sub-par reliability most years in our surveys. The Toyota Sequoia is an exception, landing in second place in the iSeeCars study and with a solid reliability record in our surveys.

The prevalence of trucks may be due to several factors, including: commercial users are diligent about maintenance and willing to make major repairs, and acceptance of a truck in rough condition that would have seen a regular car retired. For these reasons, we requested this special view of passenger cars from iSeeCars to inform consumers.

In the end, its data largely aligns with our own findings. Whether you're looking for a car, truck, or SUV that's good for the long haul, the best bet is to choose a model with a solid reliability record and keep up with regular maintenance.

Learn how to go the distance yourself, with our special feature on how to make your car last 200,000 miles.

## Find Ratings



**Sedans Ratings**
View and compare all Sedans ratings.

Sedans



**Small cars Ratings**
View and compare all Small cars ratings.

Small cars



**Minivans Ratings**
View and compare all Minivans ratings.

Minivans

© 2018 Consumer Reports
Privacy Policy User Agreement Ad Choices



## TABLE OF CONTENTS

OWNER'S LITERATURE INFORMATION
INTRODUCTION
Nissan Maintenance
Owner's Guide to Vehicle
Nissan Commercial Vehicles
NISSAN MAINTENANCE & REPAIR SUPPORT
Extended Service Plan
Why Nissan Service?
Complimentary Multi-Point Inspection
Genuine Nissan Parts You Can Rely On
Nissan Owners Designed With You in Mind
Nissan Express Services
SCHEDULED MAINTENANCE GUIDE
Determining the Proper Maintenance Interval
Explanation of Scheduled Maintenance Items
Maintenance Schedule
Optional Maintenance & Inspection Items
Severe Duty/Towing Replacement "Record"
Maintenance Log
Maintenance Log / Vehicle Emission Performance Warranty

## VEHICLE IDENTIFICATION

Vehicle Identification Number (VIN)

Delivery Date _____   Warranty Start Date _____

Mileage at Delivery _____   Mo/d/Year _____

Selling Dealer _____   Selling Dealer Phone _____





**2014 SERVICE AND MAINTENANCE GUIDE**

## WHY NISSAN SERVICE?

To preserve the quality, reliability and safety of your vehicle, an authorized Nissan dealer is recommended for its maintenance or repair. Only an authorized Nissan dealer can offer the following advantages:

- Nissan-trained and ASE-certified technicians
- Immediate access to warranty, service history and Nissan technical information
- Latest diagnostic, specialized and service techniques
- Genuine Nissan Parts that meet Nissan's demanding standards
- Genuine 12-month/12,000 mile parts and labor limited warranty when Genuine Nissan Parts are installed by your dealer
- Lifetime limited warranty to collect replacement parts
- Complimentary Multi-Point Inspection for participating dealers
- Over-quality estimates
- Time-guaranteed Express Service for participating dealers
- Over 1,000 locations nationwide
- Shuttle service/Courtesy car (at participating dealers)



## NISSAN MAINTENANCE

**Maintain Your Investment**

Preventative scheduled maintenance is an important investment to optimize the performance, reliability, comfort and resale value of your Nissan. Scheduling your vehicle's maintenance at the recommended intervals will ensure your vehicle is running at its best.



## EXTENDED SERVICE PLANS



Security+Plus

### EXTENDED PROTECTION PLANS

Nissan Security+Plus Extended Protection Plans

## OWNER'S LITERATURE INFORMATION

**WHERE TO FIND INFORMATION**

INDEX OF TOPICS

## NISSAN COMMERCIAL VEHICLES

**SMART SOLUTIONS TO SUPPORT YOUR BUSINESS VEHICLE NEEDS**

Our Commitment to You

## NISSAN COMMERCIAL VEHICLES

**Vehicle Financing Solutions**

## EXTENDED SERVICE PLANS*

**PREPAID MAINTENANCE PLANS**

**Security+Plus** Prepaid Maintenance Plans maintain your vehicle to factory specifications by factory-trained technicians. Like our Extended Protection Plans, you'll benefit from **Nationwide Coverage and Genuine Nissan Parts** and you'll be protected against the rising costs of parts and labor. **Security+Plus** Prepaid Maintenance Plans offer four service levels and eight time and mileage periods. So, it's easy to find a plan that's right for you. 'New' **Security+Plus** Prepaid Maintenance Plans can be purchased any time within the first 6 months / 5,000 miles of the original vehicle sale date, while 'Pre-Owned' **Security+Plus** Prepaid Maintenance Plans may be purchased at any time throughout the life of the vehicle. Just contact your selling dealer and tell them you'd like to take advantage of one of the best maintenance plans available for your Nissan today.

* These products not available outside the United States.

**See your participating Nissan dealer for details.**

## GENUINE NISSAN COLLISION PARTS

If you have an accident, insist on Genuine Nissan Collision Parts. If you want your vehicle to be restored using parts made to Nissan's original exacting specifications – if you want it to last, help to protect your personal safety and to help hold its resale value, the solution is simple. Tell your insurance agent and your repair shop to use only Genuine Nissan Collision Parts.

Many non-genuine parts are copies made from impressions of Nissan parts and may not match the specifications and performance standards of Genuine Nissan Parts. As a result, non-genuine parts may not look or fit right, and may be less safe.

The hood on your vehicle is a good example. Nissan designed it with hood buckling creases to help prevent the hood from penetrating the interior of your vehicle in an accident. Non-genuine parts may not provide such built-in safeguards.

In some states, the law says you must be advised if non-genuine parts are used to repair your vehicle. **Why should you take a chance?**

### Replacement Panel Limited Lifetime Corrosion Warranty*

If you have your collision damage repaired using Genuine Nissan Outer Sheet Metal Panels you don't have to worry about corrosion. That's because these panels are warranted against inside out rust-through perforation for as long as you own your Nissan. Another reason to insist on Genuine Nissan Collision Repair Parts.

* This warranty does not apply to vehicles or parts not distributed by Nissan North America and/or sold outside the United States.

## DETERMINING THE PROPER MAINTENANCE INTERVAL

**As a condition of your vehicle's warranty, you are responsible for properly maintaining your vehicle. In maintaining your vehicle, you should use these guidelines to determine which maintenance schedule to use.**

| | |
|---|---|
| **Standard maintenance;** features 5,000 mile or 6 month, whichever comes first, service intervals and generally applies when you primarily operate your vehicle on the highway in temperate conditions. Premium maintenance is a Nissan recommended optional upgrade that adds services when maintenance is performed.<br>**Exceptions:**<br>1. Use of E85 in a Titan or Armada FFV (flex fuel vehicle) requires engine oil and filter replacement every 3,750 miles or 3 months.<br>2. NV200 Taxi requires engine oil and filter replacement every 3,750 miles or 3 months.<br>**Premium Maintenance;*** performing the Premium upgrade services may optimize the performance, durability, reliability, and resale value of your vehicle. (Premium Maintenance items are available at every 30,000 miles or 36 months interval.) | **Additional maintenance items for severe operating conditions;** should be performed on vehicles that are driven under especially demanding conditions. Additional maintenance items should be performed if you primarily operate your vehicle under the following conditions:<br>• Repeated short trips of less than 5 miles in normal temperatures or less than 10 miles in freezing temperatures.<br>• Stop-and-go traffic in hot weather or low speed driving for long distances<br>• Driving in dusty conditions or on rough, muddy, or salt-spread roads<br>• Towing a trailer, or using a camper or car-top carrier |

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

* Premium Maintenance is a Nissan-recommended option; You need not perform such maintenance in order to maintain the warranties which come with your Nissan. Premium Maintenance may not be available outside the United States, please inquire of your dealer.

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

The following descriptions are provided to give you a better understanding of the scheduled maintenance items that should be regularly checked or replaced. The maintenance log indicates at which mileage/time intervals each item requires service.

In addition to scheduled maintenance, your Nissan requires that some items be checked during normal day-to-day operation. You can find those items listed under "General Maintenance" in Chapter 8 of your Owner's Manual.

Items marked with "*" are recommended by Nissan for reliable vehicle operation. You are not required to perform maintenance on these items in order to maintain the warranties which come with your Nissan. Other maintenance items and intervals are required.

When applicable, additional information can be found in the "Maintenance and do-it-yourself" section in Chapter 8 of your Owner's Manual.

NOTE: Nissan does not advocate the use of non-OEM approved aftermarket flushing systems and strongly advises against performing these services on a Nissan product. Many of the aftermarket flushing systems use non-OEM approved chemicals or solvents, the use of which has not been validated by Nissan.

*For recommended fuel, lubricants, fluids, grease, and refrigerant, refer to Chapter 9 in your Owner's Manual.*

### Emission Control System Maintenance:

**Drive Belts***

Check engine drive belts for wear, fraying or cracking and for proper tension. Replace any damaged drive belts.

**Engine Air Filter**

Replace at specified intervals. When driving for prolonged periods in dusty conditions, check/replace the filter more frequently.

**Engine Coolant***

Replace coolant at the specified interval. When adding or replacing coolant, be sure to use only Genuine Nissan Long Life Antifreeze/Coolant (Blue) or equivalent with the proper mixture. (Refer to the Owner's Manual to determine the proper mixture for your area.) The recommended service interval of the factory-fill coolant is 105,000 miles (168,000 km) or 7 years, whichever comes first.

Subsequent replacement of Genuine Nissan Long Life Antifreeze/Coolant (Blue) should occur every 75,000 miles (120,000 km) or 5 years whichever comes first.

NOTE: Mixing any other type of coolant or the use of non-distilled water will reduce the recommended service interval of the coolant.

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

**Hybrid Electronic Vehicle (HEV) Inverter Coolant***

Replace inverter coolant at the specified interval. The recommended service interval of the factory-fill coolant is 125,000 miles (200,000 km) or 15 years whichever comes first. Subsequent replacement of Genuine Nissan Long Life Antifreeze/Coolant (Blue) should occur every 75,000 miles (120,000 km) or 5 years, whichever comes first. When adding or replacing coolant, be sure to use only Genuine Nissan Long Life Antifreeze/Coolant (Blue) or equivalent with the proper mixture. (Refer to the Owner's Manual to determine the proper mixture for your area.)

NOTE: Mixing any other type of coolant or the use of non-distilled water will reduce the recommended service interval of the coolant.

**Engine Oil and Oil Filter**

Replace engine oil and oil filter at the specified intervals. For recommended oil grade and viscosity refer to Chapter 9 in your Owner's Manual.

NOTE:

1. Use of E85 in a Titan or Armada FFV (flex fuel vehicle) requires engine oil and filter replacement every 3,750 miles or 3 months.
2. NV200 Taxi requires engine oil and filter replacement every 3,750 miles or 3 months.

**Engine Valve Clearance***

Inspect only if valve noise increases. Adjust valve clearance if necessary.

**Evaporative Emissions Control Vapor Lines***

Check vapor lines for leaks or looseness. Tighten connections or replace parts as necessary.

**Fuel Filter**

Maintenance-free item (in-tank type filter).

**Fuel Lines***

Check the fuel hoses, piping and connections for leaks, looseness, or deterioration. Tighten connections or replace parts as necessary.

**Throttle Chamber**

For model NV200 Taxi, it is recommended to replace the throttle chamber every 250,000 miles (400,000km).

**Fuel Pump**

For model NV200 Taxi, it is recommended to replace the fuel pump every 125,000 miles (200,000km).

**Spark Plugs**

Replace at specified intervals. Install new plugs of the same type as originally equipped.

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

### Chassis and Body Maintenance:

**Brake Lines and Cables**

Visually inspect for proper installation. Check for chafing, cracks, deterioration, and signs of leaking. Replace any deteriorated or damaged parts immediately.

**Brake Pads, Rotors, Drums, & Linings**

Check for wear, deterioration and fluid leaks. Replace any deteriorated or damaged parts immediately.

**Exhaust System**

Visually inspect the exhaust pipes, muffler and hangers for leaks, cracks, deterioration, and damage. Tighten connections or replace parts as necessary.

**In-Cabin Microfilter**

Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X).

Optional accessory on some models. Replace at specified intervals. When driving for prolonged periods in dusty conditions, replace the filter more frequently.

**Propeller Shaft(s)**

Check for damage, looseness, and grease leakage. (4WD/AWD/RWD).

**Steering Gear and Linkage, Axle and Suspension Parts, Drive Shaft Boots**

Check for damage, looseness, and leakage of oil or grease. Under severe driving conditions, inspect more frequently.

**Tire Rotation**

Tires should be rotated every 5,000 miles according to the instructions in the Owner's Manual (except all 370Z). When rotating tires, check for damage and uneven wear. Replace if necessary.

**Transmission Fluid/Oil, Differential Oil, Transfer Case Oil**

Visually inspect for signs of leakage at specified intervals.

If towing a trailer, using a camper or car-top carrier, or driving on rough or muddy roads:

- replace the fluid/oil every 20,000 miles or 24 months.
- For these vehicles with a CVT transmission, cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, Sentra Pathfinder (except HEV), Quest and Versa, replace the CVT fluid every 60,000 miles or request the dealer to inspect the fluid deterioration data using a CONSULT. If the deterioration data is more than 210000, replace the CVT fluid.
- For Pathfinder Hybrid Electronic Vehicle (HEV), replace CVT fluid every 30,000 miles.

## EXPLANATION OF SCHEDULED MAINTENANCE ITEMS

- Automatic transmission fluid for 370Z and NV 1500/2500/3500 is maintenance-free.

**Off-Road Maintenance**

Check the following items frequently whenever you drive off-road through deep sand, mud or water:

- Brake pads and rotors
- Brake linings and drums
- Brake lines and hoses
- Differential, transmission and transfer case oil
- Steering linkage
- Propeller shaft(s) and front drive shafts
- Engine air filter
- Clutch housing drain (4WD only)

## MAINTENANCE SCHEDULE

The following Maintenance Schedule has been compiled by Nissan to assist you in performing the recommended maintenance services and keeping appropriate records of services performed. Along with the related repair invoices, receipts, and other such records, a properly documented maintenance history could enhance the value of your vehicle should you ever wish to sell it. The services listed represent the minimal Nissan recommended requirements for each time/mileage interval, up to 150,000 miles / 180 months. Beginning on page 58 you will find a log that should be used to track when and where services were performed. Ask your Service Advisor to update your log each time your vehicle is serviced.

**NOTE:**

1. **If using E85 in a Titan or Armada FFV (flex fuel vehicle), a special oil and filter change log can be found beginning of page 62.**
2. **For the NV200 Taxi, a special oil and filter change log can found beginning on page 62.**
3. **If you exceed the 150,000 miles or 180 month maintenance period, at 155,000 miles or 186 months, perform maintenance listed at 5,000 mile or 6 month interval, at 160,000 or 194 months use the 10,000 mile or 12 month interval and continue as needed.**

## COMPLIMENTARY MULTI-POINT INSPECTION*

For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer.

MPI's are performed by Nissan factory trained Technicians who will provide you with a detailed report of your vehicle's condition.

Driving your Nissan should be as worry-free an experience as possible. Trust your Nissan dealership to inspect and maintain your vehicle so you can take pride in knowing your vehicle is ready for the road ahead.

*Available at participating dealers

NOTE: Multi-Point Vehicle Inspection form shown is an example. Actual form and contents may vary.











## GENUINE NISSAN PARTS YOU CAN RELY ON

**Genuine Nissan Oil Filters**

Genuine Nissan Oil Filters are designed specifically for your vehicle.

Genuine Nissan Oil Filters have an anti-drainback valve that keeps oil in the filter when the engine is not running. This prevents harmful engine wear on start-up.

## 5,000 MILES OR 6 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 10 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 10,000 MILES OR 12 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Rotate tires (except all 370Z)[2]
- ❑ Inspect the following:
  - ___ Automatic transmission[3]
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[4]
  - ___ Differential oil[5]
  - ___ Drive shaft boots
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Transfer case oil (4WD/AWD)

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Replace brake fluid
- ❑ Inspect the following
  - ___ Axle & suspension parts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 10 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
3 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
4 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
5 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## GENUINE NISSAN PARTS YOU CAN RELY ON

**Wiper Blades**

Genuine Nissan Wiper Blades and Arms are designed to fit your Nissan and can be installed by any Nissan dealer in just minutes.

## GENUINE NISSAN PARTS YOU CAN RELY ON

**In-Cabin Microfilter**

The In-Cabin Microfilter filters the air you breathe in your vehicle. This system filters both outside and recirculated air used by the air conditioning system in your vehicle. Replacing the Microfilter every year or 15,000 miles is the best way to help prevent road dust, pollen and other air pollutants from entering the interior of your vehicle and the air you breathe. If your vehicle is not equipped with an In-Cabin Microfilter system – see your Nissan dealer about getting one installed – you'll breathe easier.

New Microfilter

Requires Replacement

## 15,000 MILES OR 18 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Replace in-cabin microfilter[2]
- ❑ Rotate tires (except all 370Z)[3]

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Inspect the following
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 10 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
3 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 20,000 MILES OR 24 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Replace brake fluid
- ❑ Rotate tires (except all 370Z)[2]

***(Continued in next column)***

***(Standard Maintenance continued from previous column)***

- ❑ **Inspect the following:**
  - ___ Automatic transmission fluid[3,4]
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[6]
  - ___ Differential oil[4,5]
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Manual transmission oil[4]
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)[4]

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 10 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
3 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
4 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.
5 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
6 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 25,000 MILES OR 30 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 10 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## NISSAN SERVICES DESIGNED WITH YOU IN MIND*

**Brake Service**

Stop at Nissan for Brake Service.

- Install new Genuine Nissan front brake pads
- Inspect front rotors
- Inspect and adjust parking brake as necessary
- Inspect entire brake system:
  - Rear Brake Pads/Shoes
  - Rear Brake Rotors/Drums
  - Master Cylinder/Wheel Cylinders
  - Brake Calipers
  - Brake Fluid/Brake Hoses/Brake Lines
  - Vacuum Booster
- Road test your vehicle

Genuine Nissan brake pads are just like the ones that came on your vehicle from the factory, and are warranted for 12 months or 12,000 miles.

* May differ or not apply outside the United States, please inquire of your dealer. **See your participating Nissan dealer for details.**

## 30,000 MILES OR 36 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace engine air filter
- ☐ Replace CVT Fluid (NV200 Taxi)
- ☐ Replace CVT Fluid (Pathfinder Hybrid Electronic Vehicle (HEV))
- ☐ Replace in-cabin microfilter
- ☐ Rotate tires (except all 370Z)[4]
- ☐ Inspect the following:
  - ___ Automatic transmission
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid
  - ___ Differential oil
  - ___ Drive shaft boots
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Transfer case oil (4WD/AWD)

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Replace brake fluid
- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For Optional Premium Maintenance Upgrade information please see page 55.**
☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 15 for more information on Multi-Point Inspections.**
1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 15 for additional information.
2 Please check fluid level before replacing fluid. If the level is abnormal, visit a Nissan dealership and have the cause of the abnormality repaired before replacing the fluid.
3 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4x Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
4 Check and adjust tire pressures.
5 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
6 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
7 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
8 Mileage only.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## NISSAN SERVICES DESIGNED WITH YOU IN MIND*

**Your Nissan Dealer Is Your Complete Source for Tires**

- Original Equipment Tires and Other Major Brands
- Competitive Pricing
- Road Hazard Protection Included With Each Tire**
- Convenience
- Factory Trained Technicians

Tires are an important component of your Nissan driving experience. They provide the four points of contact between your vehicle and the road and affect acceleration, braking, cornering, load-carrying capacity, and overall handling and performance.

Nissan engineers perform extensive tests to help determine which tires are best suited for use on Nissan vehicles. Replacing the tires on your Nissan with those that meet the Original Equipment specifications will help maximize your vehicle's handling, comfort and safety.

* May differ or not apply outside the United States, please inquire of your dealer.
** Excludes Medalist Brand.
**See your participating Nissan dealer for details.**

## 35,000 MILES OR 42 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 15 for more information on Multi-Point Inspections.**
1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 40,000 MILES OR 48 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace brake fluid
- ☐ Replace engine mounting insulator (NV200 Taxi only)
- ☐ Replace manual transmission oil (NV200 Taxi only)
- ☐ Rotate tires (except all 370Z)[2]

*(Continued in next column)*

*(Standard Maintenance continued from previous column)*

- ☐ Inspect the following:
  - ___ Automatic transmission fluid
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid
  - ___ Differential oil
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 15 for more information on Multi-Point Inspections.**
1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 15 for additional information.
2 Check and adjust tire pressures.
3 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
4 [illegible]
5 [illegible]
6 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 45,000 MILES OR 54 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace in-cabin microfilter[2]
- ☐ Rotate tires (except all 370Z)[3]

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 15 for more information on Multi-Point Inspections.**
1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
3 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 50,000 MILES OR 60 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Rotate tires (except all 370Z)[2]
- ☐ Inspect the following:
  - ___ Automatic transmission fluid[3]
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[4]
  - ___ Differential oil[5]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Transfer case oil (4WD/AWD)

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Replace brake fluid
- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 15 for more information on Multi-Point Inspections.**
1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 15 for additional information.
2 Check and adjust tire pressures.
3 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
4 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
5 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 55,000 MILES OR 66 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 15 for more information on Multi-Point Inspections.**
1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## GENUINE NISSAN PARTS YOU CAN RELY ON*

**Batteries**

If your vehicle is slow to start or will not start, please see your Nissan dealer about a Genuine Nissan Replacement Battery. Genuine Nissan Replacement Batteries are designed to meet your vehicle's original specifications and feature an 84 Month Limited Warranty with 24 Month Free Replacement, regardless of mileage. Plus your Nissan dealer has the knowledge and equipment to test your battery before it fails, so you can travel in confidence.

* May or may not apply outside the United States, please inquire of your dealer.
**See your participating Nissan dealer for details.**

## 60,000 MILES OR 72 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace engine air filter
- ☐ Replace CVT Fluid (NV200 Taxi)[2]
- ☐ Replace CVT Fluid (Pathfinder Hybrid Electronic Vehicle (HEV))[9]
- ☐ Replace spark plugs (NISMO 370Z)
- ☐ Replace brake fluid
- ☐ Replace in-cabin microfilter[3]
- ☐ Rotate tires (except all 370Z)[4]

*(Continued in next column)*

*(Standard Maintenance continued from previous column)*

- ☐ **Inspect the following:**
  - ___ Automatic transmission fluid[6,7]
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[5,7]
  - ___ Differential oil[7,8]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Manual transmission oil (if applicable)[7]
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)[7]

☐ **For Optional Premium Maintenance Upgrade information please see page 58.**
☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 15 for more information on Multi-Point Inspections.**
1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Please check fluid level before replacing fluid. If the level is abnormal, visit a Nissan dealership and have the cause of the abnormality repaired before replacing the fluid.
3 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
4 Check and adjust tire pressures.
5 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
6 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
7 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads. (except Pathfinder Hybrid Electronic Vehicle (HEV))
8 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
9 Mileage only.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## NISSAN EXPRESS SERVICE *

Many Nissan dealers nationwide now offer Express Service. All Express Service oil and filter changes include a 27-point vehicle inspection and the Express Service guarantee – the Service is completed in 30 minutes or less – **or your next Express Service Oil and Filter Change is FREE.**

EXPRESS SERVICE NISSAN

**Express Service – Performed in 30 minutes or less**

- Express Oil & Filter Change
- Complimentary Multi-Point Inspection
- Express Battery Replacement
- Express Tire Rotation
- Engine Air Filter Service
- Express In-Cabin Filter Replacement (on most models)
- Express Brake Inspection
- Express Wiper Blade Replacement
- Express Bulb Replacement

* May differ or not apply outside the United States, please inquire of your dealer.

## 65,000 MILES OR 78 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 70,000 MILES OR 84 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Rotate tires (except all 370Z)[2]
- ❑ Inspect the following:
  - ___ Automatic transmission[3]
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[4]
  - ___ Differential oil[5]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Transfer case oil (4WD/AWD)

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Replace brake fluid
- ❑ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

**NOTE: Refer to Page 11 for Engine Coolant maintenance information.**

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
3 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
4 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
5 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 75,000 MILES OR 90 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Replace engine mounting bracket (NV200 Taxi only)
- ❑ Replace exhaust system (NV200 Taxi only)
- ❑ Replace in-cabin microfilter[2]
- ❑ Rotate tires (except all 370Z)[3]

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
3 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 80,000 MILES OR 96 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Replace brake fluid
- ❑ Replace engine mounting insulator (NV200 Taxi only)
- ❑ Replace manual transmission oil (Frontier only)
- ❑ Rotate tires (except all 370Z)[2]

***(Continued in next column)***

***(Standard Maintenance continued from previous column)***

- ❑ **Inspect the following:**
  - ___ Automatic transmission fluid[3,4]
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[5]
  - ___ Differential oil[3,6]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Manual transmission oil (if applicable)[3]
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)[3]

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
3 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.
4 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
5 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
6 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 85,000 MILES OR 102 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 90,000 MILES OR 108 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Replace engine air filter
- ❑ Replace CVT Fluid (NV200 Taxi)[2]
- ❑ Replace CVT Fluid (Pathfinder Hybrid Electronic Vehicle (HEV))[8]
- ❑ Replace in-cabin microfilter[3]
- ❑ Rotate tires (except all 370Z)[4]
- ❑ Inspect the following:
  - ___ Automatic transmission[5]
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[6]
  - ___ Differential oil[7]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Transfer case oil (4WD/AWD)

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Replace brake fluid
- ❑ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For Optional Premium Maintenance Upgrade information please see page 64.**
❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Please check fluid level before replacing fluid. If the level is abnormal, visit a Nissan dealership and have the cause of the abnormality repaired before replacing the fluid.
3 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
4 Check and adjust tire pressures.
5 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
6 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
7 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
8 Mileage only.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 95,000 MILES OR 114 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ❑ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 100,000 MILES OR 120 MONTHS

**STANDARD MAINTENANCE**

- ❑ Replace engine oil and filter[1]
- ❑ Replace brake fluid
- ❑ Rotate tires (except all 370Z)[2]

***(Continued in next column)***

***(Standard Maintenance continued from previous column)***

- ❑ **Inspect the following:**
  - ___ Automatic transmission fluid[3,4]
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[5]
  - ___ Differential oil[3,6]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Manual transmission oil (if applicable)[3]
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)[3]

❑ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
3 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.
4 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
5 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
6 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 105,000 MILES OR 126 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace spark plugs (except NISMO 370Z)
- ☐ Replace in-cabin microfilter[2]
- ☐ Rotate tires (except all 370Z)[3]

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

**NOTE: Refer to Page 11 for Engine Coolant maintenance information.**

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
3 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 110,000 MILES OR 132 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Rotate tires (except all 370Z)[2]
- ☐ Inspect the following:
  - ___ Automatic transmission[3]
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[4]
  - ___ Differential oil[5]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Transfer case oil (4WD/AWD)

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Replace brake fluid
- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
3 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
4 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
5 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 115,000 MILES OR 138 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 120,000 MILES OR 144 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace engine air filter
- ☐ Replace spark plugs (NISMO 370Z)
- ☐ Replace brake fluid
- ☐ Replace CVT Fluid (NV200 Taxi)[2]
- ☐ Replace CVT Fluid (Pathfinder Hybrid Electronic Vehicle (HEV))[2]
- ☐ Replace engine mounting insulator (NV200 Taxi only)
- ☐ Replace manual transmission oil (Frontier only)
- ☐ Replace in-cabin microfilter[3]
- ☐ Rotate tires (except all 370Z)[4]

*(Continued in next column)*

*(Standard Maintenance continued from previous column)*

- ☐ Inspect the following:
  - ___ Automatic transmission fluid[5,6]
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[7]
  - ___ Differential oil[5,8]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Manual transmission oil (if applicable)[5]
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)[5]

**Refer to Page 12 for Hybrid Electronic Vehicle (HEV) Inverter Coolant maintenance information.**

☐ **For Optional Premium Maintenance Upgrade information please see page 54.**
☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Please check fluid level before replacing fluid. If the level is abnormal, visit a Nissan dealership and have the cause of the abnormality repaired before replacing the fluid.
3 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
4 Check and adjust tire pressures.
5 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads (except Pathfinder Hybrid Electronic Vehicle (HEV)).
6 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
7 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
8 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
9 Mileage only.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 125,000 MILES OR 150 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 130,000 MILES OR 156 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Rotate tires (except all 370Z)[2]
- ☐ Inspect the following:
  - ___ Automatic transmission[3]
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[4]
  - ___ Differential oil[5]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Transfer case oil (4WD/AWD)

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Replace brake fluid
- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
3 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
4 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
5 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 135,000 MILES OR 162 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace in-cabin microfilter[2]
- ☐ Rotate tires (except all 370Z)[3]

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
3 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 140,000 MILES OR 168 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace brake fluid
- ☐ Rotate tires (except all 370Z)[2]

*(Continued in next column)*

*(Standard Maintenance continued from previous column)*

- ☐ **Inspect the following:**
  - ___ Automatic transmission fluid[3,4]
  - ___ Axle & suspension parts
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[5]
  - ___ Differential oil[3,6]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Fuel lines/connections
  - ___ Fuel tank vapor vent system hoses
  - ___ Manual transmission oil (if applicable)[3]
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints
  - ___ Transfer case oil (4WD/AWD)[3]

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
3 Replace (not just inspect) oil/fluid if towing a trailer, using a camper or a car-top carrier, or driving on rough or muddy roads.
4 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
5 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
6 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 145,000 MILES OR 174 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Rotate tires (except all 370Z)[2]

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Brake pads, rotors, drums & linings
  - ___ Drive shaft boots
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 13 and 16 for additional information.
2 Check and adjust tire pressures.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## 150,000 MILES OR 180 MONTHS

**STANDARD MAINTENANCE**

- ☐ Replace engine oil and filter[1]
- ☐ Replace engine air filter
- ☐ Replace engine mounting bracket (NV200 Taxi only)
- ☐ Replace exhaust system (NV200 Taxi only)
- ☐ Replace CVT Fluid (NV200 Taxi)[2]
- ☐ Replace CVT Fluid (Pathfinder Hybrid Electronic Vehicle (HEV))[8]
- ☐ Replace in-cabin microfilter[3]
- ☐ Rotate tires (except all 370Z)[4]
- ☐ Inspect the following:
  - ___ Automatic transmission[5]
  - ___ Brake lines & cables
  - ___ Brake pads, rotors, drums & linings
  - ___ CVT fluid[6]
  - ___ Differential oil[7]
  - ___ Drive shaft boots
  - ___ Engine drive belts
  - ___ Manual transmission oil
  - ___ Propeller shaft (4WD/AWD/RWD)
  - ___ Transfer case oil (4WD/AWD)

**Additional Maintenance Items for Severe Operating Conditions**

- ☐ Replace brake fluid
- ☐ Inspect the following:
  - ___ Axle & suspension parts
  - ___ Exhaust system
  - ___ Front suspension ball joints
  - ___ Steering gear and linkage
  - ___ Steering linkage ball joints

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Titan and Armada FFV and NV200 Taxi require oil and oil filter replacement every 3,750 miles or 6 months. Refer to pages 14 and 16 for additional information.
2 Please check fluid level before replacing fluid. If the level is abnormal, visit a Nissan dealership and have the cause of the abnormality repaired before replacing the fluid.
3 Standard equipment on cube, Murano, Altima, Altima Coupe, Armada Platinum, Pathfinder, Frontier LE and Pro-4X Off-Road, Maxima, Titan Crew Cab LE, Quest, Rogue, Sentra and Xterra (except X). Optional accessory on all other models.
4 Check and adjust tire pressures.
5 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
6 CVT fluid on cube, Murano, Altima, Altima Coupe, Maxima, Rogue, NV200, NV200 Taxi, Pathfinder, Quest, Sentra and Versa.
7 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
8 Mileage only.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## Optional Premium Maintenance Upgrade

**30,000 MILES OR 36 MONTHS**

Premium Upgrade adds the following services to Standard Maintenance:

- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid[1]
- ☐ Replace differential oil[2]
- ☐ Replace engine drive belts
- ☐ Replace manual transmission oil (if applicable)
- ☐ Replace radiator cap
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Inspect the following:
  - ___ All lights
  - ___ Headlights/adjust if necessary

**60,000 MILES OR 72 MONTHS**

Premium Upgrade adds the following services to Standard Maintenance:

- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid[1]
- ☐ Replace differential oil[2]
- ☐ Replace engine drive belts
- ☐ Replace manual transmission oil (if applicable)
- ☐ Replace radiator cap
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Inspect the following:
  - ___ All lights
  - ___ Headlights/adjust if necessary

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
2 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## Optional Premium Maintenance Upgrade

**90,000 MILES OR 108 MONTHS**

Premium Upgrade adds the following services to Standard Maintenance:

- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid[1]
- ☐ Replace differential oil[2]
- ☐ Replace engine drive belts
- ☐ Replace manual transmission oil (if applicable)
- ☐ Replace radiator cap
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Inspect the following:
  - ___ All lights
  - ___ Headlights/adjust if necessary

**120,000 MILES OR 144 MONTHS**

Premium Upgrade adds the following services to Standard Maintenance:

- ☐ Lubricate all locks/hinges
- ☐ Replace automatic transmission/CVT fluid[1]
- ☐ Replace differential oil[2]
- ☐ Replace engine drive belts
- ☐ Replace manual transmission oil (if applicable)
- ☐ Replace radiator cap
- ☐ Replace transfer case oil (4WD/AWD)
- ☐ Replace wiper blades
- ☐ Inspect the following:
  - ___ All lights
  - ___ Headlights/adjust if necessary

☐ **For the ultimate in preventative maintenance, ask your Service Advisor for a complimentary Multi-Point Inspection every time you visit your participating Nissan dealer. See page 16 for more information on Multi-Point Inspections.**

1 Automatic transmission fluid except for 370Z and NV 1500/2500/3500.
2 Differential oil on 370Z, Armada, Frontier, Rogue AWD, Pathfinder AWD, Titan, Xterra, Murano AWD, NV 1500/2500/3500.
Equipment varies by model. Perform only those operations that apply to your vehicle.

## HEV Li-ion BATTERY REPLACEMENT PECORD

When replacing the Li-ion battery pack or module, be sure to record the ID in the space provided. In addition, when replacing 12 modules, record the oldest module ID.

Equipment varies by model. Perform only those operations that apply to your vehicle.

## HEV Li-ion BATTERY REPLACEMENT RECORD

## MAINTENANCE LOG

| | | |
|---|---|---|
| **5,000 Miles or 6 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **10,000 Miles or 12 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **15,000 Miles or 18 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |
| **20,000 Miles or 24 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **25,000 Miles or 30 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **30,000 Miles or 36 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |
| **35,000 Miles or 42 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **40,000 Miles or 48 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **45,000 Miles or 54 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |

## MAINTENANCE LOG

| | | |
|---|---|---|
| **50,000 Miles or 60 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **55,000 Miles or 66 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **60,000 Miles or 72 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |
| **65,000 Miles or 78 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **70,000 Miles or 84 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **75,000 Miles or 90 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |
| **80,000 Miles or 96 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **85,000 Miles or 102 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **90,000 Miles or 108 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |

## MAINTENANCE LOG

| | | |
|---|---|---|
| **95,000 Miles or 114 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **100,000 Miles or 120 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **105,000 Miles or 126 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |
| **110,000 Miles or 132 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **115,000 Miles or 138 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **120,000 Miles or 144 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |
| **125,000 Miles or 150 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **130,000 Miles or 156 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **135,000 Miles or 162 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |

## MAINTENANCE LOG

| | | |
|---|---|---|
| **140,000 Miles or 168 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **145,000 Miles or 174 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: | **150,000 Miles or 180 Months**<br>Dealer Name:<br>Date:<br>Mileage:<br>Dealer Stamp: |

## MAINTENANCE LOG – TITAN & ARMADA FFV & NV200 TAXI

| 71,250 Miles or 57 Months | 75,000 Miles or 60 Months | 78,750 Miles or 63 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

| 82,500 Miles or 66 Months | 86,250 Miles or 69 Months | 90,000 Miles or 72 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

| 93,750 Miles or 75 Months | 97,500 Miles or 78 Months | 101,250 Miles or 81 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

MAINTENANCE SCHEDULE

64

---

## MAINTENANCE LOG – TITAN & ARMADA FFV & NV200 TAXI

| 37,500 Miles or 30 Months | 41,250 Miles or 33 Months | 45,000 Miles or 36 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

| 48,750 Miles or 39 Months | 52,500 Miles or 42 Months | 56,250 Miles or 45 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

| 60,000 Miles or 48 Months | 63,750 Miles or 51 Months | 67,500 Miles or 54 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

MAINTENANCE SCHEDULE

63

---

## MAINTENANCE LOG – TITAN & ARMADA FFV & NV200 TAXI

| 3,750 Miles or 3 Months | 7,500 Miles or 6 Months | 11,250 Miles or 9 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

| 15,000 Miles or 12 Months | 18,750 Miles or 15 Months | 22,500 Miles or 18 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

| 26,250 Miles or 21 Months | 30,000 Miles or 24 Months | 33,750 Miles or 27 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

MAINTENANCE SCHEDULE

62

---

## MAINTENANCE LOG – TITAN & ARMADA FFV & NV200 TAXI

| 138,750 Miles or 111 Months | 142,500 Miles or 114 Months |
|---|---|
| Dealer Name | Dealer Name |
| Date | Date |
| Mileage | Mileage |
| Dealer | Dealer |
| Stamp | Stamp |

| 146,250 Miles or 117 Months | 150,000 Miles or 120 Months |
|---|---|
| Dealer Name | Dealer Name |
| Date | Date |
| Mileage | Mileage |
| Dealer | Dealer |
| Stamp | Stamp |

MAINTENANCE SCHEDULE

66

---

## MAINTENANCE LOG – TITAN & ARMADA FFV & NV200 TAXI

| 112,500 Miles or 90 Months | 116,250 Miles or 93 Months | 120,000 Miles or 96 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

| 123,750 Miles or 99 Months | 127,500 Miles or 102 Months | 131,250 Miles or 105 Months |
|---|---|---|
| Dealer Name | Dealer Name | Dealer Name |
| Date | Date | Date |
| Mileage | Mileage | Mileage |
| Dealer | Dealer | Dealer |
| Stamp | Stamp | Stamp |

| 135,000 Miles or 108 Months | | |
|---|---|---|
| Dealer Name | | |
| Date | | |
| Mileage | | |
| Dealer | | |
| Stamp | | |

MAINTENANCE SCHEDULE

65

---

## MAINTENANCE LOG – TITAN & ARMADA FFV & NV200 TAXI

| 105,000 Miles or 84 Months | 108,750 Miles or 87 Months |
|---|---|
| Dealer Name | Dealer Name |
| Date | Date |
| Mileage | Mileage |
| Dealer | Dealer |
| Stamp | Stamp |

Nissan, the Nissan logo, and Nissan model names are Nissan trademarks.
©2013 Nissan North America, Inc. All rights reserved.

Publication No. MB14E-N1111Z
Printing: Spring 2013

latent defect | Wex Legal Dictionary / Encyclopedia | LII / Legal Information Institute



ABOUT LII    GET THE LAW    LAWYER DIRECTORY    LEGAL ENCYCLOPEDIA    HELP OUT

Search

■ ■ ꙮ Follow

**Wex**

FAQ

ALL PAGES   ARTICLES   ESPAÑOL   INBOX   PROJECT   SEARCH

# EXHIBIT M

## latent defect

**Definition from Nolo's Plain-English Law Dictionary**

A hidden flaw, weakness, or imperfection that cannot be discovered by reasonable inspection. It may refer to real property (a hidden defect in the title to land) or personal property (a defect in the steering mechanism of a car). Discovery of a latent defect generally entitles the purchaser to a refund or a nondefective replacement. Compare: patent defect

Definition provided by Nolo's Plain-English Law Dictionary.

**wex:** PROPERTY
> property & real estate law
> wex definitions



🔧 Wex Toolbox

■ ■ ■ ■ ■



Find a Lawyer

SPONSORED LISTINGS

**Merritt James Green**

PREMIUM

**(703) 556-0411**

McLean, VA

Business Law, Employment Law, Gov & Administrative Law, Arbitration & Mediation, Appeals & Appellate, Civil Rights

[ Website ]  [ Email ]  [ Profile ]

**Joshua E Hummer**

PREMIUM

**(540) 931-7078**

Winchester, VA

Business Law, Elder Law, Estate Planning

[ Website ]  [ Email ]  [ Profile ]

**Ryan Rambudhan**

latent defect | Wex Legal Dictionary / Encyclopedia | LII / Legal Information Institute



**(703) 273-6431**
Fairfax, VA
Criminal Law, Family Law, Divorce, Traffic Tickets, DUI & DWI

| Website | Email | Profile |

### Karin Riley Porter

**(703) 278-2800**
Fairfax, VA
Criminal Law, DUI & DWI, Traffic Tickets

| Website | Email | Profile |

### Mehnaz I. Khan Esq.

**(703) 854-1081**
Falls Church, VA
Family Law, Immigration Law, Bankruptcy

| Website | Email | Profile |

ABOUT LII    CONTACT US    ADVERTISE HERE    HELP    TERMS OF USE    PRIVACY        [ LII ]

Regulations: Title 13 - California Code of Regulations

CALIFORNIA
AIR RESOURCES BOARD

EXHIBIT N

About  Our Work  Resources  Business Assistance  Rulemaking  News

# Title 13 - California Code of Regulation

*This page last reviewed July 2, 2008*

**California Code of Regulations**
**Title 13 - Motor Vehicles**
**Division 3. Air Resources Board**

CHAPTER 1. MOTOR VEHICLE POLLUTION CONTROL DEVICES

- ARTICLE 1. GENERAL PROVISIONS
  - (Current Regulations: Sections 1900 - 1978)

- ARTICLE 2.5. CALIFORNIA CLEAN AIR ACT ANNUAL CERTIFICATION FEES
  - (Current Regulations: Sections 1990 - 1994)

- ARTICLE 3. ACCREDITATION OF MOTOR VEHICLE POLLUTION CONTROL DEVICES (USED MOTOR VEHICLES)
  - (Current Regulations: Sections 2001 - 2011)

- ARTICLE 4. DIESEL PARTICULATE MATTER CONTROL MEASURES
  - (Current Regulations: Sections 2020 - 2023.4)

- ARTICLE 5. APPROVAL OF SYSTEMS DESIGNED TO CONVERT MOTOR VEHICLES TO USE FUELS OTHER THAN THE ORIGINAL CERTIFICATION FUEL...
  - (Current Regulations: Sections 2030 - 2031)

- ARTICLE 6. EMISSION CONTROL SYSTEM WARRANTY
  - (Current Regulations: Sections 2035 - 2046.

- ARTICLE 7. PROCEDURES FOR CERTIFYING USED MODIFIER-CERTIFIED MOTOR VEHICLES AND LICENSING REQUIREMENTS FOR VEHICLES...
  - (Current Regulations: Sections 2047 - 2048)

CHAPTER 2. ENFORCEMENT OF VEHICLE EMISSION STANDARDS AND SURVEILLANCE TESTING

- ARTICLE 1. ASSEMBLY-LINE TESTING
  - (Current Regulations: Sections 2050 - 2062)

- ARTICLE 1.5. ENFORCEMENT OF VEHICLE EMISSION STANDARDS AND SURVEILLANCE TESTING FOR 2005 AND SUBSEQUENT MODEL YEAR HEAVY...
  - (Current Regulations: Sections 2065)

- ARTICLE 2. ENFORCEMENT OF NEW AND IN-USE VEHICLE STANDARDS
  - (Current Regulations: Sections 2100 - 2110)

- ARTICLE 2.1. PROCEDURES FOR IN-USE VEHICLE VOLUNTARY AND INFLUENCED RECALL
  - (Current Regulations: Sections 2111 - 2112)

- ARTICLE 2.2. PROCEDURES FOR IN-USE VEHICLE ORDERED RECALLS
  - (Current Regulations: Sections 2122 - 2135)

- ARTICLE 2.3. IN-USE VEHICLE ENFORCEMENT TEST PROCEDURES
  - (Current Regulations: Sections 2136 - 2140)

- ARTICLE 2.4. PROCEDURES FOR REPORTING FAILURES OF EMISSION-RELATED COMPONENTS
  - (Current Regulations: Sections 2141 - 2149)

- ARTICLE 3. SURVEILLANCE TESTING
  - (Current Regulations: Sections 2150 - 2153)

- ARTICLE 4. CERTIFICATES OF COMPLIANCE
  - (Current Regulations: Sections 2160 - 2165)

CHAPTER 3. HIGHWAY AND MANDATORY INSPECTION EMISSION STANDARDS

- ARTICLE 1. GENERAL PROVISIONS
  - (Current Regulations: Sections 2175 - 2177)

CHAPTER 3.5. HEAVY-DUTY DIESEL SMOKE EMISSION TESTING, AND HEAVY-DUTY VEHICLE EMISSION CONTROL SYSTEM INSPECTIONS

Saturday, June 30, 2018

**Up Links**
- Laws & Regulations

**Program Links**
- Federal and State Statutes
  - CA Air Quality Legislation Annual Summaries
  - Federal Clean Air Act

- Local Air District Rules and Regulations
  - District Rules
  - District Rules Log

- California Code of Regulations (CCRs)
  - OAL Website for CCRs
  - Administrative Hearings
  - ARB Regulations in Titles 13 and 17
  - Board Meetings
  - Rulemaking Activity
  - Test Methods / Procedures

- Enforcement Program
- Executive Orders
- Other Related Websites
- Current Litigation
- Gifts to Agency Reports

**Resources**
- Contact Us
- Join Any ARB Email List(s)
- RSS / Newsfeed

(Current Regulations: Sections 2180 - 2189)

**CHAPTER 3.6.** PERIODIC SMOKE INSPECTIONS OF HEAVY-DUTY DIESEL-POWERED VEHICLES
(Current Regulations: Sections 2190 - 2194)

**CHAPTER 4.** CRITERIA FOR THE EVALUTAION OF MOTOR VEHICLE POLLUTION CONTROL DEVICES AND FUEL
ADDITIVES

- ARTICLE 1. FUEL ADDITIVES AND PROTOTYPE EMISSION CONTROL DEVICES
  - (Current Regulations: Sections 2200 - 2207)

- ARTICLE 2. AFTERMARKET PARTS
  - (Current Regulations: Sections 2220 - 2225)

**CHAPTER 4.2.** CERTIFICATION OF EXHAUST EMISSION CONTROL DEVICES FOR  CONTROLLING CARBON MONOXIDE
FROM PORTABLE AND FROM MOBIL...
(Current Regulations: Sections 2230 - 2231)

**CHAPTER 4.4.** SPECIFICATIONS FOR FILL PIPES AND OPENINGS OF MOTOR VEHICLE FUEL TANKS
(Current Regulations: Section 2235)

**CHAPTER 5.** STANDARDS FOR MOTOR VEHICLE FUELS

- ARTICLE 1. STANDARDS FOR GASOLINE
  - SUBARTICLE 1. GASOLINE STANDARDS THAT BECAME APPLICABLE BEFORE 1996
    - (Current Regulations: Sections 2250 - 2259)

  - SUBARTICLE 2. STANDARDS FOR GASOLINE SOLD BEGINNING MARCH 1, 1996
    - (Current Regulations: Sections 2260 - 2276)

- ARTICLE 2. STANDARDS FOR DIESEL FUEL
  - (Current Regulations: Sections 2280 - 2285)

- ARTICLE 3. SPECIFICATIONS FOR ALTERNATIVE MOTOR VEHICLE FUELS
  - (Current Regulations: Sections 2290 - 2293.5)

- ARTICLE 4. SAMPLING AND TEST PROCEDURES
  - (Current Regulations: Sections 2296 - 2298)

**CHAPTER 5.1.** STANDARDS FOR FUELS FOR NONVEHICULAR SOURCES
(Current Regulations: Sections 2299 - 2299.1)

**CHAPTER 8.** CLEAN FUELS PROGRAM
(Current Regulations: Sections 2300 - 2318)

- **SUBCHAPTER 8.5.** EMISSIONS FORMULA FOR EMPLOYER-BASED TRIP REDUCTIONS
  - (Current Regulations: Sections 2330 - 2332)

**CHAPTER 9.** OFF-ROAD VEHICLES AND ENGINES POLLUTION CONTROL DEVICES

- ARTICLE 1. SMALL OFF-ROAD ENGINES
  - (Current Regulations: Sections 2400 - 2409)

- ARTICLE 3. OFF-HIGHWAY RECREATIONAL VEHICLES AND ENGINES
  - (Current Regulations: Sections 2410 - 2415)

- ARTICLE 4. OFF-ROAD COMPRESSION-IGNITION ENGINES AND EQUIPMENT
  - (Current Regulations: Sections 2420 - 2427)

- ARTICLE 4.5. OFF-ROAD LARGE SPARK-IGNITION ENGINES
  - (Current Regulations: Sections 2430 - 2439)

- ARTICLE 4.7. SPARK-IGNITION MARINE ENGINES
  - (Current Regulations: Sections 2440 - 2448)

- ARTICLE 5. PORTABLE ENGINE AND EQUIPMENT REGISTRATION
  - (Current Regulations: Sections 2450 - 2466)

- ARTICLE 6. PORTABLE FUEL CONTAINERS AND SPOUTS
  - (Current Regulations: Sections 2467 - 2467.9)

- ARTICLE 7. CERTIFICATION PROCEDURES FOR AFTERMARKET PARTS FOR OFF-ROAD VEHICLES, ENGINES,
EQUIPMENT...
  - (Current Regulations: Sections 2470 - 2476)

- ARTICLE 8. OFFROAD AIRBORNE TOXIC CONTROL MEASURES
  - (Current Regulations: Sections 2477 - 2479)

**CHAPTER 10.** MOBILE SOURCE OPERATIONAL CONTROLS

- ARTICLE 1. MOTOR VEHICLES

Regulations. Title 13 - California Code of Regulations



○ (Current Regulations: Sections 2480 - 2485)

**CHAPTER 12.** HALOGENATED REFRIGERANTS
(Current Regulations: Section 2500)

**CHAPTER 13.** VOLUNTARY ACCELERATED VEHICLE RETIREMENT ENTERPRISES
- ARTICLE 1. VOLUNTARY ACCELERATED LIGHT-DUTY VEHICLE RETIREMENT ENTERPRISES
  ○ (Current Regulations: Sections 2600 - 2611)

**CHAPTER 14.** VERIFICATION PROCEDURE, WARRANTY AND IN-USE COMPLIANCE REQUIREMENTS FOR IN-USE STRATEGIES TO CONTROL EMISSIONS
(Current Regulations: Sections 2700 - 2710)

**CHAPTER 15.** ADDITIONAL OFF-ROAD VEHICLES AND ENGINES POLLUTION CONTROL REQUIREMENTS
- ARTICLE 1. EVAPORATIVE EMISSION REQUIREMENTS FOR OFF-ROAD EQUIPMENT
  ○ (Current Regulations: Sections 2750 - 2773)
- ARTICLE 2. LARGE SPARK-IGNITION (LSI) ENGINE FLEET REQUIREMENTS
  ○ (Current Regulations Part One & Current Regulations Part Two: Sections 2775 - 2775.2)
- ARTICLE 3. VERIFICATION PROCEDURE, WARRANTY, AND IN-USE COMPLIANCE REQUIREMENTS FOR RETROFITS TO CONTROL EMISSIONS FROM ...
  ○ (Current Regulations: Sections 2780 - 2789)

Regulatory Activity

---

Back to Top  |  All ARB Contacts  |  A-Z Index

Decisions Pending and Opportunities for Public Participation
Conditions of Use  |  Privacy Policy  |  Accessibility  |  Bilingual Services Complaints  |  Civil Rights Policy
How to Request Public Records

The Board is one of six boards, departments, and offices under
the umbrella of the California Environmental Protection Agency.
Cal/EPA  |  ARB  |  CalRecycle  |  DPR  |  DTSC  |  OEHHA  |  SWRCB



**IMPORTANT VEHICLE EMISSIONS INSPECTION INFORMATION**



**LICENSE PLATE:** VRE2545     **MAKE:** Nissan

**YEAR:** 2007     **MODEL:** Maxima

**VEHICLE ID NUMBER:** 1N4BA41E87C807095

CSN DATE: 06/08/2018     VIN: 95
CLEAN SCREEN ID: 18-C-151285
OBSERVATION DATE: 05/01/2018

### Your Qualifying RAPIDPASS Clean Screen Vehicle Emissions Inspection Record

Dear Gregory Gutierrez,

Your vehicle has been identified as **CLEAN** by **RAPID**PASS, Air Check Virginia's on-road, drive-through emissions inspection option. **RAPID**PASS allows drivers of very clean vehicles to have their emissions inspected on the road during normal driving routines. Use this **RAPID**PASS record to fulfill your vehicle's emissions test requirement. Simply pay the inspection fee of $28.00 using one of the options below. Once payment is received, your vehicle's emissions inspection report will automatically be electronically transmitted to the Virginia Department of Motor Vehicles (DMV) and you can then proceed with your registration renewal.

**To obtain your vehicle emissions test using this RAPIDPASS inspection record follow the simple steps below to pay the $28 inspection fee. Your receipt of payment will include a Transaction ID Number in which you may need to renew your vehicle registration on line, via mail or at DMV.**



**ONLINE**
Visit www.**RAPID**PASS.org and enter the last 2 digits of the VIN and Clean Screen ID number shown in the gray box above. Use a secure online credit/debit/EFT payment option to pay the inspection fee.



**TELEPHONE**
Call the **RAPID**PASS Virginia Help Desk, **1-844-727-7773,** and use the Clean Screen ID to pay by credit/debit card



**MAIL**
Detach the form below and mail it along with a check or money order in the amount of $28.00 payable to **RAPID**PASS Virginia.

**QUESTIONS? Call the RAPIDPASS Virginia Help Desk toll free at 1-844-727-7773 (844-PassRPD).**
**www.RAPIDPASS.org**

*If paying by mail: Detach this portion and return it with your payment*

CSN DATE: 06/08/2018     VIN: 95
CLEAN SCREEN ID: 18-C-151285
OBSERVATION DATE: 05/01/2018

**My vehicle emissions inspection is CLEAN. My $28.00 payment is enclosed.**

☐ I would like to receive my receipt in the mail; **or**

☐ I would like to receive my receipt via email at

_____
(Email Address)

*Please make check payable to RAPIDPASS Virginia.*

Gregory Gutierrez
775 Gateway Dr. SE Apt. 1025
Leesburg, VA  20175-4043

**RAPID**PASS Virginia
8354H Terminal Road
Lorton, VA 22079

EXHIBIT P 2007 Nissan Maxima Elite Edition July 10, 2018



# PROOF OF SERVICE

I, Gregory Gutierrez, declare as follows.  I am over the age of 18 years. My address is:

775 Gateway Dr SE

Apt 1025

Leesburg, VA 20175

On Wednesday July 11, 2018, I served the foregoing document described as:

Case no. 2:13-cv-00686 DDP MAXx

FIRST AMENDED OBJECTION TO THE ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Leesburg, VA, addressed to:

United States District Courthouse – Central District of California
Civil Intake – Class Action
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

Upon Nissan's Counsel at:
E. Paul Cauley, Jr.
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201

Upon Class Counsel at:
Roland Tellis, Esq.
BARRON & BUDD, PC
15910 Ventura Boulevard, Suite 1600
Encino, California 91436

Upon the Claims Administrator at:
Epiq Class Action & Claims Solutions, Inc.
10300 SW Allen Blvd.
Beaverton, OR 97005

1

1

2

3    I declare under penalty of perjury that the foregoing is true and correct.

4

5         Executed on Wednesday July 11, 2018 at Leesburg, VA.

6

7                                    _____

8                                         Gregory Gutierrez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



PRIORITY MAIL ★

**UNITED STATES POSTAL SERVICE** ®

For Domestic Use Only

TRACKED INSURED

Label 107R, July 2013

15 GATEWAY DR SE
1025
[LEE]SBURG, VA 20175

DDP

UNITED STATES DISTRICT COURT
CIVIL INTAKE – CLASS ACTION
255 EAST TEMPLE ST SUITE TS-1
LOS ANGELES, CA 90012

US POSTAGE PAID

**P**

**PRIORITY MAIL 2-Day** ®

$12.90

Origin: 20175
Destination: 90012
1 Lb 2.50 Oz
Jul 11, 18
5150003-03

1006

C032

Expected Delivery Day: 07/13/2018

USPS TRACKING NUMBER

9505 5156 2001 8192 3961 08