UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOBE FALCO, JOEL SEGUIN, ALFREDO PADILLA, and ROBERTO GALVAN, individually, and on behalf of other members of the public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC. a California corporation, and NISSAN JIDOSHA KABUSHIKI KAISHA d/b/a NISSAN MOTOR CO., LTD., a publicly traded company in Japan,<br><br>Defendants. | Case No.: 2:13-cv-00686-DDP-MAN<br><br>**FINAL JUDGMENT**<br><br>Courtroom: 9C – 9th Floor<br>Judge: Hon. Dean D. Pregerson |

# **FINAL JUDGMENT**

Under Rules 54(b) and 58, it is adjudged as follows:

1. The Court entered a Final Approval Order approving the Settlement;

2. For the reasons stated in the Court's Final Approval Order, judgment is hereby entered in accordance with the Final Approval Order; and

3. Plaintiffs' claims asserted against Defendants in this action are dismissed with prejudice, without costs to any party, except as provided for in the Final Approval Order or Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 7-19-18

Honorable Dean D. Pregerson
United States District Court Judge